## The Benefits of Consenting

- Faster case resolution
- Firm early trial dates
- Avoiding duplication of effort associated with the standard pretrial referral and report & recommendation process
- Magistrate judges enable the federal courts to manage increasing caseloads with limited resources, particularly in situations where there is a shortage of district judges.
- The consent process facilitates the "just, speedy, and inexpensive determination" of civil cases. See Fed. R. Civ. P. 1.

## How to Consent

Complete and file the [Notice And Consent To Proceed Before A Magistrate Judge](#) form. If all parties in the case consent, the presiding district judge will issue an order referring the case to a magistrate judge. It's as simple, and efficient, as that.



# Consent to a United States Magistrate Judge

In accordance with 28 U.S.C. § 636(c), a United States magistrate judge of this court is available to conduct all proceedings in civil actions (including a jury or nonjury trial) and to order the entry of a final judgment.

The judgment may then be appealed directly to the United States Court of Appeals for the Seventh Circuit, like any judgment issued by a district judge.

A magistrate judge may exercise this authority **only if all parties voluntarily consent**. You may consent to have your case referred to a magistrate judge, or you may withhold your consent without substantive adverse consequences.

*For more information contact*:
Meg Robertie, Clerk of Court
618-482-9106
meg_robertie@ilsd.uscourts.gov

## Judge Reona J. Daly



Magistrate Judge Reona J. Daly, a graduate of Illinois Wesleyan University and the Southern Illinois University School of Law, has been on the bench since 2016. Prior to going on the bench Judge Daly focused her entire career on civil litigation. She previously worked in Southern Illinois University's Office of General Counsel, has extensive experience handling insurance and medical malpractice cases, and was in the Illinois Attorney General's Office, assigned to the General Law Bureau.

## Judge Mark A. Beatty



Magistrate Judge Mark A. Beatty, a graduate of the University of Missouri and University of Dayton School of Law, joined the court in 2019. He previously worked as an Assistant State's Attorney in Madison County, Illinois and served as a law clerk to U.S. District Judge G. Patrick Murphy in the Southern District of Illinois. Judge Beatty then entered private practice where he focused on civil litigation and represented businesses of all sizes as well as individuals at all stages of litigation, including through trial.

## Judge Gilbert C. Sison



Magistrate Judge Gilbert C. Sison, a graduate of Louisiana State University and Washington University School of Law, joined the court in 2019. After law school, he worked in private practice where he focused on complex commercial and class action litigation. Judge Sison also practiced criminal defense for nine years and for the last three years was an Assistant United States Attorney for the Eastern District of Missouri.