IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

Subhadra Gunawardana
David Seely

_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

American Veterinary Medical Association (AVMA), and its branches: Educational Commission for Foreign Veterinary Graduates (ECFVG) and
Council on Education (COE)

_____
_____
_____

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _19-96-NJR-MAB_
*(to be filled in by the Clerk's Office)*

Jury Trial:    X Yes    ☐ No
                *(check one)*

I.  **The Parties to This Complaint**

  A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Subhadra Gunawardana and David Seely |
   | Street Address | 4308 Marion Garden Ln |
   | City and County | Florissant, St Louis County |
   | State and Zip Code | MO 63034 |
   | Telephone Number | 615-674-8461; 615-423-8851 |
   | E-mail Address | subhadra.gunawardana@wustl.edu |

  B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1

   | | |
   |---|---|
   | Name | American Veterinary Medical Association (AVMA) |
   | Job or Title (if known) | |
   | Street Address | 1931 N Meacham RD, Ste #100 |
   | City and County | Schaumburg, Cook County |
   | State and Zip Code | IL 60173 |
   | Telephone Number | 800-248-2862 |
   | E-mail Address (if known) | |

   Defendant No. 2

   | | |
   |---|---|
   | Name | Educational Commission for Foreign Veterinary Graduates (ECFVG) |

|  |  |
|---|---|
| Job or Title (if known) | Branch of the AVMA that provides certification for foreign veterinary graduates |
| Street Address | 1931 N Meacham RD, Ste #100 |
| City and County | Schaumburg, Cook County |
| State and Zip Code | IL 60173 |
| Telephone Number | 800-248-2862 |
| E-mail Address (if known) | |

Defendant No. 3

|  |  |
|---|---|
| Name | Council on Education (COE) |
| Job or Title (if known) | Branch of the AVMA that provides accreditation for veterinary education institutions, and handles candidate appeals from the ECFVG |
| Street Address | 1931 N Meacham RD, Ste #100 |
| City and County | Schaumburg, Cook County |
| State and Zip Code | IL 60173 |
| Telephone Number | 800-248-2862 |
| E-mail Address (if known) | |

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

X   Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.**   **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Civil Rights Act of 1964
Equal Protection Clause of the 14th Amendment;
Sherman Anti-Trust Act
42 U.S.C. § 1981
42 U.S.C. § 1985(3)
Americans with Disabilities Act and the ADA Amendments Act of 2008
Contract Law

**B.**   **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b.   If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

   a.   If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of

4

        *(foreign nation)* _____.

    b.    If the defendant is a corporation

        The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

    The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

_____

_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Professional certification through the AVMA/ECFVG program is mandatory for foreign veterinary graduates who wish to get licensed to practice in the United States. During this certification process, Plaintiff suffered adverse actions, barring her from entering the US workforce in the veterinary field. Said adverse actions were a direct result of discriminatory and unconscionable policies and procedures on the Defendants' part. Plaintiffs believe these policies were set in

place for the express purpose of reducing competition in the profession, by placing excessive restrictions on foreign graduates. Described in detail in the memorandum attached.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

As described in the memorandum attached, Plaintiffs request:
1. Reversal of the adverse decision in question
2. Full reform of the ECFVG/COE policies in such a way that the equal rights of all its candidates are protected
3. Actual and statutory damages of an amount in excess of $15,000
4. Court costs and attorney's fees as supported by statute.
5. Any other relief the court deems fit.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: **FEB 01**, 20**19**

Signature of Plaintiff

Printed Name of Plaintiff    Subhadra Gunawardana;    David Seely