

Grounds for Appeal- Candidate # 273624

The score report states: *"the candidate failed to secure endotracheal tube and inflate the cuff appropriately within the time allotted after induction of anesthesia"*. This is incorrect.

The Manual of Administration 2017 (MOA) states *"Candidate will intubate the patient and secure the endotracheal tube within 5 minutes of initial administration of induction agent"* (page 20) and *"The 5 minute limit will start once the induction agent is given. Within this limit, you must administer an appropriate amount of induction drug to allow endotracheal intubation, secure and check the endotracheal tube, appropriately inflate the cuff, and connect the endotracheal tube to the anesthetic breathing machine."* (page 23).

When I was told my time was up, I had already completed the endotracheal intubation; verified placement; secured the tube by tying behind the ears; inflated the cuff with a syringe; connected the patient to the anesthetic machine; and was starting inhalation anesthesia. Thus, all tasks required for the 5-minute period were already completed, and my performance met the standards of the MOA.

It is true that I did not get to verify appropriate cuff inflation by checking for leaks while bagging at 20 mmHg with the APL valve closed. However, this step comes after connecting the patient to the anesthetic machine, and is not among the tasks required within the 5-minute period. (Please note that the workstation did not provide a cuff inflator with a manometer.) According to the MOA, the tasks specified for the 5-minute period end with connecting the ET tube to the anesthetic machine (page 23), which I completed well within time.

The aforementioned is the primary basis for my appeal. The following additional points are also relevant.

1. I am used to performing the induction and intubation quickly and efficiently, as demonstrated in my previous anesthesia section in October 2016, where I completed all required tasks within the allotted 5-minute and 3-minute time limits (despite a temporary disability causing severe pain in my hand at the time).

2. While not required by the MOA, I could have completed the additional step of verifying cuff inflation within the 5 minute period were it not for a specific patient factor in the current section. My dog was not fully relaxed after receiving the full dose of induction agent (ketamine/diazepam IV preceded by premedication with acepromazine and hydromorphone). I had to wait for adequate relaxation (as indicated by jaw tone and eye position) before I could intubate. Under the circumstances, the only way I could have finished the additional step of verifying cuff inflation via bagging at 20 mmHg within the 5 minutes was by forcibly intubating an inadequately relaxed dog who still had laryngeal reflexes. This would have endangered the patient and contradicted the standard protocols of anesthesia. Furthermore, attempting to intubate an inadequately anesthetized dog is a fatal flaw according to the MOA (pages 29 & 33). In the period immediately after induction, the patient can become apneic if not intubated fast enough, or suffer tracheal

damage if intubated too fast. Since my patient was not in immediate danger of apnea (she still had all reflexes), my main concern was, and should have been, to intubate without damage. Standard protocols of anesthesia confirm this position (1-4).

3. It is possible that the actual time limit allotted me was less than 5 minutes. For example, the examiner may have started the clock at the beginning of induction rather than the end of induction. The MOA states *"the 5 minute time limit will start once the anesthetic induction drug is given"* (page 23). As with most IV agents, ketamine/diazepam requires titrating to effect, which can take up-to a minute. If the clock was started at the beginning of the injection rather than the end, this would have taken a minute or more out of my allowed time. It is also possible that the examiner accidentally set the clock to a time less than 5 minutes, since the site conditions were somewhat chaotic/distracting due to equipment problems and other people calling for his attention.

4. It is known that some patients take a longer time than others for relaxation sufficient to intubate. Literature shows that with ketamine/diazepam IV, the time from induction to intubation can range from 30 seconds to 5 minutes (5-10). Considering the existence of such variation, and the fact that the patients provided for this exam are of unknown history, it is unrealistic to expect every patient to be induced and intubated within 5 minutes even by an expert. Such a time limit in this sense is unethical in itself, and could lead to endangerment of the patient, thus contradicting sections I and IV of the Principles of Veterinary Medical Ethics of the AVMA (11).

5. Standard protocols dictate that IV induction agents be titrated to effect, and additional IV agent be given if the patient is not fully relaxed (1,2,8,10). The MOA states: *"You must administer an appropriate amount of induction drug to allow endotracheal intubation"* (page 23). Since my patient was not fully relaxed, I requested additional induction agent, but my request was declined. This directly contradicts what we were told during Anesthesia orientation that morning, during drug calculations the previous day, and what is stated in the MOA and standard protocols. We were specifically instructed not to calculate extra induction agent beforehand, but to request additional drugs if necessary during the exam.

