I was a candidate in a professional certification exam administered by the AVMA, the Clinical Proficiency Exam (CPE) for foreign veterinary graduates. CPE consists of seven sections of hands-on practical skills testing. In October 2016 I was scheduled to re-take 3 sections of CPE: Surgery, Anesthesia, and Equine Medicine. Each section requires rigorous use of hands.

Following sudden debilitating pain in my right hand and wrist, on 10/10/2016 I was diagnosed with osteoarthritis of the 1st carpometacarpal joint. Any activity with this hand would cause a flare-up of pain, and could potentially compromise my performance at the exam.

As soon as I received the diagnosis and medical record, I wrote to the CPE administrator and made an accommodation request. The request was denied, per the AVMA policy that all accommodation requests should be received at least 90 days prior to the exam date. (Correspondence attached in pages 2 & 3). Since this policy excludes all disabilities that may occur within 90 days of the exam, I believe it violates the ADA.

Due to lack of accommodation, I was in severe pain by the time I started the last section of the exam, Anesthesia. Due to the pain in my hand I could not complete a specific task in time, and received a failing grade for that section. Immediately after the exam I wrote to the site and exam administrators explaining this situation, and received no relief. (Correspondence in pages 4 &5).

**PLAINTIFF'S EXHIBIT 5**

10/7/2018 — Mail - subhadra.gunawardana@wustl.edu
Case 3:19-cv-00096-NJR   Document 2-7   Filed 02/01/19   Page 2 of 5   Page ID #93
EX.5

# Urgent: Accomodation request for temporary disability

**Gunawardana, Subhadra**

Tue 10/11/2016 5:14 PM

To: Robert Cook (RCook@avma.org) <RCook@avma.org>; Dr. Don Waldron <d.waldron@wvc.org>; Marsha Moon <M.Moon@wvc.org>;

Cc: Crystal Vaquera <c.vaquera@wvc.org>;

📎 1 attachments (237 KB)

BarnesCare Report-10-10-16.pdf;

I am a CPE candidate scheduled to re-take 3 sections next week, starting Oct 17. My candidate number is 273624.

Following sudden debilitating pain in my right wrist, yesterday I was diagnosed with osteoarthritis of the 1st carpometacarpal joint. Medical record attached. I am wearing a brace and taking NSAIDs, which control the pain to some extent. However, any activity with this hand can still cause a flare-up of pain. Since the exam involves many activities that require the use of both hands, this disability can easily compromise my performance.

I am requesting the following accommodations if possible.

For Surgery: To have a sterile assistant available to help me in the event it becomes too painful for me to perform certain tasks that put pressure on the affected joint. For example, clamping/unclamping Carmalt forceps could trigger severe pain in my wrist.

For Equine and Anesthesia sections: Permission to wear my hand-brace at all times (if any task requires a sterile hand scrub, I can do that and put the brace back on after finishing the task).

For All sections: Permission to keep my pain medications close by; and to stop between tasks to take a pain pill if it becomes necessary.

I appreciate your consideration. Thank you.

*Subhadra Gunawardana, Ph.D.*
Associate Professor, Cell Biology and Physiology
Washington University School of Medicine
660 S Euclid Ave, Campus Box 8228
St Louis, MO 63110.
subhadra.gunawardana@wustl.edu

10/7/2018 Mail - subhadra.gunawardana@wustl.edu
Case 3:19-cv-00096-NJR   Document 2-7   Filed 02/01/19   Page 3 of 5   Page ID #94
Ex.5

# RE: Urgent: Accomodation request for temporary disability

**Robert Cook** <RCook@avma.org>

Wed 10/12/2016 8:03 AM

Inbox

To: Gunawardana, Subhadra <subhadra.gunawardana@wustl.edu>; Dr. Don Waldron <d.waldron@wvc.org>; Marsha Moon <M.Moon@wvc.org>;

Cc: Crystal Vaquera <c.vaquera@wvc.org>; Dr. Ed Murphey <EMurphey@avma.org>;

Hello Dr. Gunawardana,

Sorry to hear of your hardship. Please see the excerpt from our CPE Testing Accommodations section of the CPE Candidate Bulletin:

Completed accommodation requests with all necessary documentation **must** be submitted immediately following the completion of the CPE application and must provide the ECFVG with sufficient time (at least 90 days before the first day of the preferred CPE administration) to review the accommodation request and reach a decision. CPE Accommodations Request Form

https://www.avma.org/professionaldevelopment/education/foreign/pages/ecfvg-cpe-bulletin.aspx#cpe-testing-accommodations

Our policy requires we receive these requests at least 90 days in advance. This allows the ECFVG to receive and review the materials properly before rendering a decision. For that reason your request is not accepted because it was not submitted per our policy and it is now 5 days from the CPE exam.

