PLAINTIFF'S EXHIBIT 6

**From:** ECFVG@avma.org
**To:** subhadra.gunawardana@vanderbilt.edu
**Subject:** ECFVG Full CPE Confirmation
**Date:** Tuesday, September 30, 2014 1:59:56 PM



Building a bridge to your future in veterinary medicine — ECFVG (Educational Commission for Foreign Veterinary Graduates)

## FULL CPE CONFIRMATION

Candidate Name: Dr. Subhadra Gunawardana
Candidate ID: 273624
Order Number: 1465572
Payment Made: $1000.00
Amount Due: $5400.00

Dear Dr. Subhadra Gunawardana:

You have been scheduled to take the Clinical Proficiency Examination (CPE) at the Mississippi State University College of Veterinary Medicine (Starkville, MS) CPE site on Sep 15, 2015 - Sep 17, 2015. Final payment of $5400 is due to the ECFVG office by close of business on Jul 17, 2015. Failure to submit final payment by this date will result in forfeiture of your assigned position and all fees submitted.

*Note: Your $1000 initial payment must be submitted once your application has been entered.*

Travel information and site specific information for the Mississippi State University College of Veterinary Medicine (Starkville, MS) CPE site can be found here or online on your status page. Please use this information to make your travel plans for your CPE. The examination site will be contacting you directly with further information regarding your examination as well. Please note that you will need to bring your own lab coat and scrub suit for the examination, as well as all other material indicated in the Manual of Administration as being the candidate's responsibility. The current Manual of Administration can be downloaded here. If you would like a hard copy of the Manual of Administration sent to you, please contact the ECFVG office at ECFVG@avma.org.

Because the ECFVG office may communicate with you via E-mail, phone, and/or US mail, it is very important that your contact information is current. If your contact information changes, please update your contact information here.

Sincerely,

Testing Coordinator, Education and Research Division
American Veterinary Medical Association
1931 N. Meacham Rd., Suite 100
Schaumburg, IL 60173
800-248-2862 ext. 6682 Fax: 847-285-5732

1

# ECFVG Retake CPE Confirmation

ECFVG@avma.org

Thu 3/3/2016 3:10 PM

To: Gunawardana, Subhadra <subhadra.gunawardana@wustl.edu>;

**Building a bridge** to your future in veterinary medicine

Educational Commission for Foreign Veterinary Graduates

**ECFVG**

RETAKE CPE CONFIRMATION

Candidate Name: Dr. Subhadra Gunawardana
Candidate ID: 273624
Order Number: 1692318
Payment Made: $4200.00
Amount Due: $0.00

Dear Dr. Subhadra Gunawardana:

You have been scheduled to retake sections of the Clinical Proficiency Examination.

Further information about your retake examinations including travel information and site specific information for the CPE site can be found online on your profile page. Please use this information to make your travel plans for your CPE. The examination site will be contacting you directly with further information regarding your examination as well. Please note that you will need to bring your own lab coat and scrub suit for the examination, as well as all other material indicated in the Manual of Administration as being the candidate's responsibility. The current Manual of Administration can be downloaded here.

Because the ECFVG office may communicate with you via E-mail, phone, and/or US mail, it is very important that your contact information is current. If your contact information changes, please update your contact information here.

Sincerely,

*Malathi Raghavan*

Malathi Raghavan, DVM, MS, PhD
Assistant Director, Education and Research Division
Staff Consultant to the ECFVG

MR/mb

# ECFVG Retake CPE Confirmation

ECFVG@avma.org

Wed 2/8/2017 10:13 AM

To: Gunawardana, Subhadra <subhadra.gunawardana@wustl.edu>;

**Building a bridge** to your future in veterinary medicine

Educational Commission for Foreign Veterinary Graduates

**ECFVG**

RETAKE CPE CONFIRMATION

Candidate Name: Dr.Subhadra Gunawardana
Candidate ID: 273624
Order Number: 1817404
Payment Made: $1450.00
Amount Due: $0.00

Dear Dr.Subhadra Gunawardana:

You have been scheduled to retake sections of the Clinical Proficiency Examination.

Further information about your retake examinations including travel information and site specific information for the CPE site can be found online on your profile page. Please use this information to make your travel plans for your CPE. The examination site will be contacting you directly with further information regarding your examination as well. Please note that you will need to bring your own lab coat and scrub suit for the examination, as well as all other material indicated in the Manual of Administration as being the candidate's responsibility. The current Manual of Administration can be downloaded here.

Because the ECFVG office may communicate with you via E-mail, phone, and/or US mail, it is very important that your contact information is current. If your contact information changes, please update your contact information here.

Sincerely,

E.D. Murphey, DVM, PhD, DACVS
Assistant Director, Education and Research Division
American Veterinary Medical Association