# Gender Composition

**49,958** — FEMALE WORKFORCE ± 4,182

**26,911** — MALE WORKFORCE ± 3,027

65% of Veterinarians are Female, making them the more common gender in the occupation. This chart shows the gender breakdown of Veterinarians.

Dataset: ACS PUMS 1-year Estimate
Source: Census Bureau



PLAINTIFF'S EXHIBIT 7

# Race & Ethnicity

**MOST COMMON RACE OR ETHNICITY OF VETERINARIANS**

1. White
2. Asian
3. Two or more races

93.2% of Veterinarians are White, making that the most common race or ethnicity in the occupation. Representing 2.45% of Veterinarians, Asian is the second most common race or ethnicity in this occupation. This chart shows the racial and ethnic breakdown of Veterinarians.

Dataset: ACS PUMS 1-year Estimate
Source: Census Bureau

