


PLAINTIFF'S EXHIBIT 8

# Market Research Statistics: U.S. Veterinarians 2018

|  | Total (No.)[1] | Male | Female | Unknown |
|---|---|---|---|---|
| **Total** | 113,394 | 43,345 | 69,908 | 141 |

## U.S. Veterinary Positions (among employed veterinarians)
*Definitions of categories below*

|  | Total as of December 31, 2018[1,2] | Percent of Total | Male % | Female % |
|---|---|---|---|---|
| **Private Clinical Practice** |  |  |  |  |
| Food animal exclusive | 1,286 | 1.8% | 77.1% | 22.9% |
| Food animal predominant | 3,105 | 8.7% | 74.3% | 25.7% |
| Mixed animal | 4,182 | 5.7% | 56.0% | 44.0% |
| Companion animal predominant | 6,372 | 8.7% | 49.0% | 51.0% |
| Companion animal exclusive | 48,898 | 66.6% | 35.9% | 64.0% |
| Equine | 4,125 | 5.6% | 45.8% | 54.2% |
| Other | 309 | 0.4% | 35.3% | 64.7% |
| Species Unspecified | 5,096 | 6.9% | 21.8% | 78.1% |
| **Total Private Practice** | 73,373 | 100% | 40.1% | 59.9% |
| **Public & Corporate Employment** |  |  |  |  |
| College or university | 6,889 | 40.8% | 41.2% | 58.8% |
| Federal government | 1,869 | 11.1% | 51.0% | 49.0% |
| State or local government | 1,122 | 6.6% | 45.3% | 54.7% |
| Uniformed services | 760 | 4.5% | 48.2% | 51.7% |
| Industry | 3,555 | 21.0% | 53.1% | 46.9% |
| Other Public & Corporate | 2,702 | 16.0% | 30.1% | 69.9% |
| **Total Public & Corporate** | 16,897 | 100% | 43.3% | 56.7% |
| **Employment Unknown** | 28,375 |  |  |  |
| **Not Listed Above** | 2,007 |  |  |  |
| **Total # of Positions held by U.S. Veterinarians** | 120,652 |  |  |  |

[1] Includes active AVMA members (Regular, Recent Graduates, and Educational) and Non-members (Excludes non-members born prior to 1948 and non-members who received their veterinary degree prior to 1974)

[2] Veterinarians may hold more than one position.

Updated 1/19.

View 2017 statistics
View 2016 statistics
View 2015 statistics
View 2014 statistics
View 2013 statistics
View 2012 statistics

The species categories listed under Private Clinical Practice can be defined by the following calculations.

**Species categories**

- Food animal exclusive: Sum of (Bovine, Porcine, Ovine/Caprine, Camelid, Cervid and Poultry) is at least 90% of the contact.
- Food animal predominant: Sum of (Bovine, Porcine, Ovine/Caprine, Camelid, Cervid and Poultry) is at least 50% of the contact.
- Mixed animal: Varied species with at least 25% from companion animal and 25% from either food animal or equine.
- Companion animal predominant: Sum of (Canine, Feline, Avian (non-poultry) and Exotics) is at least 50% of the contact.
- Companion animal exclusive: Sum of (Canine, Feline, Avian (non-poultry) and Exotics) is at least 90% of the contact.
- Equine: Combination of equine predominant and exclusive where there's at least 50% contact with equines.

Copyright © 2019 American Veterinary Medical Association