Join | Store | Career Center | Public Resources | Sign In



Membership   News & Publications   Professional Development   Economics & Practice   Advocacy   Meetings & Events   About AVMA   Policy

You are here: Home | Professional Development | Education | Foreign         PRINT    SHA

As part of our commitment to individual privacy and protecting personal information, we have updated our Privacy Policy and Terms of Use.

**About Us**
News
FAQs
Contacts

**Program Steps**
Enrollment Application/Online Status
English Language Requirement
BCSE Candidate Bulletin
CPE Candidate Bulletin

**Policies & Procedures**
AVMA-Listed, Non-Accredited Veterinary Colleges
Veterinary Medical Degrees Granted Throughout the World
Processing Times
Appeals
Complaints
Release of Information
Canadian NEB

**Related resources**
AVMA-Listed Veterinary Colleges of the World
Classification of Colleges
Colleges Accreditied by the AVMA
Directory of State Veterinary Regulatory Boards
Info for Foreign Veterinary Graduates Working in the U.S.

# ECFVG - About Us

The educational prerequisite for veterinary licensure in most states and for certain federal positions includes graduation from a veterinary school accredited by the American Veterinary Medical Association (AVMA) Council on Education. For graduates of foreign, non-accredited schools, most states require successful completion of an educational equivalency assessment certification program—the ECFVG.

ECFVG helps bridge the gap between the dream for some veterinarians of licensure in the United States, and the reality of achieving the American Dream.



For over 40 years, the Educational Commission for Foreign Veterinary Graduates (ECFVG) has helped state veterinary boards and other entities nationwide assess the educational readiness of graduates of non-accredited veterinary schools for licensure or employment.



ECVFG certificate holders enrich the US veterinary profession by increasing diversity. In 2014, more than 191 ECFVG certificates will be awarded to graduates of more than 75 different veterinary schools in approximately 40 different countries. Since the inception of the current certification program (January 1, 1973) through December 31, 2014, the ECFVG has awarded more than 5,869 certificates.