

(https://www.americanimmigrationcouncil.org)

PLAINTIFF'S EXHIBIT 10

Home (/) » Research (/topics)

SPECIAL REPORT

# Foreign-Trained Doctors are Critical to Serving Many U.S. Communities

January 17, 2018

416

There are more than 247,000 doctors with medical degrees from foreign countries practicing in the United States, making up slightly more than one-quarter of all doctors. Although the data used in this report does not contain information on country of birth or citizenship, evidence from other sources indicates that most foreign-trained doctors are not U.S. citizens—meaning that the majority are foreign-born. These doctors play a key role in providing healthcare for millions of Americans.

This report builds upon other studies that have looked at the critical role foreign-trained doctors play regionally, in underserved communities, in rural areas, and in providing primary health care. It finds that foreign-trained physicians are more likely than U.S.-trained doctors to practice in lower-income and disadvantaged communities and, as a result, their presence is critically important.

More precisely, this report examines foreign-trained doctors in Primary Care Service Areas (PCSAs) and analyzes the socio-demographic characteristics of the populations they serve (see Methodology). For instance, it finds that:

- In areas with the highest poverty rates—where more than 30 percent of the population lives below the federal poverty rate—nearly one-third of all doctors are foreign-trained.
- Where per-capita income is below $15,000 per year, 42.5 percent of all doctors are foreign-trained.
- Where 75 percent or more of the population is non-white, 36.2 percent of the doctors are foreign-trained.

- Where 10 percent or less of the population has a college degree, nearly one-third of all doctors are foreign-trained.

Foreign-trained doctors play such an important role in filling medical shortfalls in disadvantaged communities because of the large disparities in access to healthcare that exist in the United States. Research has found that minorities and the poor are less likely to have health insurance and less likely to have a regular source of medical care. African Americans and low-income Hispanics are more likely than Caucasians and Asians to live in "healthcare deserts"—areas with few or no primary-care physicians. African Americans and Hispanics may be up to twice as likely as whites to live in zip codes with few or no primary-care physicians.

The demand for foreign-trained doctors will only increase as the need for doctors and accessible, affordable healthcare in the United States continues to grow. The Association of American Medical Colleges found that the demand for doctors will continue to outpace supply, leading to a projected shortfall of between 46,100 and 90,400 doctors by 2025, many in primary care. These shortages are compounded by the fact that large numbers of doctors will be retiring in the next few years.

Yet U.S. immigration policies significantly limit the ability of these doctors to immigrate to and practice in the United States. As policy-makers debate what immigration reforms would best serve the national interest, they should keep in mind that foreign-trained doctors are already taking the lead on providing care to many communities across the United States.

## One-quarter of All Doctors in the United States are Foreign-trained

Just over one-quarter of doctors in the United States were "foreign-trained" as of 2017, meaning that they received their medical degrees from schools outside of the United States (Table 1). Some of these doctors are U.S. citizens who went abroad for medical school. However, most are not. From 1992 through 2016, 81.3 percent of the 234,850 certifications issued by the Educational Commission for Foreign Medical Graduates (ECFMG) were non-U.S. citizens. (ECFMG issues certifications to International Medical Graduates (IMGs) who have passed the first three components of the United States Medical Licensing Examination, and whose final medical diploma and transcript have been directly verified.)

Table 1: U.S. Physicians by Training Location, 2017

|  | Number of Practicing U.S. Physicians | Percentage of Total |
|---|---|---|
| U.S.-Trained | 727,000 | 74.6 |
| Trained Abroad | 247,449 | 25.4 |
| Total U.S. Physicians | 974,449 | 100 |