# UNITED STATES DISTRICT COURT
### for the
### Southern District of Illinois

| | |
|---|---|
| Subhadra Gunawardana <br> David Seely <br><br> *Plaintiff(s)* <br> v. <br> American Veterinary Medical Association (AVMA), and its branches: Educational Commission for Foreign Veterinary Graduates (ECFVG) and Council on Education COE) <br> *Defendant(s)* | Case Number:  19-96-NJR-MAB |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

      I hereby enter my appearance as counsel for American Veterinary Medical Association (AVMA)

DATED:  February 14, 2019

*[Signature: Hayes Ryan]*

Signature

J. Hayes Ryan
Name

One North Franklin, Suite 800
Chicago, IL 60606
Address

(312) 980-6768
Phone Number

(312) 565-6511
Fax Number

hayesryan@grsm.com
E-Mail Address

Rev.  2/11

/43387616v.1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Subhadra Gunawardana<br>David Seely,<br><br>      Plaintiffs,<br><br>v.<br><br>American Veterinary Medical Association<br>(AVMA) and its branches: Educational<br>Commission for Foreign Veterinary Graduates<br>(ECFVG) and Council on Education (COE),<br><br>      Defendants. | Case No. 19-96-NJR-MAB |

**CERTIFICATE OF SERVICE**

**To:**   Subhadra Gunawardana / 4308 Marion Garden Lane/ Florissant, MO 63034

        David Seely / 4308 Marion Garden Lane/ Florissant, MO 63034

The undersigned, being first duly sworn, on oath deposes and states that a true and correct copy of the foregoing Defendant's Entry of Appearance, in regard to the above captioned matter, was filed with the U.S. District Court, Southern District of Illinois, using the CM/ECF system, which will send notification of such filing to all attorneys of record on this 14th day of February, 2019 and via U.S. Mail and by depositing at One North Franklin, Chicago, Illinois 60606, before 5:00 p.m.

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ J. Hayes Ryan
     J. Hayes Ryan (#6274197)
     One North Franklin, Suite 800
     Chicago, Illinois 60606
     Phone: (312) 980-6768
     Fax: (312) 565-6511
     *Attorneys for Defendant American Veterinary Medical Association (AVMA)*