IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**
FEB 2 0 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

Subhadra Gunawardana and
David Seely, pro se

    Plaintiffs,

vs.

American Veterinary Medical
Association (AVMA),
Educational Commission for
Foreign Veterinary Graduates
(ECFVG) and Council on
Education (COE)

Defendant

Civil Action No. 3:19-96-NJR-MAB

## MOTION FOR ELECTRONIC FILING

The Plaintiffs, Subhadra Gunawardana and David Seely, pro se, respectfully request the court's permission to file all future pleadings for the aforementioned action through the Electronic Case Filing system, for the convenience of all parties.

02/20/2019

Dr. Subhadra Gunawardana

David Seely

4308 Marion Garden Ln
Florissant, MO 63034
615-674-8461; 615-423-8851
subhadra.gunawardana@wustl.edu

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Subhadra Gunawardana and David Seely, pro se <br><br> Plaintiffs, <br><br> vs. <br><br> American Veterinary Medical Association (AVMA), Educational Commission for Foreign Veterinary Graduates (ECFVG) and Council on Education (COE) <br><br> Defendant | Civil Action No. 3:19-96-NJR-MAB |

## CERTIFICATE OF SERVICE

The Plaintiffs, Subhadra Gunawardana and David Seely, pro se, hereby certify that on this 20th day of February, 2019, a true and correct copy of the foregoing was served via electronic mail and first class mail upon the Defendants' counsel at:

J. Hayes Ryan
Gordon & Rees LLP
1 North Franklin Street, Suite 800
Chicago, IL 60606
hayesryan@grsm.com

Respectfully submitted,

Dr. Subhadra Gunawardana

David Seely