# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Subhadra Gunawardana <br> David Seely, <br><br>            Plaintiffs, <br><br> v. <br><br> American Veterinary Medical Association (AVMA) and its branches: Educational Commission for Foreign Veterinary Graduates (ECFVG) and Council on Education (COE), <br><br>            Defendants. | Case No. 19-96-NJR-MAB |

## CERTIFICATE OF SERVICE

**To:** Subhadra Gunawardana / 4308 Marion Garden Lane/ Florissant, MO 63034

David Seely / 4308 Marion Garden Lane/ Florissant, MO 63034

The undersigned, being first duly sworn, on oath deposes and states that a true and correct copy of the foregoing Waiver of the Service of Summons, in regard to the above captioned matter, was filed with the U.S. District Court, Southern District of Illinois, using the CM/ECF system, which will send notification of such filing to all attorneys of record on this 22nd day of February, 2019 and via U.S. Mail and by depositing at One North Franklin, Chicago, Illinois 60606, before 5:00 p.m.

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ J. Hayes Ryan
    J. Hayes Ryan (#6274197)
    One North Franklin, Suite 800
    Chicago, Illinois 60606
    Phone: (312) 980-6768
    Fax: (312) 565-6511
    *Attorneys for Defendant American Veterinary Medical Association (AVMA)*