## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Subhadra Gunawardana </br> David Seely, </br> </br> Plaintiffs, </br> </br> v. </br> </br> American Veterinary Medical Association (AVMA) and its branches: Educational Commission for Foreign Veterinary Graduates (ECFVG) and Council on Education (COE), </br> </br> Defendants. | Case No. 19 –cv--96-NJR-MAB |

## **CERTIFICATE OF SERVICE**

**To:** David Seely / 4308 Marion Garden Lane/ Florissant, MO 63034

The undersigned, an attorney, first being duly sworn on oath deposes and states that a true and correct copy of Defendant's American Veterinary Medical Association's Motion to Transfer Venue to the Northern District of Illinois (Dkt. #8) and Memorandum of Law in Support of its Motion to Transfer Venue to the Northern District of Illinois (Dkt. #7) in regard to the above captioned matter was served upon all parties of record on this 8th day of April, 2019, via U.S. Mail and by depositing at One North Franklin, Chicago, Illinois 60606, before 5:00 p.m.

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ J. Hayes Ryan
    J. Hayes Ryan (#6274197)
    One North Franklin, Suite 800
    Chicago, Illinois 60606
    Phone: (312) 980-6768
    Fax: (312) 565-6511
    *Attorneys for Defendant American Veterinary Medical Association (AVMA)*