# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Subhadra Gunawardana and David Seely, | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | ) <br> ) Case No.   3:19-cv-00096-NJR-MAB |
| American Veterinary Medical Association (AVMA), and its branches: Educational Commission of Foreign Veterinary Graduates (ECFVG), and Council on Education (COE), | ) <br> ) <br> ) <br> ) <br> ) |
| Defendant. | ) <br> ) <br> ) |

## DEFENDANT AMERICAN VETERINARY MEDICAL ASSOCIATION'S AMENDED MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF ILLINOIS

American Veterinary Medical Association ("AVMA"), by and through its attorneys of Gordon & Rees Scully Mansukhani, LLP, respectfully moves this Honorable Court for an order transferring venue to the United States District Court for the Northern District of Illinois, Eastern Division pursuant to 28 U.S.C. § 1404(a). In support thereof, AVMA states as follows:

1.   Missouri residents, Subhadra Gunawardana and David Seely, filed the instant action in the United States District Court for the Southern District of Illinois against Defendant, American Veterinary Medical Association ("AVMA") alleging violations of numerous federal statutes in connection with Dr. Gunawardana's attempt to obtain certification by the AVMA. *See generally, docket entry* #1.

2.   The United States District Court of the Northern District of Illinois is the most appropriate venue for this matter, as that is where AVMA resides, where the material actions

occurred, and it is the venue that is more convenient for the witnesses and parties and would best serve the interests of justice.

3. This case has no connection to the Southern District of Illinois. Plaintiffs are residents of Missouri. Plaintiff did not take any portion of the clinical proficiency exam in the Southern District of Illinois. All decisions on the testing and appeal, as well as the procedures and policies governing same, came from AVMA, which is headquartered in Schaumburg, Cook County, Illinois. This makes the Northern District of Illinois the situs of material events.

4. The interests of justice favor transfer to the Northern District of Illinois because this case has no connection whatsoever to the Southern District of Illinois. As a result, it is proper and just to allow the Northern District of Illinois, which has a nexus to all material events, documents, and witnesses, to oversee this matter.

5. For the aforementioned reasons, set forth more fully in AVMA's accompanying Memorandum of Law in Support of its Motion to Transfer Venue, AVMA respectfully moves this Honorable Court for an Order granting its motion to transfer venue to the U.S. District Court for the Northern District of Illinois, Eastern Division.

    Respectfully submitted,

    GORDON & REES, LLP

By: /s/ J. Hayes Ryan
*Attorney for Defendant*
*American Veterinary Medical Association*

J. Hayes Ryan
Gordon & Rees LLP
One North Franklin, Suite 800
Chicago, Illinois 60606
(312) 565-1400 (Telephone)
(312) 565-6511 (Facsimile)
hayesryan@grsm.com