# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Subhadra Gunawardana | ) | |
| David Seely, | ) | |
| | ) | Case No. 19 –cv--96-NJR-MAB |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| American Veterinary Medical Association | ) | |
| (AVMA) and its branches: Educational | ) | |
| Commission for Foreign Veterinary Graduates | ) | |
| (ECFVG) and Council on Education (COE), | ) | |
| | ) | |
| Defendants. | ) | |

## **CERTIFICATE OF SERVICE**

**To:**  Subhadra Gunawardana/ 4308 Marion Garden Lane, Florissant , MO 63034
  David Seely / 4308 Marion Garden Lane/ Florissant, MO 63034

The undersigned, an attorney, first being duly sworn on oath deposes and states that a true and correct copy of Defendant's American Veterinary Medical Association's Amended Motion to Transfer Venue to the Northern District of Illinois and Amended Memorandum of Law in Support of its Motion to Transfer Venue to the Northern District of Illinois in regard to the above captioned matter was served upon all parties of record on this 10th day of April, 2019, via U.S. Mail and by depositing at One North Franklin, Chicago, Illinois 60606, before 5:00 p.m.

  Respectfully submitted,

  GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ J. Hayes Ryan
　　J. Hayes Ryan (#6274197)
　　One North Franklin, Suite 800
　　Chicago, Illinois 60606
　　Phone: (312) 980-6768
　　Fax: (312) 565-6511
　　*Attorneys for Defendant American Veterinary Medical Association (AVMA)*