

PLAINTIFF'S EXHIBIT 1



# AVMA Leadership

## AVMA Officers

- President 2018-2019 — **John de Jong, DVM**
- President-Elect 2018-2019 — **John Howe, DVM**
- Vice President 2018-2021 — **Grace Bransford, DVM**
- Treasurer 2017-2023 — **Arnold Goldman, DVM, MPH**
- Immediate Past President 2018-2019 — **Michael Topper, DVM, PhD, DACVP**
- Board of Directors Chair 2018-2019 — **Gary Brown, DVM**
- Board of Directors Vice Chair 2018-2019 — **Rena Carlson, DVM**
- Executive Vice President — **Janet Donlin, DVM**
- Assistant Executive Vice President — **David E. Granstrom, DVM, PhD, DACVM**

## AVMA Board of Directors

The Board of Directors is the administrative body of the Association. The 18-member board is comprised of the President, President-Elect, Immediate Past President, Vice President, Treasurer (non-voting), 1 representative from each of 11 geographic districts elected by the veterinarians residing in that district, the House Advisory Committee Chair (non-voting), and the Student AVMA President (non-voting).

- Board of Directors Chair 2018-2019 — **Gary Brown, DVM**
- Board of Directors Vice Chair 2018-2019 — **Rena Carlson, DVM**
- **Karen Bradley, DVM** — District I
  Connecticut, Maine, Massachusetts, New Hampshire, New York, Rhode Island and Vermont
- **Michael Q. Bailey, DVM** — District II
  Delaware, District of Columbia, Maryland, New Jersey, Pennsylvania and Virginia
- **Jan Strother, DVM** — District III
  Alabama, Mississippi, North Carolina, South Carolina and Tennessee
- **José Arce, DVM** — District IV
  Florida, Georgia and Puerto Rico
- **Gary Brown, DVM** — District V
  Kentucky, Michigan, Ohio and West Virginia
- **Ronald E. Gill, DVM** — District VI
  Illinois, Indiana and Wisconsin
- **Chuck Lemme, DVM** — District VII
  Iowa, Minnesota, Missouri, Nebraska, North Dakota, and South Dakota
- **Lori Teller, DVM, DABVP (canine/feline), CVJ** — District VIII
  Arkansas, Louisiana and Texas

1

- **Melanie Marsden**, DVM — District IX
  Arizona, Colorado, Kansas, New Mexico, Oklahoma, and Utah
- **George Bishop, DVM** — District X
  California, Hawaii and Nevada
- **Rena Carlson, DVM** — District XI
  Alaska, Idaho, Montana, Oregon, Washington, and Wyoming
- Sandra Faeh Butler, DVM — House Advisory Committee Chair, Invited Participant
- Sarah Neuser — Student AVMA President, Invited Participant

## AVMA House of Delegates

The House of Delegates is composed of AVMA members from 70 **state and territorial**, and **allied veterinary medical groups**. Association policies are set by the House of Delegates, made up of one delegate and one alternate delegate from each organization represented. The House of Delegates convenes each summer at the AVMA Annual Convention and each winter at the Veterinary Leadership Conference.

- **View the HOD Directory**

## House Advisory Committee

The House Advisory Committee consists of seven members elected by the House of Delegates to advise and make recommendations to the House of Delegates and Board of Directors, and to review and approve the credentials of candidates for President, President-Elect, Vice President, councils, and the House Advisory Committee. The following individuals compose the House Advisory Committee:

- Chair — Sandra Faeh Butler, DVM, River Forest, IL — Representing At-Large
- Vice Chair — Saundra Willis, DVM, Tacoma, WA - Representing At-Large
- Michael Ames, DVM, Douglas, AZ — Representing At-Large
- Rex Anderson, DVM, Absarokee, MT — Representing At-Large
- James Brett, DVM, Starkville, MS — Representing At-Large
- Jon Pennell, DVM, Las Vegas, NV — Representing At-Large
- David Ylander, DVM, Alliance, NE — Representing At-Large

## Rosters

- **View all AVMA leadership rosters**

Copyright © 2019  American Veterinary Medical Association



# Ronald E. Gill, DVM

## District VI AVMA Board of Directors Representative

### AVMA Officers
### Biographical Sketch



Dr. Ronald E. Gill is a mixed-animal practitioner and owner of Gill Veterinary Clinic in West Salem, Ill.

Dr. Gill has many years' experience in organized veterinary medicine at both the state and national levels, beginning with the Southern Illinois Veterinary Medical Association (SIVMA). He later represented SIVMA at the Illinois State Veterinary Medical Association (ISVMA), where he held various leadership roles that culminated in his service as ISVMA president.

Dr. Gill has served on multiple entities within the AVMA, including the Council on Veterinary Services and the Governance Performance Review Committee, both of which he chaired for two years. He was also vice-chair of the Council on Education.

Dr. Gill received his veterinary degree from the University of Illinois College of Veterinary Medicine.

Copyright © 2019  American Veterinary Medical Association