


# COE Accreditation Policies and Procedures: Roster

September 2018

## 2. Council on Education Roster

| Member/Representing | City/State | Term |
|---|---|---|
| **Large Animal Clinical Science** – William Epperson (Professor, Mississippi State University CVM) | Starkville, MS | 2013-2019 |
| **Veterinary Medical Research** – Caroline Zeiss (Professor, Yale University) | New Haven, CT | 2013-2019 |
| **Private Equine Practice** –  Stephen M. Reed (filling unexpired term) (equine practitioner) | Lexington, KY | 2014-2019 |
| **Private Small Animal Clinical Practice** – Ann E. Hohenhaus (Small Animal Practitioner) | New York, NY | 2014-2020 |
| **Small Animal Clinical Science** – Spencer A. Johnston (Department Head, University of Georgia CVM) | Statham, GA | 2014-2020 |
| **Non-Private, Non-Academic Veterinary Medicine** – Kevin B. Donnelly (Director, pharmaceutical company) | Indianapolis, IN | 2015-2021 |
| **Basic Science** – Margie D. Lee (Professor and Head, Biomedical Sciences and Pathobiology, Virginia-Maryland College of Veterinary Medicine) | Blacksburg, VA | 2015-2021 |
| **Public** – Heeyoung Han (Assistant Professor, Southern Illinois University School of Medicine) | Springfield, IL | 2015-2021 |
| **Association of American Veterinary Medical Colleges** – Trevor R. Ames (Dean, University of Minnesota CVM) | St. Paul, MN | 2016-2019 |
| **Public** –  Jeffrey I. Pasek (filling unexpired term) (Attorney) | Philadelphia, PA | 2016-2020 |
| **Postgraduate Education** – Catherine E. Dewey (Department Chair, | Guelph, ON | 2016-2022 |

| | | |
|---|---|---|
| University of Guelph, Ontario Veterinary College) | | |
| **Private Mixed Clinical Practice** – James Hoffmann (Mixed Animal Practitioner) | Searcy, AR | 2016-2022 |
| **Public** – John Gittleman (Dean and Professor, Odum School of Ecology, University of Georgia) | Athens, GA | 2017-2023 |
| **Basic Science** – Fern Tablin (Professor, University of California-Davis SVM) | Davis, CA | 2017-2023 |
| **Veterinary Preventive Medicine** – Luke C. Heider (Professor, University of Prince Edward Island CVM) | Charlottetown, PE | 2017-2023 |
| **Private Clinical Practice** – H. Jay Kerr (Private Clinical Practice) | San Ramon, CA | 2017-2023 |
| **Member-at-Large -** Philip Kieffer (Clinical Instructor-Large Animal Surgery) | Helsingborg, Sweden | 2018-2024 |
| **Private Clinical Practice** - Sarah Mercurio (Veterinarian at Feline Practice) | Rehoboth, MA | 2018-2024 |
| **Private Food Animal Clinical Practice** - Norman LaFaunce (Bovine Practice) | Modesta, CA | 2018-2024 |
| **Canadian Veterinary Medical Association** - Dr. David Scammell (Private Clinical Practice - Dutch Hill Vetgerinary Clinic) | Winnipeg, MB | 2018-2021 |

Copyright © 2019  American Veterinary Medical Association