UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Subhadra Gunawardana<br>David Seely, | ) |
| | ) |
| | )   Case No. 19 –cv--96-NJR-MAB |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| American Veterinary Medical Association | ) |
| (AVMA) and its branches: Educational | ) |
| Commission for Foreign Veterinary Graduates | ) |
| (ECFVG) and Council on Education (COE), | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR AN EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

Defendant, American Veterinary Medical Association ("AVMA"), by and through its attorneys of Gordon & Rees, LLP, respectfully moves for a 21-day extension of time to file its answer or otherwise responsive pleading to Plaintiffs' Complaint.  In support, Defendant states as follows:

1.     On February 1, 2019, Plaintiffs filed a Complaint against AVMA alleging violation of contract laws (Count I); violations of Title VII (Count II); violations of the Sherman Act (Count III); violations of the ADA (Count IV); and violations of the Equal Protection Clause (Count V).

2.     On April 5, 2018, AVMA filed a Motion to Transfer Venue, which this Court denied in its order dated April 30, 2019. The Order directed Plaintiffs to show cause why Plaintiff, David Seely, should not be dismissed for lack of standing by May 14, 2019.

3.     AVMA's responsive pleading is due on May 14, 2019.

4.     Defendant is in the process of investigating the allegations set forth in Plaintiff's Complaint, preparing its response, and exploring the potential for settlement.

5.      On May 13, 2019, defense counsel emailed and telephoned Plaintiff to inform her of the filing of this motion, and requested that she relay any opposition. At the time of filing of this motion, Defendant has not heard back from Plaintiff.

6.      A 21-day extension in which to answer or otherwise plead will be sufficient to fully address the issues raised in Plaintiffs' Complaint, including Plaintiff Seely's standing, and to explore whether or not a prompt settlement may be negotiated.

7.      This motion is not brought to unduly delay these proceedings or to harass any party to this case.

WHEREFORE, Defendant, American Veterinary Medical Association ("AVMA"), respectfully requests that this Honorable Court grant it an extension of time up to and including June 4, 2019 to file its answer or otherwise responsive pleading to Plaintiffs' Complaint.


Respectfully submitted,

GORDON & REES, LLP

By:  /s/  J. Hayes Ryan
        *Attorney for Defendant*
        *American Veterinary Medical Association*

        J. Hayes Ryan
        Gordon & Rees LLP
        One North Franklin, Suite 800
        Chicago, Illinois 60606
        (312) 565-1400 (Telephone)
        (312) 565-6511 (Facsimile)
        hayesryan@grsm.com