# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Subhadra Gunawardana and David Seely, pro se <br><br> Plaintiffs, <br><br> v. <br><br> American Veterinary Medical Association (AVMA) and its branches: Educational Commission for Foreign Veterinary Graduates (ECFVG) and Council on Education (COE) <br><br> Defendants. | Case No. 3:19-cv-00096-NJR-MAB |

### PLAINTIFFS' MOTION TO VACATE ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Plaintiffs respectfully move the Honorable Court to vacate the order entered on May 14, 2019, granting Defendant's motion for extension of time to answer or otherwise plead. Plaintiffs dispute a critical statement of fact in the Defendants' motion, and believe that the Court would not have granted Defendant's motion had all information been present before the Court.

1. Plaintiffs filed the complaint on February 1, 2019, and the Defendant acknowledged waiver of service on February 6, 2019.

2. Accordingly, the due date for Defendants' responsive pleading was April 8, 2019.

3. Defendants did not file an answer or a pre-answer motion under Rule 12 of Federal Rules of Civil Procedure by the due date of April 8, 2019.

4. On April 5, 2019, Defendants filed a motion to transfer venue pursuant to 28 U.S.C. § 1404(a), which they amended on April 10, 2019.

5. Court denied said motion in its order dated April 30, 2019, and ordered Plaintiff Seely to show cause for standing.

6. According to Rule 12, a motion to transfer venue under 28 U.S.C. § 1404(a) does not extend or suspend the due date for responsive pleading. Therefore, Defendants' statement that "AVMA's responsive pleading is due on May 14, 2019" is incorrect. [paragraph 3 of Defendants' motion for extension]

7. Until May 14, 2019, the court docket continued to show the answer due date as April 8 [Exhibit 1], indicating that the Defendants' motion to transfer, or the Court's ruling on it, did not extend the due date for responsive pleading.

8. On May 13, 2019, Defendants filed this motion for extension of time to answer.

9. Defendants' notice to Plaintiffs regarding intent to file said motion for extension was provided only 2 hours prior to filing. Plaintiffs did not see Defendants' message until after the motion was filed [Dr. Gunawardana cannot check messages while in surgery, and Mr. Seely was busy preparing the response to the court's order to show cause, due on May 14, 2019]. Even if Plaintiffs had received the notice in time, they could not have agreed or objected without seeing the contents of the motion.

10. On May 14, 2019 the Court granted the Defendants' motion for extension.

11. Plaintiffs hereby express their objection to said motion on the grounds that: At the time of filing of said motion, Defendants' due date for responsive pleading was still April 8, 2019, and was long past. Thus, Defendant had already failed to answer or otherwise plead in a timely manner.

12. Considering that Defendants' counsel made their appearance on February 14, 2019 [over seven weeks before the due date of April 8, 2019], and amended the motion to transfer venue, it appears that they had ample opportunity to file a timely responsive pleading or request an extension by the due date.

In consideration of the aforementioned facts, Plaintiffs pray the Honorable Court to vacate the order entered on May 14, 2019.

> Respectfully Submitted,
> /s/Dr. Subhadra Gunawardana
> /s/David Seely, With Consent
> Plaintiffs
> 4308 Marion Garden Ln
> Florissant, MO 63034
> 615-674-8461; 615-423-8851
> subhadra.gunawardana@wustl.edu
> david-seely@live.com

### Certificate of Service

The undersigned hereby certifies that a true and accurate copy of the foregoing document was forwarded by way of electronic filing on the Court's ECF notice list from 4308 Marion Garden Ln, Florissant, MO 63034, on May 16, 2019.

> /s/Dr. Subhadra Gunawardana
> /s/David Seely, With Consent