**3:19-cv-00096-NJR-MAB** Gunawardana et al v. American Veterinary Medical Association et al
Nancy J. Rosenstengel, presiding
Mark A. Beatty, referral
Date filed: 02/01/2019
Date of last filing: 05/14/2019



## Deadlines/Hearings

| Doc. No. | Deadline/Hearing | Event Filed | Due/Set | Satisfied | Terminated |
|---|---|---|---|---|---|
| 2 | Answer due | 02/01/2019 | 04/08/2019 | | |

### PACER Service Center

#### Transaction Receipt

05/14/2019 13:45:11

| PACER Login: | guna▓▓▓▓ | Client Code: | |
|---|---|---|---|
| Description: | Deadline/Hearings | Search Criteria: | 3:19-cv-00096-NJR-MAB |
| Billable Pages: | 1 | Cost: | 0.10 |