## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Subhadra Gunawardana,<br>David Seely,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>American Veterinary Medical Association<br>(AVMA) and its branches: Educational<br>Commission for Foreign Veterinary Graduates<br>(ECFVG) and Council on Education (COE),<br><br>　　　　　　Defendants. | )<br>)<br>)　Case No. 19-cv-96-NJR-MAB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant, American Veterinary Medical Association ("AVMA"), by and through its attorneys of Gordon & Rees, LLP, and for its Motion to Dismiss Plaintiff's Complaint ("Complaint") pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, states as follows:

1. Plaintiff's Complaint fails to comply with basic pleading requirements to put the American Veterinary Medical Association ("AVMA") on notice of the claims being asserted against it and the request Plaintiffs request therein.

2. Plaintiff attempts to assert a wide variety of legal claims against the AVMA, including "violation of contract laws"; violations of Title VII, 42 U.S.C. § 1981, and 42 U.S.C. §1985(3); violation of the Sherman Antitrust Act; violation of the Americans with Disabilities Act; and violation of the Equal Protection Clause.

3. As an initial matter, Plaintiff, David Seely, should be dismissed from this action for lack of standing because he has no personal direct injury and his status as Dr. Gunawardana's husband is insufficient to establish his own standing.

4. On her application, Plaintiff signed a waiver releasing the AVMA from liability for all claims resulting from her application and testing, and as a result, the Complaint should be dismissed.

5. Further, Plaintiff's claim for violation of contract laws should be dismissed for failing to plead allegations sufficient to state a claim or to put AVMA on notice of what claim she is asserting in Count I.

6. Plaintiff's Complaint fails to allege any allegations other than conclusory statements to show that the AVMA constitutes her "employer" or an "employment agency," or that she exhausted her administrative remedies to establish a claim under Title VII.

7. Under 42 U.S.C. § 1981, Plaintiff cannot establish a claim because Count II does not properly allege any elements and discrimination based on birth place is not actionable under Section 1981.

8. Plaintiff has failed to state a claim under 42 U.S.C. § 1985(3) because she has not, and cannot, allege a conspiracy because the AVMA is only one entity and it cannot conspire with itself.

9. Plaintiff's claim under the Sherman Antitrust Act similarly must be dismissed because she has not alleged a contract or conspiracy, nor has she alleged an actionable injury.

10. Plaintiff's claim under Title VII is time-barred, and therefore, must be dismissed.

11. Finally, Plaintiff cannot establish a claim under the Equal Protection Clause because the AVMA is not a state actor and Plaintiff does not have a protectable property interest in passing the Clinical Proficiency Exam.

12. For these reasons, and as more fully discussed in AVMA's Memorandum of Law in Support of this Motion, Plaintiff's Complaint should be dismissed in its entirety.

WHEREFORE, Defendant, American Veterinary Medical Association, respectfully requests that this Honorable Court dismiss Plaintiff's Complaint against it in its entirety, and for such further relief as this Court deems equitable and just.

June 4, 2019                              Respectfully submitted,

                                          GORDON & REES, LLP

                                   By:    /s/ J. Hayes Ryan
                                          *Attorney for Defendant*
                                          *American Veterinary Medical Association*

                                          J. Hayes Ryan
                                          Gordon & Rees LLP
                                          One North Franklin, Suite 800
                                          Chicago, Illinois 60606
                                          (312) 565-1400 (Telephone)
                                          (312) 565-6511 (Facsimile)
                                          hayesryan@grsm.com