UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Subhadra Gunawardana <br> David Seely, <br>                 Plaintiffs, <br> v. <br> American Veterinary Medical Association (AVMA) and its branches: Educational Commission for Foreign Veterinary Graduates (ECFVG) and Council on Education (COE), <br>                 Defendants. | Case No. 19 –cv--96-NJR-MAB |

## CERTIFICATE OF SERVICE

**To:** Subhadra Gunawardana/ 4308 Marion Garden Lane, Florissant , MO 63034
Subhadra.gunawardana@wustl.edu
David Seely / 4308 Marion Garden Lane/ Florissant, MO 63034
David-seely@live.com

The undersigned, an attorney, first being duly sworn on oath deposes and states that a true and correct copy of Defendant's American Veterinary Medical Association's Amended Motion to Dismiss and Memorandum of Law in Support of its Motion in regard to the above captioned matter was served upon all parties of record on this 4th day of May, 2019, via electronic transmission.

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ J. Hayes Ryan
     J. Hayes Ryan (#6274197)
     One North Franklin, Suite 800
     Chicago, Illinois 60606
     Phone: (312) 980-6768
     Fax: (312) 565-6511
     *Attorneys for Defendant American Veterinary Medical Association (AVMA)*