# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Subhadra Gunawardana and David Seely, pro se Plaintiffs,<br><br>v.<br><br>American Veterinary Medical Association (AVMA), Educational Commission for Foreign Veterinary Graduates (ECFVG) and Council on Education (COE)<br><br>Defendants. | Case No. 3:19-cv-00096-NJR-MAB |

## PLAINTIFFS' MOTION TO SEAL

Plaintiffs respectfully request the Court's intervention to correct a time-sensitive privacy problem created by the defendants' recent motion to dismiss. Plaintiffs intend to file a timely response to said motion at a later date.

1. On June 04, 2019, defendants filed a motion to dismiss plaintiffs' complaint, with a memorandum of law and exhibit in support, without redacting personal information as required by rule 5.2 of Federal Rules of Civil Procedure.

2. Defendants' Exhibit 1, currently on PACER, contains critical pieces of personal information including plaintiff Dr. Gunawardana's social security number, passport number, date of birth, full name and address, telephone, email, photograph etc., exposing her to a high risk of identity theft and other criminal activity.

3. In addition to federal rule 5.2 and local rule 5.1(d), defendants' action also disregards the PACER system's reminders on redaction rules both upon sign-in and at filing of each document.

Plaintiffs respectfully move the honorable Court to remedy this problem by sealing the document in question and/or taking other appropriate action to protect plaintiffs' privacy, and to tax any associated costs to the defendants.

Respectfully submitted,
/s/Dr. Subhadra Gunawardana
/s/David Seely, With Consent
Plaintiffs
4308 Marion Garden Ln
Florissant, MO 63034
615-674-8461; 615-423-8851
subhadra.gunawardana@wustl.edu
david-seely@live.com

### Certificate of Service

The undersigned hereby certifies that a true and accurate copy of the foregoing document was forwarded by way of electronic filing on the Court's ECF notice list from 4308 Marion Garden Ln, Florissant, MO 63034, on June 9, 2019.

/s/Dr. Subhadra Gunawardana
/s/David Seely, With Consent