# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Subhadra Gunawardana, | ) | |
| David Seely, | ) | |
| | ) | Case No. 19-cv-96-NJR-MAB |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| American Veterinary Medical Association | ) | |
| (AVMA) and its branches: Educational | ) | |
| Commission for Foreign Veterinary Graduates | ) | |
| (ECFVG) and Council on Education (COE), | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION TO CONTINUE TRIAL

Plaintiffs, Subhadra Gunawardana and David Seely ("Plaintiffs"), and Defendant, American Veterinary Medical Association ("AVMA"), by and through its attorneys at Gordon & Rees Scully Mansukhani, jointly move to continue trial of this matter until September 2020. In support thereof, the parties state as follows:

1. On February 1, 2019, the Plaintiffs filed the instant lawsuit asserting numerous causes of action against the AVMA, including violations of contract laws, Title VII, 42 U.S.C. 1981, 42 U.S.C. 1985(3), the Sherman Antitrust Act, the Americans with Disabilities Act, and the Equal Protection Clause of the Fourteenth Amendment. *See generally, Docket Entry* #1.

2. On April 5, 2019, Defendant filed a motion to transfer the case to the Northern District of Illinois, which was denied on April 30, 2019. *See generally, Docket Entries* # 7, 15.

3. On June 4, 2019, Defendant filed a motion to dismiss Plaintiffs' Complaint in its entirety. Plaintiffs filed their response in opposition on July 4, 2019. *See generally, Docket Entries* # 22, 27.

4. The Court has not yet ruled on Defendant's pending motion to dismiss.

5. As a result, Defendant has not yet answered any operative Complaint and the parties have not yet begun to engage in written or oral fact discovery.

6. On July 29, 2019, this Court assigned this matter to CJRA Track B and scheduled the Presumptive Jury Trial month for March 2020. *See generally, Docket Entry* #29.

7. Pursuant to the Southern District of Illinois's Local Rules and the Timetable and Deadline Under Federal Rules and Civil Justice Reform Act, the Discovery Cutoff is 115 days prior to the March 2020 trial date, which falls on November 7, 2019.

8. As Defendant has a pending motion to dismiss and the parties have not begun to engage in discovery, the parties will be unable to complete all written and oral fact and expert discovery within two months by the November 7, 2019 deadline.

9. For these reasons, the parties respectfully pray for entry of an order continuing the trial of this matter to September 2020.

WHEREFORE, Plaintiffs, Subhadra Gunawardana and David Seely ("Plaintiffs"), and American Veterinary Medical Association ("AVMA"), respectfully request that this Honorable Court enter an order continuing the trial of this matter to September of 2020.

|  Respectfully submitted, | Respectfully submitted, |
|---|---|
| By: /s/ Subhadara Gunawardana<br>/s/ David Seely<br>*Plaintiffs*<br>4308 Marion Garden Ln.<br>Florissant, MO 63034<br>615-674-8461; 615-423-8851<br>subhadra.gunawardana@wustl.edu<br>david-seely@live.com | By: /s/ J. Hayes Ryan<br>*Attorney for Defendant*<br>*American Veterinary Medical Association*<br>J. Hayes Ryan<br>Gordon & Rees LLP<br>One North Franklin, Suite 800<br>Chicago, Illinois 60606<br>(312) 565-1400 (Telephone)<br>(312) 565-6511 (Facsimile)<br>hayesryan@grsm.com |