UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Subhadra Gunawardana ) <br> David Seely, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> American Veterinary Medical Association ) <br> (AVMA) and its branches: Educational ) <br> Commission for Foreign Veterinary Graduates ) <br> (ECFVG) and Council on Education (COE), ) <br> ) <br> Defendants. ) | Case No. 19 –cv--96-NJR-MAB |

## CERTIFICATE OF SERVICE

**To:**  Subhadra Gunawardana/ 4308 Marion Garden Lane, Florissant , MO 63034
Subhadra.gunawardana@wustl.edu
David Seely / 4308 Marion Garden Lane/ Florissant, MO 63034
David-seely@live.com

The undersigned, an attorney, first being duly sworn on oath deposes and states that a true and correct copy of a Joint Motion to Continue Trial in regard to the above captioned matter was served upon all parties of record on this 28th day of August, 2019, via electronic transmission.

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ J. Hayes Ryan
J. Hayes Ryan (#6274197)
One North Franklin, Suite 800
Chicago, Illinois 60606
Phone: (312) 980-6768
Fax: (312) 565-6511
*Attorneys for Defendant American Veterinary Medical Association (AVMA)*