UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Subhadra Gunawardana<br>David Seely,<br><br>    Plaintiffs,<br><br>v.<br><br>American Veterinary Medical Association<br>(AVMA) and its branches: Educational<br>Commission for Foreign Veterinary Graduates<br>(ECFVG) and Council on Education (COE),<br><br>    Defendants. | Case No. 19 –cv--96-NJR-MAB |

### CERTIFICATE OF SERVICE

**To:** Subhadra Gunawardana/ 4308 Marion Garden Lane, Florissant , MO 63034
   Subhadra.gunawardana@wustl.edu
   David Seely / 4308 Marion Garden Lane/ Florissant, MO 63034
   David-seely@live.com

  The undersigned, an attorney, first being duly sworn on oath deposes and states that a true and correct copy of a Joint Report and Proposed Scheduling and Discovery Order in regard to the above captioned matter was served upon all parties of record on this 30th day of August, 2019, via electronic transmission.

          Respectfully submitted,

          GORDON REES SCULLY MANSUKHANI, LLP

        By: /s/ J. Hayes Ryan_____
         J. Hayes Ryan (#6274197)
         One North Franklin, Suite 800
         Chicago, Illinois 60606
         Phone: (312) 980-6768
         Fax: (312) 565-6511
         *Attorneys for Defendant American Veterinary Medical Association (AVMA)*