IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SUBHADRA GUNAWARDANA, et al., | ) |
| | ) Case No. 3:19-CV-00096-NJR-MAB |
| Plaintiffs, | ) |
| | ) PRESUMPTIVE TRIAL MONTH: |
| vs. | ) September, 2020 |
| | ) |
| AMERICAN VETERINARY MEDICAL | ) FINAL PRETRIAL CONFERENCE: |
| ASSOCIATION, et al., | ) August 20, 2020 at 1:30 p.m. |
| | ) |
| Defendants. | ) |

# ORDER ADOPTING JOINT REPORT AND
# PROPOSED SCHEDULING AND DISCOVERY ORDER

**BEATTY, Magistrate Judge:**

Having reviewed the attached Joint Report of the Parties and finding that the parties have complied with the requirements of FED. R. CIV. P. 26(f) and SDIL-LR 16.2(a), the Court hereby approves and enters the same.

Depositions upon oral examination, interrogatories, requests for documents, and answers and responses thereto shall not be filed unless on order of the Court. Disclosures or discovery under FED. R. CIV. P. 26(a) are to be filed with the Court only to the extent required by the final pretrial order, other Court order, or if a dispute arises over the disclosure or discovery and the matter has been set for briefing.

The parties should note that they may, pursuant to FED. R. CIV. P. 29, modify discovery dates set in the Joint Report by written stipulation, except that they may *not* modify a date if such modification would impact the deadline for the completion of all

discovery, the deadline for filing dispositive motions, or the date of any court appearance.

As initially set by the Court, the Final Pretrial Conference is set for August 20, 2020, at 1:30 p.m. and Jury Trial is set on the September 2020 presumptive trial month. Both settings are before Chief District Judge Nancy J. Rosenstengel in East St. Louis, Illinois.

IT IS SO ORDERED.

DATED: September 10, 2019

s/Mark A. Beatty
MARK A. BEATTY
United States Magistrate Judge