IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SUBHADRA GUNAWARDANA, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 3:19-CV-00096-NJR-MAB |
| | ) |
| AMERICAN VETERINARY MEDICAL ASSOCIATION, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER SETTING SETTLEMENT CONFERENCE

**TO ALL PARTIES AND COUNSEL OF RECORD:**

A settlement conference in the above case has been set before the **Honorable Mark A. Beatty, United States Magistrate Judge, on October 17, 2019, at 9:00 a.m., Courtroom 5, Third Floor, Melvin Price Federal Building, and U. S. Courthouse, East St. Louis, Illinois.**

The purpose of the settlement conference is to permit an informal discussion of every aspect of the lawsuit bearing on its settlement value and to discuss, propose and consider, and in appropriate instances to enter into settlement agreements. For these purposes, it is essential that in addition to trial counsel, the <u>individual parties shall also be present</u> and, in the case of corporate parties, a representative executive shall be present with unrestricted authority to discuss, consider, propose and agree, or disagree, to any settlement proposal or offer.

A named individual defendant need not attend if covered by liability insurance.

In that case, an insurance representative with full authority to negotiate and settle the case must attend. Frequently, an insurance representative appears with authority only to a certain dollar limit, which is typically insufficient to achieve a settlement. It then becomes necessary to track down by telephone the person with further authority so that negotiations can be completed. This is disruptive and inefficient. **A good rule of thumb for litigants trying to select a proper representative is to bring a person who can agree to any sum demanded/offered by the opposing party without resort to the telephone**.

The parties are directed to submit ex parte and under seal to Judge Mark A. Beatty a settlement conference statement, seven days prior to the conference date, **on or before October 10, 2019,** setting forth, among other things, each party's position concerning factual issues, issues of law, damages or relief requested and the party's settlement position and grounds therefor. Such settlement statement shall be e-mailed to Judge Beatty at the following address: MABpd@ilsd.uscourts.gov. A settlement statement form can be obtained from the Court's website at www.ilsd.uscourts.gov.

Neither the settlement statement nor the contents thereof shall be disclosed to any other party and the same shall remain under seal to be opened only by the Court.

Pertinent evidence to be offered at trial, documents or otherwise, should be brought to the settlement conference for presentation to the settlement judge if thought particularly relevant.

Neither the settlement conference statements nor communications during the settlement conference with the settlement judge can be used by either party in the trial of the case.

Prior to the settlement conference, the parties should discuss settlement with their respective clients, and opposing parties should discuss settlement with each other so the parameters of settlement have been explored in advance of the settlement conference. Additionally, prior to the settlement conference, Counsel for the Defendant shall provide a draft release to Counsel for Plaintiff. This will allow for terms of the release to be discussed at the settlement conference.

If, during preparation for a settlement conference, the parties come to believe that the conference would not be useful, the parties **MUST** contact chambers by telephone no later than forty-eight hours prior to the scheduled settlement conference. **Absent an order canceling the settlement conference however**, the conference will be held as scheduled and the parties will still be under an obligation to timely submit settlement statements.

IT IS SO ORDERED.

DATED: **September 10, 2019**

/s/ Mark A. Beatty
**MARK A. BEATTY
United States Magistrate Judge**