# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Subhadra Gunawardana <br> David Seely <br><br> *Plaintiff(s)* <br> v. <br> American Veterinary Medical Association (AVMA), and its branches: Educational Commission for Foreign Veterinary Graduates (ECFVG) and Council on Education COE) <br> *Defendant(s)* | Case Number: 19-96-NJR-MAB |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for American Veterinary Medical Association (AVMA)

DATED: September 12, 2019

*Marissa Dellacroce*
_____
Signature

Marissa Dellacroce
_____
Name

One North Franklin, Suite 800
Chicago, IL 60606
_____
Address

(312) 619-4914
_____
Phone Number

(312) 565-6511
_____
Fax Number

mdellacroce@grsm.com
_____
E-Mail Address

Rev. 2/11

1182990/47335350v.1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

Subhadra Gunawardana )
David Seely, )
                                                      ) Case No. 19-96-NJR-MAB
          Plaintiffs, )
)
v. )
)
American Veterinary Medical Association )
(AVMA) and its branches: Educational )
Commission for Foreign Veterinary Graduates )
(ECFVG) and Council on Education (COE), )
)
          Defendants. )

**CERTIFICATE OF SERVICE**

**To:**    Subhadra Gunawardana / 4308 Marion Garden Lane/ Florissant, MO 63034
Subhadra.gunawardana@wustl.edu

David Seely / 4308 Marion Garden Lane/ Florissant, MO 63034
David-seely@live.com

       The undersigned, being first duly sworn, on oath deposes and states that a true and correct copy of the foregoing Defendant's Entry of Appearance, in regard to the above captioned matter, was filed with the U.S. District Court, Southern District of Illinois, using the CM/ECF system, which will send notification of such filing to all parties of record on this 12th day of September, 2019.

                                          Respectfully submitted,

                                          GORDON REES SCULLY MANSUKHANI, LLP

                                          By: /s/ Marissa Dellacroce
                                                Marissa Dellacroce (#6320523)
                                                One North Franklin, Suite 800
                                                Chicago, Illinois 60606
                                                Phone: (312) 619-4914
                                                Fax: (312) 565-6511
                                                *Attorneys for Defendant American Veterinary*
                                                *Medical Association (AVMA)*