## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Subhadra Gunawardana and David Seely, pro se<br><br>Plaintiffs,<br><br>v.<br><br>American Veterinary Medical Association (AVMA), Educational Commission for Foreign Veterinary Graduates (ECFVG) and Council on Education (COE)<br><br>Defendants. | Case No. 3:19-cv-00096-NJR-MAB |

## **PLAINTIFFS' MOTION TO CONTINUE SETTLEMENT CONFERENCE**

The settlement conference is currently set for October 17, 2019, before the Honorable Judge Mark A. Beatty. The plaintiffs hereby request a continuance due to the following reasons.

1. According to the scheduling and discovery order, initial discovery requests were to be served upon the opposing party by October 4, 2019.

2. Plaintiffs' initial discovery requests were served upon the defendants on September 21, 2019. Responses are expected by October 21, 2019.

3. Defendants have not yet served any discovery requests on the plaintiffs, or filed a response to the complaint.

4. Therefore, the defendants' position on many of the issues is unclear at this time. For settlement negotiations to be productive, plaintiffs believe that at least some information should be on the table, such as complete responses to initial written discovery.

5. Furthermore, plaintiffs need defendants' responses in order to fully answer some of the items in the settlement statement.

6. Plaintiffs believe that having written discovery completed would provide better clarity on the strengths/weaknesses of each party's position, and make for a more productive settlement conference beneficial to both parties.

7. On October 1, 2019, plaintiffs conferred with the defendants' counsel on filing a joint motion for continuance. Counsel is awaiting a response from the defendant. Since time is running out, plaintiffs wish to submit the request to the court at this time.

Therefore, the plaintiffs respectfully move this Honorable Court to continue the settlement conference by four weeks, to a date on or after November 14, 2019.

October 8, 2019

                                                                          Respectfully submitted,
/s/Dr. Subhadra Gunawardana
/s/David Seely, With Consent
Plaintiffs
4308 Marion Garden Ln
Florissant, MO 63034
615-674-8461; 615-423-8851
subhadra.gunawardana@wustl.edu
david-seely@live.com

**Certificate of Service**

The undersigned hereby certifies that a true and accurate copy of the foregoing document was forwarded to the Counsel for the Defendant by email from 4308 Marion Garden Ln, Florissant, MO 63034, on October 8, 2019.

/s/Dr. Subhadra Gunawardana
/s/David Seely, With Consent
