# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Subhadra Gunawardana,<br>David Seely,<br><br>                Plaintiffs,<br><br>  v.<br><br>American Veterinary Medical Association<br>(AVMA) and its branches: Educational<br>Commission for Foreign Veterinary Graduates<br>(ECFVG) and Council on Education (COE),<br><br>                Defendants. | Case No. 19-cv-96-NJR-MAB |

## DEFENDANT'S RESPONSE TO MOTION TO CONTINUE SETTLEMENT CONFERNECE

American Veterinary Medical Association ("AVMA"), by and through its attorneys of Gordon & Rees Scully Mansukhani, LLP, responds to Plaintiffs' Motion to Continue Settlement Conference as follows:

1. While Defendant wishes to push this case forward, Defendant has no objection to continuing the settlement conference.

2. Defendants are imminently serving written discovery requests on the Plaintiffs. Further, Defendant is currently under no deadline to answer the Complaint due to its pending motion to dismiss.

3. As for rescheduling, Defendant is unavailable to attend a settlement conference from November 13 to November 15, 2019. Defendant's preference is to hold the settlement conference the week of November 4, 2019.

4. However, Defendant is amenable to rescheduling later into November pending confirmation that its clients can attend.

Wherefore, American Veterinary Medical Association respectfully submits its response to Plaintiffs' Motion to Continue Settlement Conference.

October 10, 2019

Respectfully submitted,

GORDON & REES, LLP

By: /s/ J. Hayes Ryan
*Attorney for Defendant
American Veterinary Medical Association*

J. Hayes Ryan
Marissa Dellacroce
Gordon & Rees LLP
One North Franklin, Suite 800
Chicago, Illinois 60606
(312) 565-1400 (Telephone)
(312) 565-6511 (Facsimile)
hayesryan@grsm.com
mdellacroce@grsm.com