UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Subhadra Gunawardana <br> David Seely, <br><br>               Plaintiffs, <br><br> v. <br><br> American Veterinary Medical Association (AVMA) and its branches: Educational Commission for Foreign Veterinary Graduates (ECFVG) and Council on Education (COE), <br><br>               Defendants. | Case No. 19 –cv--96-NJR-MAB |

## CERTIFICATE OF SERVICE

**To:** Subhadra Gunawardana/ 4308 Marion Garden Lane, Florissant , MO 63034
Subhadra.gunawardana@wustl.edu
David Seely / 4308 Marion Garden Lane/ Florissant, MO 63034
David-seely@live.com

       The undersigned, an attorney, first being duly sworn on oath deposes and states that a true and correct copy of a Defendant's Response to Motion to Continue Settlement Conference in regard to the above captioned matter was served upon all parties of record on this 10th day of October, 2019, via electronic transmission.

                                                      Respectfully submitted,

                                                      GORDON REES SCULLY MANSUKHANI, LLP

                                        By: /s/ J. Hayes Ryan_____
                                                  J. Hayes Ryan (#6274197)
                                                  One North Franklin, Suite 800
                                                  Chicago, Illinois 60606
                                                  Phone: (312) 980-6768
                                                  Fax: (312) 565-6511
                                                  *Attorneys for Defendant American Veterinary Medical Association (AVMA)*