# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

Subhadra Gunawardana and David Seely )
)
Plaintiffs, )
)
vs. )
) Case No. 3:19-cv-00096-NJR-MAB
American Veterinary Medical Association )
(AVMA), Educational Commission for Foreign )
Veterinary Graduates (ECFVG) and Council on )
Education (COE) )
)
)
Defendants. )
)

## PLAINTIFFS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION

Pursuant to Fed. R. Civ. P. 33 and 34, Plaintiffs hereby submit the following Interrogatories and Requests for Production to the Defendant. The interrogatories must be answered by the party separately and fully under oath and must be signed by the person who makes the answers. Defendant is requested to serve its answers and productions to the undersigned Plaintiffs within thirty (30) days of service.

## DEFINITIONS

The words "Defendant," "Defendants", "you," and/or "your" means the AVMA and its branches ECFVG and COE, their agents, representatives, employees, subsidiaries, subcontractors or other entities acting, or purporting to act, on the AVMA's behalf.

The words "Plaintiff," "Plaintiffs," "Dr. Gunawardana", "Mr. Seely" and/or "we" mean Plaintiffs, Subhadra Gunawardana and David Seely.

The singular shall include the plural and vice versa; the terms "and" and "or" shall be both conjunctive and disjunctive; the term "including" shall mean "including without limitation."

The word "document" shall mean any writing, recording or photograph in your actual or constructive possession, custody, care or control, which pertains directly or indirectly, in whole or in part, either to any of the subjects listed below or to any other matter relevant to the issues in this action, or which are themselves listed below as specific documents, including, but not limited to: correspondence, emails, memoranda, notes, messages, text messages, diaries, minutes, books, reports, charts, ledgers, invoices, computer printouts, microfilms, video tapes, or tape recordings. "Documents" includes electronic transmission, and writings and recordings as defined in Fed. R. Evid. 1001.

The word "identify," when used in reference to a natural person, means and includes the full name and contact information including current address, phone number and email address of the person.

The word "identify," when used in reference to a document, means and includes the name and contact information of the custodian of the document, the location of the document, and a general description of the document, including (1) the type of document (i.e., correspondence, memorandum, facsimile, etc.); (2) the general subject matter of the document; (3) the date of the document; (4) the author of the document; (5) the addressee of the document; and (6) the relationship of the author and addressee to each other.

These interrogatories shall be deemed continuing so as to require supplementary answers if you obtain further information between the time answers are served and the time of trial.

Abbreviations used in these requests are defined as follows:  AVMA: American Veterinary Medical Association; AVMA COE: AVMA Council on Education; ECFVG: Educational

Commission for Foreign Veterinary Graduates; CPE: Clinical Proficiency Examination, the final step of the ECFVG certification; WVC: Western Veterinary Conference, Las Vegas, NV.

## INSTRUCTIONS

As convenient to Defendants, electronically stored information may be either directly emailed to Plaintiffs, or mailed as hard copies, or made available through limited electronic access to Defendants' databases.

Plaintiffs realize that some of the documents requested may include personal information of other individuals, and agree to take all reasonable measures to protect such information.

## INTERROGATORIES

1. Identify the person or persons who served as Chair of the AVMA COE for the period from January 1 2015 through the present.

2. Identify all witnesses the Defendant expects to depose and/or call in support of their defense to the allegations in the Plaintiffs' complaint, and the general scope of the testimony expected of each witness.

3. Identify all documents and/or exhibits the Defendant expects to present in support of their defense to the allegations in the Plaintiffs' complaint.

4. State, with evidence, the number of candidates enrolled in the ECFVG program since its inception to the present time.

5. State, with evidence, the number of ECFVG certificates issued since the inception of the program to the present time.

6. State, with evidence, the number of candidates who registered for the CPE in the period from January 01, 2012 to the present.

7. State, with evidence, the number of candidates who had to re-take the full CPE during the period from January 01, 2012 to the present. Please distinguish the number of candidates who had to re-take the full CPE more than once during that period.

## REQUESTS FOR PRODUCTION

1. For the period from January 01, 2012 through December 31, 2018: Produce all Petitions for Reconsideration submitted by CPE candidates, and the decisions issued by the ECFVG regarding each petition.

2. For the period from January 01, 2012 through December 31, 2018: Produce all Petitions for Review submitted by CPE candidates; the recommendations from the COE review panels regarding each petition; and the final decisions issued by the ECFVG regarding each petition.

3. Produce all lawsuits filed by ECFVG candidates against the AVMA/COE/ECFVG, from the inception of the ECFVG program to the present.

4. Produce all instructions provided to examiners in the Anesthesia sections of the CPEs conducted in MS State University CVM, September 2015; WVC October 2016; and WVC November 2017; by AVMA, COE and/or ECFVG, in the form of emails, other communications, examiners handbooks, etc.

5. Produce any documents, emails, notes and/or logs regarding Dr. Gunawardana's application for the CPE, including but not limited to: correspondence within and between the COE, ECVFG, AVMA, and examiners.

6. Produce any documents, emails, notes and/or logs regarding Dr. Gunawardana's attendance of the CPE, including but not limited to: correspondence within and between the COE, ECVFG, AVMA, and examiners.

7. Produce Candidate's records from the CPE Anesthesia exam sections taken by Dr. Gunawardana.

8. Produce Examiner's records [including assessment score sheets] from the CPE Anesthesia exam sections taken by Dr. Gunawardana.

9. Produce any audio and/or video recordings of the Anesthesia exam section taken by Dr. Gunawardana in November 2017 at WVC Las Vegas NV.

September, 21st 2019

Respectfully Submitted,
/s/Dr. Subhadra Gunawardana
/s/David Seely, With Consent
Plaintiffs,
4308 Marion Garden Ln
Florissant, MO 63034
615-674-8461; 615-423-8851
subhadra.gunawardana@wustl.edu
david-seely@live.com

### Certificate of Service

The undersigned hereby certifies that a true and accurate copy of the foregoing document was forwarded by way of email from 4308 Marion Garden Ln, Florissant, MO 63034, on September 21, 2019.

/s/Dr. Subhadra Gunawardana
/s/David Seely, With Consent

5