The grounds for my appeal can be easily verified with a videotape of the exam section. My request for this videotape evidence was declined, as were my requests for other existing evidence such as the candidate reports completed by me. Thus, while ECFVG requests evidence for my claims in appeal, it has denied me access to the most relevant evidence. As an alternative, I would welcome an opportunity to demonstrate my ability to perform these tasks in front of the appeal review panel.

I am requesting reversal of this adverse decision, followed by either a passing grade for anesthesia, or a chance to retake the anesthesia section at no additional expense to me, with video evidence which I would be allowed to review. Thank you.


References:

1. Lumb WN, Jones EW. Veterinary Anesthesia and Analgesia, Fourth Edition. *Blackwell Publishing, Ames IA, USA,* 2007.

2. https://www.scribd.com/document/321814304/Anesthesia-Guide-VASG-12-4-04

3. https://instruction.cvhs.okstate.edu/vmed5412/pdf/22Canine-FelineAnesthesia.pdf

4. http://humanealliance.org/downloads/Reference_Anesthesia_Analgesia.pdf

5. White KL, Shelton K, Taylor PM. Comparison of diazepam-ketamine and thiopentone for induction of anaesthesia in healthy dogs. *Vet Anaesth Analg.* 28(1):42-48, 2001

6. Hellyer PW, Freeman LC, Hubbell JA. Induction of anesthesia with diazepam-ketamine and midazolam-ketamine in greyhounds. *Vet Surg.* 20(2):143-7, 1991

7. Gross ME, Dodam JR, Pope ER, Jones BD. A comparison of thiopental, propofol, and diazepam-ketamine anesthesia for evaluation of laryngeal function in dogs premedicated with butorphanol-glycopyrrolate. *J Am Anim Hosp Assoc.* 38(6):503-6, 2002

8. Ferreira JP, Dzikit TB, Zeiler GE, Buck R, Nevill B, Gummow B, Bester L. Anaesthetic induction and recovery characteristics of a diazepam-ketamine combination compared with propofol in dogs. *J S Afr Vet Assoc.* 86(1):1258, 2015

9. Riccó CH, Henao-Guerrero N. Cardiovascular effects of orotracheal intubation following anesthetic induction with propofol, ketamine-propofol, or ketamine-diazepam in premedicated dogs. *J Am Vet Med Assoc.* 244(8):934-9, 2014

10. Fayyaz S, Kerr CL, Dyson DH, Mirakhur KK. The cardiopulmonary effects anesthetic induction with isoflurane, ketamine-diazepam or propofol-diazepam in the hypovolemic dog. *Vet Anaesth Analg.* 36(2):110-23, 2009

11. https://www.avma.org/KB/Policies/Pages/Principles-of-Veterinary-Medical-Ethics-of-the-AVMA.aspx

February 7, 2018

Dr. Subhadra Gunawardana
4308 Marion Garden Ln
Florissant, MO 63034

**VIA EXPRESS MAIL AND E-MAIL TO** SUBHADRA.GUNAWARDANA@WUSTL.EDU (Candidate ID: 273624)

Dear Dr. Subhadra Gunawardana:

The Appeals Subcommittee of the Educational Commission for Foreign Veterinary Graduates (ECFVG) recently completed review of your petition for reconsideration of the adverse decision regarding your failure of the Anesthesia section of the Clinical Proficiency Examination (CPE) administered in November 2017 at WVC CPE site.

After careful deliberation, the subcommittee decided to deny the appeal and uphold your failing scores in the Anesthesia section of the CPE. In the anesthesia section, you received one minor skill failure and one fatal flaw. You failed to secure the endotracheal tube and inflate the cuff properly within the time allotted after induction of anesthesia.

In accordance with ECFVG policy, you will need to successfully complete a full retake CPE in order to complete Step 4 of the certification program. Information on retaking the entire CPE was sent to you previously and can be found here also:
https://www.avma.org/professionaldevelopment/education/foreign/pages/ecfvg-cpe-bulletin.aspx#cpe-retakes-associated-fees.

You may appeal this decision by filing a "petition for review" in accordance with the ECFVG appeals process, which is available online at
https://www.avma.org/professionaldevelopment/education/foreign/pages/ecfvg-pp-appeal.aspx. If you have any questions regarding the retake application or the appeal process, please contact the ECFVG office (ecfvg@avma.org; 800-248-2862, ext. 6778).