Sincerely,

Bob Cook

---

**From:** Gunawardana, Subhadra [mailto:subhadra.gunawardana@wustl.edu]
**Sent:** Tuesday, October 11, 2016 5:14 PM
**To:** Robert Cook; Dr. Don Waldron; Marsha Moon
**Cc:** Crystal Vaquera
**Subject:** Urgent: Accomodation request for temporary disability

I am a CPE candidate scheduled to re-take 3 sections next week, starting Oct 17.  My candidate number is 273624.

Following sudden debilitating pain in my right wrist, yesterday I was diagnosed with osteoarthritis of the 1st carpometacarpal joint. Medical record attached. I am wearing a brace and taking NSAIDs, which control the pain to some extent. However, any activity with this hand can still cause a flare-up of pain. Since the exam involves many activities that require the use of both hands, this disability can easily compromise my performance.

10/7/2018 Mail - subhadra.gunawardana@wustl.edu
Case 3:19-cv-00096-NJR Document 2-7 Filed 02/01/19 Page 4 of 5 Page ID #95

Reporting a concern regarding CPE Oct 19

Gunawardana, Subhadra

Thu 10/20/2016 11:15 AM

To: Dr. Don Waldron <d.waldron@wvc.org>;

Dr. Waldren,

Yesterday I was dismissed from the Anesthesia section due to leaving the pop-off valve closed too long while bagging the patient. While I realize that this is a serious error, I request you to consider the following:

I had made every attempt to open the pop-off valve, just couldn't get it open in time due to the pain in my hand from arthritis. If the session is videotaped it would show me struggling with the valve for a few seconds. (As I had used my hand a lot during the preceding surgery section, I was in considerable pain during the anesthesia section).

In other words, the error was not due my negligence but a physical disability. I request you to consider this in making a final decision.

Thank you,
Subhadra Gunawardana
Candidate ID 273634
615-674-8461


*Subhadra Gunawardana, Ph.D.*
Associate Professor, Cell Biology and Physiology
Washington University School of Medicine
660 S Euclid Ave, Campus Box 8228
St Louis, MO 63110.
subhadra.gunawardana@wustl.edu

## Re: Reporting a concern regarding CPE Oct 19

**Dr. Don Waldron** <d.waldron@wvc.org>

Thu 10/20/2016 11:39 AM

Inbox

To: Gunawardana, Subhadra <subhadra.gunawardana@wustl.edu>;

Cc: Ed Murphey <EMurphey@avma.org>;

Dr. Gunawardana,

Thank you for your note and your concern regarding your painful hand and the pop-off valve incident in Anesthesia yesterday. As CPE site coordinator, I do not have the authority to change any section evaluation assigned by a CPE examiner. I believe you had earlier communication with the AVMA office regarding accommodations so you are aware there were no accommodations permitted for you during the examination. We also do not video any portion of the examination currently.

I'm aware you are disappointed and I wish you the best for the future.

Thank you,

Don Waldron

**Don Waldron**
**Chief Veterinary Medical Officer | WVC**
**O:** 866.800.7326 | **D:** 702.675.7812 | **E:** Don@wvc.org
**A:** 2425 E. Oquendo Rd., Las Vegas, NV 89120
wvc.org | oquendocenter.org | Facebook | Twitter

WVC CONFIDENTIAL NOTICE: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original to us by mail without making a copy.

**From:** "Gunawardana, Subhadra" <subhadra.gunawardana@wustl.edu>
**Date:** Thursday, October 20, 2016 at 12:15 PM
**To:** "Dr . Don Waldron" <d.waldron@wvc.org>
**Subject:** Reporting a concern regarding CPE Oct 19

Dr. Waldren,

Yesterday I was dismissed from the Anesthesia section due to leaving the pop-off valve closed too long while bagging the patient. While I realize that this is a serious error, I request you to consider the