Sincerely,

*Nicole Gallant*

Nicole Gallant, DVM
Chair, ECFVG

JLC/jlc

**Educational Commission for Foreign Veterinary Graduates (ECFVG)**
**Petition for Review of an Adverse Decision**

Name: Subhadra Gunawardana

Date: 03/01/2018

ECFVG ID#: 273624

Adverse decision being appealed or CPE section(s) being appealed:

Failing grade for Anesthesia, and Denial of Petition for Reconsideration

CPE Site and Date (if applicable): November 2017, WVC Las Vegas

**Mark which of the following you are requesting:**

☑ Written Appeal only
☐ I am requesting an In-person Hearing ($5,000 deposit required – see ECFVG Appeals Process #2.e.vi)

I. **Basis for Appeal -** *Mark each of the following that form the basis for the appeal (mark all that apply):*

☐ The ECFVG has disregarded the established AVMA criteria for certification of ECFVG candidates
☑ The ECFVG failed to follow its stated procedures
☑ The ECFVG failed to consider relevant evidence and documentation presented

II. **Statement of Grounds for Appeal -** *This statement must include all grounds for appeal. This statement and all supporting evidence must relate to the facts and circumstances that existed at the time of the adverse decision/exam that is the subject of the petition for review. Once the petition for review is submitted, it will be considered complete and final. No further statements or evidence will be considered unless the ECFVG determines that such statements or evidence could not have been made or discovered with the exercise of reasonable diligence prior to submission of the petition for review.*

**Statement of Grounds for Appeal** (If additional space is needed, please attach additional pages and indicate by checking one or both of the boxes below the text boxes.)**:**

Please see the attached statement (1 page with link to video) and supporting documents (2 pages).

5

Mark each of the following that apply:

☑ A separate statement of grounds for appeal is attached to this form
☑ Document(s) or other evidence in support of this appeal are attached to this form

I certify that the above is my entire petition for review.

Signature: **Subhadra Gunawardana**               Date: 03/01/2018
Candidates may type name above as signature to submit electronically.

Statement of Grounds for Appeal- Candidate # 273624

In the Petition for Reconsideration submitted on January 5, 2018, I explained why the score report was incorrect, and pointed to specific evidence which would verify my position. I outlined a number of additional points relevant to the situation, with supporting documentation.

ECFVG has denied the petition without addressing or rebutting any of the points presented.

ECFVG has provided no evidence to support its claim that "You failed to secure the endotracheal tube and inflate the cuff properly within the time allotted after induction of anesthesia." As stated in the petition, I believe the videotape of my anesthesia exam section would demonstrate that I completed all required tasks, including securing the endotracheal tube and appropriately inflating the cuff, well within the allotted time. In denying the petition without providing a copy of the videotape, ECFVG falls short of the transparency and rules of evidence typically expected for arbitration procedures.

The fatal flaw alleged in the score report did not happen, as would be demonstrated in the aforementioned videotape. Since ECFVG has refused to release this evidence (Email dated 12/20/2017, attached), I hereby provide new evidence demonstrating my ability to complete these tasks within 5 minutes. These include:

1. Link to a videotape of me performing these tasks at the veterinary office of Dr. Raymond Geisman, demonstrating that I completed the IV anesthetic induction, endotracheal intubation, checking and securing the tube, appropriately inflating the cuff, and connecting the patient to the machine in a total of 2 minutes and 32 seconds. https://www.dropbox.com/s/ssvqmktniy6jz62/WP_20180202_09_03_48_Pro.mp4?dl=0

2. A letter from Dr. Geisman confirming the same.

My ability to perform these tasks in a timely manner was further demonstrated in my previous anesthesia section in October 2016, where I completed all tasks well within the 5-minute limit despite a temporary disability, i.e. severe pain in my hand due to arthritis. (It is also noteworthy that my accommodation request for this disability was denied.)

ECFVG's decision on my petition for reconsideration disregards critical evidence, and fails to address any of the points raised in the petition. I respectfully request the review committee to consider the original petition as well as the additional points presented here. I am requesting reversal of the adverse decision, followed by either a passing grade for anesthesia, or a chance to retake the anesthesia section at no expense to me, with video evidence which I would be allowed to review.

RE: 273624_extended score report

Dr. Judy Coman <JComan@avma.org>

Wed 12/20/2017 7:45 AM

Inbox

To: Gunawardana, Subhadra <subhadra.gunawardana@wustl.edu>;

Dear Dr. Gunawardana:
The extended score report is the only feedback available to candidates. With respect to your request to obtain the videotape and the candidate record completed by you during drug calculation and exam, the materials are not made available to candidates in accordance with ECFVG policy. The Rules of Conduct in MOA clearly states: "You understand and acknowledge that all examination materials remain the property of the CPE site and ECFVG, and you will maintain the confidentiality of the case content for all seven sections of the CPE."
Sincerely yours,

**Judy Lee Coman, DVM, DACLAM**
**Assistant Director | Education & Research**
American Veterinary Medical Association
www.avma.org



*"This communication is confidential and is not intended for public disclosure. If you have received it in error, please notify the sender by reply email and immediately delete it and any attachments without copying or further transmitting the same."*

---

**From:** Gunawardana, Subhadra [mailto:subhadra.gunawardana@wustl.edu]
**Sent:** Tuesday, December 19, 2017 12:57 PM
**To:** Dr. Judy Coman
**Cc:** ECFVG
**Subject:** Re: 273624_extended score report

Dear Dr. Coman,
I hope to appeal this decision, and request copies of the following documents:

1. The videotape of my exam session
2. The candidate record completed by me during drug calculation and exam

Thank you,
Suba Gunawardana
Candidate ID # 273624

# HAMPTON ANIMAL HOSPITAL
## RAYMOND A. GEISMAN, D.V.M.
2826 HAMPTON ST. LOUIS, MO   63139   314-647-8818 (VOICE)   314-647-9013 (FAX)   RAY@GEISMAN.COM (E-MAIL)

February 9, 2018

To Whom It May Concern,

On Friday, February 2, 2018, Dr. Subhadra Gunawardana came to my office in St. Louis Missouri to film a video.  I had met her once before, when I invited her to my office to see if my facilities were acceptable for her project.  She had not previously worked at or trained at my hospital.  She had sent me an e-mail, asking if she would be able to induce anesthesia per the guidelines for certification by ECFVG.  She had mentioned that she had thought she had successfully completed these requirements, but that the certifying group had a different opinion, and she wanted to videotape her performing these procedures in the required amount of time.

I had previously obtained permission from my client to have her take these steps with their pet.  On that Friday I watched her successfully place an intravenous catheter and secure it in place.  She then started her timer and I watched her induce anesthesia by intravenous injection through the catheter, check for depth of said anesthesia, place an endotracheal tube, check for proper position and secure the tube, inflate the cuff and check for leaks and connect the tube to my anesthetic machine, all well before 5 minutes had elapsed.  I then proceeded with surgery, which went well, and the dog recovered nicely.

Please let me know if you need me to elaborate on anything that occurred here.

Sincerely,

Raymond A. Geisman, D.V.M.



# MEMORANDUM

**Date:** April 20, 2018

**To:** Dr. Subhadra Gunawardana, ECFVG Candidate (candidate ID: 273624)
Dr. Nicole Gallant, Chair of the ECFVG
Dr. Patrick Farrell, Chair of the Council on Education

**From:** COE Review Panel

**Re:** ECFVG's adverse decision related to Dr. Subhadra Gunawardana

In compliance with the Educational Commission for Foreign Veterinary Graduates (ECFVG) Appeal Procedure, a Review Panel was composed to issue this written report regarding the Petition for Review filed by Dr. Subhadra Gunawardana (Candidate ID: 273624). This report provides the opinion of the Review Panel constituted to evaluate the ECFVG adverse decision concerning Dr. Subhadra Gunawardana.

Dr. Gunawardana took the anesthesia section of the Clinical Proficiency Examination (CPE) in November 2017 at the Western Veterinary Conference (WVC) CPE site in Las Vegas, NV. Prior to that, Dr. Gunawardana received the 2017 edition of the CPE Candidate Manual of Administration (MOA) which outlines the skills on which each candidate is assessed.

Dr. Gunawardana received a fatal flaw in the anesthesia section. Dr. Gunawardana submitted a petition for reconsideration to the ECFVG, and the adverse decision was upheld. In compliance with the ECFVG's appeal procedure, Dr. Gunawardana subsequently submitted a petition for review for failure of the anesthesia section, alleging that the ECFVG failed to follow its stated procedures and failed to consider relevant evidence and documentation presented. Dr. Gunawardana asserts in the Petition for Review that in the Anesthesia section, induce and intubate patient, she had completed the required activities within 5 minutes of initial administration of induction agent: intubate the patient, inflate cuff appropriately and secure endotracheal tube. She asserts that the grounds of her appeals can be easily verified with a videotape of the exam section. As an alternative, she provides an evidence (video link) and a letter from Dr. Geisman, demonstrating her ability to perform the required tasks.

The Review Panel reviewed all of the relevant materials provided (including the MOA, scoresheets, the candidate' petition for reconsideration, and the ECFVG's response to the petition) and concludes that proper procedures were followed during the exam and the appeals process. Dr. Gunawardana asserts that review of video documentation of the examination will support her claim. This Review Panel was informed there was no video recording of Dr. Gunawardana's examination. ECFVG policy allows, but does not require, video recording of the examination, and thus the lack of video documentation does not constitute failure to follow stated procedures. Furthermore, video recordings, if performed, cannot be used to reverse failing scores. Subsequently, the Review Panel found that established and published ECFVG processes were followed, and the candidate was evaluated in a structured manner and environment. The records indicate the candidate did not

secure the endotracheal tube within the 5-minute limit and received a fatal flaw, and thus the candidate performed below the level of minimal competency on skills in the anesthesia section identified by the examiner and reconsidered by ECFVG. The CPE is based on the anesthesia skills demonstrated during the examination, not based on the past or what may happen in the future.

The Review Panel did not find any information or documentation in the candidate's petition for review, or in review of the other documents, that would alter the outcome. Thereby, the Review Panel recommends that the ECFVG affirm its adverse decision and deny the candidate's appeal of a failing score in the anesthesia section of the CPE.

Sincerely,

James Hoffmann, DVM
Chair, COE Review Panel

May 18, 2018

Dr. Subhadra Gunawardana
4308 Marion Garden Ln
Florissant, MO 63034

VIA MAIL (FIRST CLASS) AND E-MAIL subhadra.gunawardana@wustl.edu (Candidate ID: 273624)

Dear Dr. Subhadra Gunawardana:

In compliance with the Appeal Procedure for the Educational Commission for Foreign Veterinary Graduate (ECFVG), the following is the Commission's written opinion regarding your Petition for Review.

The Commission will abide by the Review Panel's recommendation pertaining to the Anesthesia section of the Clinical Proficiency Examination (CPE). The commission formulated its opinion on the basis of a careful review of your Petition for Review, the Review Panel's recommendations in its April 20, 2018 report and the original score sheets and other relevant case information.

Specifically, the ECFVG affirms the failing scores in the Anesthesia section of the Clinical Proficiency Examination (CPE) administered in November 2017 at WVC CPE site.

The basis for affirmation includes the following reasons:
- You received one minor skill failure and one fatal flaw. You failed to secure the endotracheal tube within the time allotted after induction of anesthesia.
- Your primary examiner's documentation of your skills failure was supported by a second examiner who signed the original assessment score sheet for anesthesia.
- There was no video recording of your CPE examination. ECFVG policy allows, but does not require, video recording of the examination, and thus the lack of video documentation does not constitute failure to follow stated procedures. Furthermore, video recordings, if performed, cannot be used to reverse failing scores as stated in Manual of Administration.
- The established and published ECFVG processes were followed, and you were evaluated in a structured manner and environment. The Commission followed its policy while assessing your original petition for reconsideration of the adverse decision regarding your performance in Anesthesia section of the CPE administered in November 2017.

The records indicate you did not secure the endotracheal tube within the 5-minute limit and received a fatal flaw, and thus you performed below the level of minimal competency on skills in the anesthesia section identified by the examiner. The CPE is based on the anesthesia skills demonstrated during the examination, not based on the past, what may happen in the future, or what happens outside the administration of the examination.

In accordance with the ECFVG policy, you will need to retake the entire CPE to successfully complete Step 4 of the certification program. Information on retaking the entire CPE can be found here: https://www.avma.org/professionaldevelopment/education/foreign/pages/ecfvg-cpe-bulletin.aspx#cpe-fees.

Additional information regarding the ECFVG appeals process is available online at https://www.avma.org/professionaldevelopment/education/foreign/pages/ecfvg-pp-appeal.aspx.

In addition, the ECFVG office has attempted to deliver the cover letter with the COE Review Panel Report to you via request-for-signature mailing method without success. Because you have indicated by email that your street address we have on file is correct, and you were at work during delivery time, we will send you the decision letter by email and by first class mail.

If you have any questions regarding the retake application or the appeal process, please contact the ECFVG office (800-248-2862, ext. 6678; ecfvg@avma.org).

Sincerely,

*Nicole Gallant*

Nicole Gallant, DVM
Chair, ECFVG

JLC/jlc

c:   Dr. Patrick Farrell, Chair of the Council on Education
     Dr. James Hoffmann, Chair, COE Review Panel
     Dr. Tony Pease, WVC CPE Site Coordinator