Case 3:19-cv-00096-NJR   Document 49-3   Filed 10/29/19   Page 1 of 25   Pa...



# ANESTHESIA

**Competencies**
The Anesthesia Section consists of two parts. Part 1 must be administered the day before Part 2.
- Part 1
  - Select appropriate drugs and calculate correct doses (assessed within a stand- alone Drug Protocol and Dose Calculation station or incorporated into another section)
- Part 2
  - Perform a preanesthetic examination to determine a patient's anesthetic risk status
  - Select, assemble, and use appropriate anesthetic equipment and accessories.
  - Premedicate, induce and maintain general anesthesia in a canine patient.
  - Monitor and maintain a patient under general anesthesia
  - Discuss recovery of the patient from anesthesia, to include postoperative pain management.

**Time**
- The candidate will be given forty-five (45) minutes for the Drug Protocol and Dose Calculation Station.
- The candidate will be given one hundred (100) minutes (1 hour and 40 minutes) from the start of the preoperative examination to having the patient anesthetized and ready for surgical preparation. This means that all tasks outlined in the MOA are complete and the dog's airway is secure (intubated with endotracheal tube secured appropriately); the dog is connected to the anesthetic machine with inhalant anesthetic started at an appropriate level; a functional/patent IV catheter is in place and appropriately secured and IV fluids are started; the dog is at a suitable plane of anesthesia for surgical preparation to begin; and the candidate has begun initial monitoring of the patient. The esophageal stethoscope must be placed within this 100 minute period, but other required monitoring equipment can be placed after the 100 minute limit. However, the candidate must still monitor the patient appropriately (assessment of cardiovascular and respiratory status and depth of anesthesia) during this peri-induction period. Candidates who exceed the 100 minute maximum for these activities/skills will be immediately dismissed from, and receive a failing score for, this section of the CPE.
- Once the surgical procedure begins, the Anesthesia candidate will continue to be assessed on the maintenance phase of anesthesia and recovery of the patient. The Anesthesia assessment will end at the conclusion of the ovariohysterectomy or immediately thereafter.

**Set-up Information**
1. <u>Animal Requirements</u>—The anesthesia candidate will utilize the animal designated for the surgery candidate (1 canine animal per surgery candidate; animal weight provided in kilograms [kg]).
2. <u>People Requirements (minimum)</u>
   a. <u>For the Drug Protocol and Dose Calculation station</u>
      i. One proctor
   b. <u>For the rest of the Anesthesia Section:</u>
      i. One veterinary examiner per 3 candidates
      ii. One technical assistant per 2 candidates

3. <u>Facilities and Equipment</u>–Facilities and Equipment for Anesthesia and Surgery are the same.
   a. A room/area for the Drug Protocol and Dose Calculation station to allow candidates to develop drug protocols and calculate doses.
   b. Rooms (or areas) equipped for the preparation of animals for surgery.
   c. Rooms (or areas) equipped to carry out the required surgical procedure.
   d. Timing device visible from each station to track examination time. Whenever possible, timers will be of the "count-down" variety to allow candidates and examiners alike to clearly see time remaining in station or section.

4. <u>Supplies/Equipment/Accessories Provided By The Examiner</u>
   a. Standard anesthetic machines (each machine to have a precision halothane, isoflurane, or sevoflurane vaporizer which is temperature and flow compensated and its own oxygen supply; availability of specific vaporizer dependent on site of examination administration).
   b. Circle and Bain System.
   c. Standard anesthetic and monitoring accessories such as esophageal stethoscope, Doppler or oscillometric blood pressure monitoring equipment (either one or the other will be provided, dependent on CPE site), thermometer and/or electronic monitoring equipment, endotracheal tube, laryngoscope (different blade sizes), intravenous catheters, IV fluids, pulse oximeter, capnograph.
   d. Scratch paper and nonprogrammable basic calculator for drug dose calculations.

5. <u>Supplies Provided By The Candidate</u>
   a. Stethoscope, clean laboratory coat, surgical scrubs

6. <u>Anesthetic Drugs</u>
   The candidate will be asked to choose 1 or more of the following anesthetic drugs for use during the procedure. Examiners will provide dosages and concentrations of the following drugs to candidates for use on site in specific dose and volume calculations. Specific drugs available for use may vary dependent on the CPE site, but will come from the following list:

   - Acepromazine
   - Atipamezole (equal volume to the volume of dexmedetomidine)
   - Atropine
   - Buprenorphine
   - Butorphanol
   - Carprofen
   - Diazepam
   - Dexmedetomidine
   - Glycopyrrolate
   - Hydromorphone
   - Isoflurane
   - Ketamine/diazepam
   - Alfaxalone
   - Meloxicam
   - Meperidine
   - Midazolam
   - Morphine
   - Propofol
   - Sevoflurane
   - Thiopental

**General Requirements of the Candidate**
The Anesthesia and Surgery Sections of the CPE will be administered at the same time. The anesthesia candidate will anesthetize, stabilize, and monitor the animal while the surgery candidate performs the surgical procedure.  If a surgery candidate is not available, the examiner will provide someone to perform the surgery so that the anesthesia candidate exam may be conducted. Also, if in the event a

surgery candidate is dismissed prior to the end of the surgery, the examiner will provide someone to finish the surgical procedure so that the anesthesia candidate exam may continue.

Candidates are expected to handle all animals in a humane and safe manner. If, in the opinion of the examiner, the candidate does not handle the animal humanely or handles the animal in a manner that is unsafe to him/her or other personnel the examiner may assess penalties ranging from a reduction in score to termination of the exam and dismissal of the candidate.

The Anesthesia Section is scored as Pass or Fail. Candidates receiving a **FAILING** evaluation for any one (1) **MAJOR** skill or any combination of four (4) **MINOR** skills as noted on the Anesthetic Skills Assessment Sheet (AN01) may be allowed to complete the examination but will receive a **FAILURE** for the Anesthesia Section. Candidates committing a fatal flaw (see Appendix 1 in this section of the MOA) as determined by the examiner will be immediately dismissed from, and will receive a failing score for, this section of the CPE. Candidates must also note that there are many factors that go into the pass/fail decision in this section. Successful entry-level performance of the skills assessed in the Anesthesia Section involves much more than having the patient survive the anesthesia—in other words, more than getting through the procedure without being dismissed for committing a fatal flaw.

The examiner will assist an animal and terminate the Anesthesia Section if a candidate by an act of omission or commission puts an animal into an inhumane or life threatening situation and the situation is not corrected by the candidate (fatal flaws; please see Appendix 1 in the Anesthesia Section of the MOA). Examples of life threatening situations include but are not limited to esophageal intubations that are unrecognized and uncorrected by the candidate, failure to open the pop-off valve, and failure to adjust the depth of anesthesia to an appropriate level. Such errors may be considered fatal flaws. In the case of a fatal flaw, the examiner will document and verify the error, correct it, and ask the candidate to leave the Section immediately. The candidate will receive a failing score for the Anesthesia section regardless of the score accumulated at the point of termination.

**Overview of the Anesthesia Section**
1. Anesthetic drug protocol selection and drug dose calculation (45 minute time limit): The Drug Protocol and Dose Calculation station must be completed the day before administering anesthesia to patient. At the station, the candidate will be given a list of available drugs, the concentrations of the drugs that are available, and recommended dose ranges. Based upon the weight and estimated age of the canine patient, and assuming an ASA status of 1, the candidate will **design an anesthetic protocol** (preanesthetic drugs, anesthesia induction, anesthesia maintenance, and pain management); **calculate the volume** of each drug selected based upon the drug concentration provided; and **enter the results** on the Anesthesia Record (Appendix 3). The candidate will also **record his/her reasons** for selecting the specific drugs used on the Anesthesia Record.

   ***Please note***: candidates must complete this task within a maximum time period of 45 minutes. Other than fulfilling the requirement that the station be administered the day before, each CPE site can determine when to administer the Drug Protocol and Dose Calculation station so that it best fits their site's overall schedule. For example, the Drug Protocol and Dose Calculation station may be administered as a stand-alone station or incorporated into another section (eg, Small Animal Medicine) as a station through which each candidate cycles.

2. Preanesthetic examination and premedication; selection and set-up of anesthetic equipment; induction, intubation, and initiation of Inhalant Anesthesia; and initial patient monitoring

(100 minute time limit; time begins after all instructions have been read and when candidates receive their dog):

1.  *Preanesthetic examination and premedication*—The candidate will **perform** a preoperative physical examination on a female canine patient scheduled for ovariohysterectomy and will **record the results** of the preoperative examination. This includes requesting appropriate laboratory data and recording the results on the Anesthesia Record. The candidate should request appropriate minimum laboratory tests for the patient and procedure; **interpret and record** results of those laboratory tests (which will be provided by the examiner); and **assign** an ASA preanesthetic physical status to the patient (see Appendix 2 of the Anesthesia Section). The candidate will also **premedicate** the dog, using the drug protocol that he/she indicated earlier. All information is to be recorded on the Anesthesia Record (Appendix 3). Please note: doses/volumes of all anesthetic drugs were calculated initially, assuming an ASA status of 1. However, if the candidate determines from his/her preanesthetic physical exam that the actual ASA status is different, then the candidate may modify the actual drug doses to be administered accordingly.

2.  *Selection and set-up of anesthetic equipment*—Given the anesthetic supplies and equipment as listed, the candidate will **determine and record** fresh gas flow rates for the patient; **make** appropriate selections of other accessories (e.g., endotracheal tube) as they relate to the patient; **choose and attach appropriate breathing system to machine,** systematically **check** the assembly and operation of the anesthetic equipment; and verbally **explain or describe** the assembly and operation of the anesthetic equipment to the examiner.

3.  *Induction, intubation, and initiation of inhalant anesthesia*—The candidate will **place an IV catheter**, ensure it is patent, and secure it appropriately and **administer induction agent**, using the drug protocol that he/she indicated earlier. Please note: doses/volumes were calculated initially, assuming an ASA status of 1. However, if the candidate determines from his/her preanesthetic physical exam that the actual ASA status is different, then the candidate may modify the actual drug doses to be administered accordingly. The candidate will **intubate** the patient and secure the endotracheal tube appropriately within 5 minutes of initial injection of the induction agent. Failure to do so will result in immediate dismissal of the candidate and a failing score for the Anesthesia Section. The candidate will **connect the patient to the anesthetic machine**, with inhalant anesthetic and fresh gas flow rates set at appropriate levels to bring the patient to a surgical plane of anesthesia.

4.  *Initial patient monitoring*—The candidate will **begin initial monitoring of the patient within 3 minutes of intubation** (i.e., assessment of cardiovascular and respiratory status and depth of anesthesia), **record findings** on the Anesthesia Record, **administer IV fluids** (appropriate type and rate), and **place an esophageal stethoscope**.

Tasks 1-4 above must be completed within 100 minutes. The candidate MUST indicate he/she is ready for the surgery candidate to begin patient preparation when he/she has completed tasks 1-4 above. PLEASE NOTE: when an anesthesia candidate calls for the surgery candidate, this is an indication he/she has completed tasks 1-4 above. Failure to complete tasks 1-4 above in the 100 minute time limit will result in immediate dismissal of the anesthesia candidate and a failing score for the Anesthesia Section.

5. *Maintenance (2.5 hour time limit, with actual time dependent on surgery candidate)*—As soon as possible after calling for the surgery candidate, the candidate will apply the remaining monitoring equipment, which includes a blood pressure monitor, pulse oximeter, thermometer, and capnograph, to the patient; maintain and monitor the animal in a surgical plane of anesthesia during the ovariohysterectomy; record findings on the anesthestic record in a timely manner (e.g., every 5-10 minutes); be able to explain to the examiner what parameters he/she is monitoring and how he/she is monitoring those parameters; interpret his/her assessment of patient parameters and monitoring equipment readouts for that specific patient; correct any abnormalities as assessed during monitoring; be able to explain why corrections were or were not made; and record necessary information on the Anesthesia Record provided in Appendix 3 of the Anesthesia Section. Please note results, interventions, and any other comments must be recorded as soon as assessments are made. Candidate score will be negatively impacted if she/he does not complete the Anesthesia Record in real time.

**If a candidate believes that a piece of equipment is malfunctioning, the candidate must immediately bring this concern to the examiner's attention. The examiner will determine if the concern is valid and, if so, take appropriate remedial action. If a candidate believes that a piece of equipment was malfunctioning, that the issue was not appropriately corrected after alerting the examiner, and the malfunctioning equipment had the potential to affect the outcome of the candidate's assessment, then the candidate must document the issue immediately upon the conclusion or termination of the exam using the 'Anesthesia Equipment Incident Report' in Appendix 4. Failure to file an Anesthesia Equipment Incident Report may result in the denial of an appeal of the examination result based upon a claim of faulty equipment.**

**Standard Script for Drug Protocol and Dose Calculations Station**

"You will be anesthetizing a dog for a routine ovariohysterectomy. You will have a list of available drugs, their concentration and their recommended dose range. You will also have your Anesthesia Record with details of the dog assigned to you, including the body weight and an estimated age.

Assuming an ASA status of 1, you will have a maximum time of 45 minutes to decide on your anesthetic protocol including your plan for preanesthetic drugs, anesthesia induction, anesthesia maintenance, and pain management. Calculate the final dose and final volume for all the selected drugs, and indicate whether you require the drugs to be mixed. Enter the results in the appropriate places in the Anesthesia Record.

You will also need to describe your reasons for choosing the drugs for your dog. There is space for this on the Anesthesia Record and on the back of the sheet. Extra paper can be provided for calculations. Please put your candidate ID/name on the paper and all pages of the Anesthesia Record, and return completed sheets to the examiner at the end of the 45 minutes. The Anesthesia Section Coordinator or Examiner will grade your drug choices, calculations and comments. All drugs will be prepared by the Anesthesia Examiners or Technical Assistants in accordance with your calculations and instructions. You will have a maximum of 45 minutes to complete this task.

**Standard Script for Anesthesia Section—Preanesthetic Exam to Maintenance Phase**

"You will be anesthetizing a dog for an elective ovariohysterectomy performed by another candidate or surgeon. Please assume the dog belongs to a client and the dog will be going home after a sufficient recovery period within your hospital.

A trained technician will assist you, but you must communicate with the technician and request assistance as needed. The examiner *[I]* will be evaluating your performance and will be recording both positive and negative behaviors. Please do not let the examiner's *[my]* writing affect your performance. Neither the examiner *[I]* nor the technicians can offer feedback during or after the examination. The examiner *[I]* may stop the examination and issue a fatal flaw if you commit an error that places the animal in a potentially life-threatening situation, or yourself or other personnel in danger.

The examiner has *[I have]* returned your Anesthesia Record. After we start the examination, if you wish, you can recheck your drug calculations and the drugs provided to you and notify the examiner *[me]* of any changes you would like to make. Please write all other findings and other data on the Anesthesia Record provided. Ensure your name/candidate ID is written on all pages and sign the form on the final page when you have completed the examination.

Once your dog is brought to you, you will have a maximum of 100 minutes to have the dog ready for the surgeon. The list of tasks to complete within the 100 minute time limit is in the Manual of Administration. The task list includes:

1. Perform a preanesthetic physical examination of the dog;
2. Record examination findings on the Anesthesia Record;
3. Request blood work;
4. Assign a pre-anesthetic physical status based on your findings;
5. Administer premedication drugs in accordance with the plans you made previously;
6. Assemble the anesthetic machine and breathing system, and check that it is working properly;
7. Assemble all the equipment needed to place an IV catheter and intubate the trachea;
8. Assemble monitoring equipment;
9. Place the IV catheter;
10. Induce anesthesia in the dog and begin inhalant anesthesia;
11. Start IV fluids;
12. Place an esophageal stethoscope;
13. Begin monitoring anesthesia and record your findings on the Anesthesia Record;
14. Finally, call for the surgery candidate.

If you do not complete all of these tasks within 100 minutes, you will be dismissed from the Anesthesia Section and receive a failing score. Please note that although you must place an esophageal stethoscope and begin monitoring the dog's heart and respiratory rate and depth of anesthesia during this 100 minute time limit, additional required monitoring equipment can be placed after the surgery candidate has initiated patient preparation.

Case 3:19-cv-00096-NJR   Document 49-3   Filed 10/29/19   Page 7 of 25   Page ID #381

The examiner (*I*) will now show you where necessary supplies are available [**show to candidates**]. If the specific item you request is not available, you will be asked to make another choice from the equipment and supplies we have available here.

The 100 minute time limit will start when the dog is brought to you. Start with the preanesthetic physical examination on your dog and record your findings. The preanesthetic examination should include, at minimum, an assessment of temperature, pulse quality and cardiovascular status, and auscultation of the heart and respiratory systems. The patient's weight will be provided. You can request the minimum laboratory tests you deem appropriate for your dog and this procedure. The examiner (*I*) will provide you the results of those tests that were completed. Based on the physical examination and laboratory results, you should assign an ASA preanesthetic physical status to the patient and record all the data on the Anesthesia Record.

You are not obliged to use the drug plan you developed yesterday—you can still make changes based on the ASA status that you determine today during your preanesthetic assessment. Please notify the examiner [*me*] of any changes you would like to make. If you think there has been a mistake with drug calculations and the drugs given to you, please notify the examiner (*me*).

Once you have pre-medicated your dog, you may leave your dog with the technician or place it in a kennel, and start to set up your station while the pre-medication drugs take effect. Select appropriate catheters, and intubation, fluid administration, and monitoring equipment, and anesthetic breathing systems. Assemble the anesthetic machine and breathing system. Check that the machine and breathing system are working properly. Please call an examiner over when you are ready to show the anesthetic machine to an examiner (*me*) and describe the function of the parts to the examiner (*me*). When you are ready to induce anesthesia, you can [**request or go get**] your pre-medicated dog, and insert an IV catheter and secure it in place with help from your assistant. Notify the examiner (*me*) when you are ready to administer the induction drug and need a 5-minute timer to be set up. The 5-minute time limit will start once the anesthetic induction drug is given. Within this time limit, you must administer an appropriate amount of induction drug to allow endotracheal intubation, secure and check the endotracheal tube, appropriately inflate the cuff, and connect the endotracheal tube to the anesthetic breathing machine. Failure to complete all these tasks within the 5-minute limit will result in dismissal from the Anesthesia Section and a failing score.

Following intubation, you must appropriately set the inhalant anesthetic and fresh gas flow rates; start IV fluids at an appropriate rate; place esophageal stethoscope and begin monitoring your patient. Within 3 minutes of intubation, you must begin monitoring the cardiac and respiratory status of your patient. Failure to begin monitoring within 3 minutes of intubation will result in a skill failure. Remember that you will need to include recording your findings on the Anesthesia Record.  Once you have done all of these tasks, you must notify the [**examiner, technician or surgery candidate/examinee**] that the surgery candidate may begin the preparation for surgery and this will signify the end of the 100 minute time limit. Again, failure to complete these tasks prior to calling for the surgeon and within the 100 minute time limit will result in a failing grade and your dismissal from this section. It is up to you to determine how best to proceed to ensure all tasks outlined in your copy of the Manual of Administration are completed correctly and efficiently. Remember, the esophageal stethoscope is the only monitoring equipment you must place within the 100 minute time limit; all other required monitoring equipment can be placed after the surgery candidate has started his/her patient preparation. However, place the blood

pressure monitor, pulse oximeter, thermometer, and capnograph as soon as possible. Ensure your dog is maintained at an appropriate plane of anesthesia and is not physically compromised.

We have made every effort to make sure that all of the equipment is working correctly and accurately. Please notify the examiner if you believe something is not functioning correctly so that the examiner can fix the problem. If you believe that a piece of equipment did not work correctly and adversely impacted your assessment, you must report the problem by filling out the Anesthesia equipment incident report at the end of your exam. Once all monitoring equipment is placed, you will be required to monitor your dog throughout the surgical procedure, using this equipment as well as assessing physical parameters to ensure your dog is maintained at an appropriate plane of anesthesia. You must record your findings in a timely manner on your Anesthesia Record. Failure to do so will result in a scoring penalty. You will need to adjust the plane of anesthesia as necessary and correct any physical abnormalities detected in your patient (e.g., low blood pressure, low respiratory rate, low body temperature).

You will be completed with this section of the CPE when the last skin suture has been placed or the surgery candidate's allotted time has expired.

Remember that you must complete all necessary skills as spelled out in the Manual of Administration from the preanesthetic examination to initiation of inhalant anesthesia and patient monitoring within 100 minutes. A hard copy of this standard script will be located **[sites to indicate where]** for you to reference as needed during this section of the exam. A clock is *[and timers are]* provided in the room, and 100 minute time limit will begin as soon as these instructions are complete and you receive your dog. Please plan your time accordingly."

**Assessment Sheet for Anesthesia (AN01)**—Please see Assessment Sheet AN01 on the following pages.

Note: a FAILING evaluation for any one (1) MAJOR skill or any combination of four (4) MINOR skills will result in a FAILURE for the Anesthesia Section. A candidate that commits a fatal flaw may be dismissed from the section and will also receive a FAILURE for the Anesthesia Section.

**THIS PAGE INTENTIONALLY LEFT BLANK**

| **AN01 ASSESSMENT, Anesthetic Skills**<br>**Candidate Name/ID:** | **Date/Session/Site:**<br>**DVM Examiner:** |
|---|---|
| **ACTIVITY/SKILL**<br>Candidate is assessed on ability to correctly and efficiently: | **CANDIDATE SCORE**<br><br>*Note: a **FAILING** evaluation for any one (1) **MAJOR** skill or any combination of four (4) **MINOR** skills will result in a **FAILURE** for the Anesthesia Section. Candidates committing a fatal flaw (see below & Appendix 1 in this section of the MOA) will be immediately dismissed from, and will receive a failing score for, this section of the CPE.* |
| *Select appropriate premedication, induction, maintenance, and pain management drugs and write rationale for choosing drugs* | *MINOR SKILL* |
| *Calculate the correct dose(s) of drug(s) selected* | *MAJOR SKILL*<br><br>*EXAMPLES OF FATAL FLAWS FOR THIS SKILL INCLUDE: FATAL FLAW if candidate calculates a potentially harmful overdose and does not correct it prior to attempting to administer the drug. NOTE: examiners/technicians must not allow a candidate to administer a potentially harmful overdose of any drug.* |
| *Perform and record results of a preoperative examination on a patient presented for elective ovariohysterectomy* | *MINOR SKILL* |
| *Request, record, and interpret results of minimum required laboratory tests* | *MINOR SKILL* |
| *Assign an appropriate preanesthetic physical status to patient* | *MINOR SKILL* |
| *Administer premedication in a manner that is safe for the patient and personnel, and that allows for actual delivery of the drug to the patient* | *MAJOR/MINOR SKILL*<br><br>• *MINOR SKILL FAILURE if candidate administers a dose above or below the appropriate range for the animal but not likely to have serious detrimental physiologic effects.*<br>• *MAJOR SKILL FAILURE if candidate administers an inappropriately high dose that would have significant, but non-lethal, detrimental physiologic effects.*<br>• *MAJOR SKILL FAILURE if candidate injects premedication in the vicinity of a structure that might be damaged by the injection (i.e., sciatic nerve, stifle joint).*<br>• *EXAMPLES OF FATAL FLAW INCLUDE if candidate intends to administer a potentially harmful overdose of any drug, candidate administers premedications before examining the patient.* |

*AN01 continued on next page*

| AN01 ASSESSMENT, Anesthetic Skills Candidate Name/ID: | Date/Session/Site: |
|---|---|
| **ACTIVITY/SKILL** Candidate is assessed on ability to correctly and efficiently: | **CANDIDATE SCORE** |
| *Determine appropriate fresh gas flow rates and explain rationale for selecting a given rate for the breathing system selected* | MAJOR/MINOR SKILL <br><br> • *MINOR SKILL FAILURE if candidate sets fresh gas flow too high.* <br> • *MAJOR SKILL FAILURE if candidate sets fresh gas flow is too low.* <br> • *FATAL FLAW* <br><br> *EXAMPLE OF FATAL FLAW INCLUDES* setting the flow of oxygen at an insufficient level such that dog either awakens or becomes apparently hypoxic |
| *Select appropriate breathing system and reservoir bag* | MINOR SKILL |
| *Select appropriate endotracheal tube and laryngoscope (use of laryngoscope optional).* | MINOR SKILL |
| *Select appropriate size and type IV catheter* | MINOR SKILL |
| *Select appropriate IV fluids* | MINOR SKILL |
| *Assemble the anesthetic machine and breathing system* | MAJOR SKILL |
| *Explain assembly of anesthetic machine and breathing system* | MINOR SKILL |

*AN01 continued on next page*

*MANUAL OF ADMINISTRATION 2017*                                    *Anesthesia*

| AN01 ASSESSMENT, Anesthetic Skills<br>Candidate Name/ID: | Date/Session/Site: |
|---|---|
| **ACTIVITY/SKILL**<br>Candidate is assessed on ability to correctly and efficiently: | **CANDIDATE SCORE** |
| *Test anesthetic machine circuit for leaks* | *MAJOR/MINOR SKILL*<br><br>• *MINOR SKILL FAILURE*<br>• *MAJOR SKILL FAILURE*<br>• *PASS* |
| *Place and secure an IV catheter*<br>*Note: If either of the two scenarios below should occur, the examiner or technician will place and secure a new IV catheter and the time required to do so will not count against the 100 minute time limit.*<br>1. *If the candidate is unable to place the IV catheter in three attempts*<br>2. *If a correctly placed catheter becomes dislodged following placement* | <u>PLACE IV CATHETER</u><br>**MAJOR/MINOR SKILL, WITH SCORE IMPACTED AS INDICATED BELOW.**<br><br>• *ONE MINOR SKILL FAILURES if candidate is unable to place the IV catheter in three attempts because of a patient factor (eg, dog is unruly or hypotensive).*<br>• *TWO MINOR SKILL FAILURES if candidate correctly places the IV catheter in three attempts but it becomes dislodged thereafter because he/she did not secure it appropriately.*<br>• *TWO MINOR SKILL FAILURES if candidate is unable to place the IV catheter in three attempts because of poor technique or inability to locate an appropriate vein.*<br>• *ONE MINOR SKILL FAILURE if candidate has minor breaks in asepsis during placement of IV catheter (eg. minor touch of catheter hub).*<br>• *EXAMPLES OF FATAL FLAW INCLUDE:*<br>• *if candidate attempts to place or places the catheter in a non-aseptic manner or commits gross breaks in asepsis (eg, placing opened catheter on table)* |

*AN01 continued on next page*

| AN01 ASSESSMENT, Anesthetic Skills<br>Candidate Name/ID: | Date/Session/Site: |
|---|---|
| **ACTIVITY/SKILL**<br>Candidate is assessed on ability to correctly and efficiently: | **CANDIDATE SCORE** |
| *Set up and administer IV fluids* | **IV FLUIDS**<br>**MAJOR/MINOR SKILL, WITH SCORE IMPACTED AS INDICATED BELOW.**<br><br>• **MINOR SKILL FAILURE** *if candidate does not connect and administer IV fluids in an aseptic manner*<br>• **MINOR SKILL FAILURE** *if candidate sets an incorrect fluid rate and animal's health/life is not significantly affected.*<br>• **MAJOR SKILL FAILURE** *if candidate sets an incorrect fluid rate or fails to recognize that fluid administration has been compromised and correct the error* AND *animal's health/life is significantly and negatively affected.* |
| *Induce and intubate patient* | **MAJOR/MINOR SKILL**<br><br>• **MINOR SKILL FAILURE** *if candidate fails to assess catheter placement prior to injection of induction agent.*<br>• **MAJOR SKILL FAILURE** *if candidate does not appropriately intubate dog (eg, tube too small or too large; cuff not inflated appropriately (ie, cuff does not prevent leak up to 20 cm H2O); tube not secured appropriately but stays in due to luck).*<br>• **EXAMPLES OF FATAL FLAW INCLUDES:**<br>• **FATAL FLAW** *if candidate intends to administer a potentially harmful overdose of any drug.*<br>• **FATAL FLAW** *if candidate makes repeated unsuccessful attempts at intubation in an insufficiently anesthetized dog (ie, a dog with active laryngeal reflexes). Candidate will be required to complete the following within 5 minutes of initial administration of induction agent: intubate the patient, inflate cuff appropriately and secure endotracheal tube; failure to do is a fatal flaw.*<br>• **FATAL FLAW** *if candidate fails to recognize endotracheal tube is placed incorrectly and dog is either not receiving gas because tube is in esophagus; dog is being injured, in the examiner's opinion, because of excessive inflation of the cuff or tube grossly too large; gas is being released because tube is grossly too small or cuff not inflated; or tube dislodges because it was not secured appropriately.* |

*AN01 continued on next page*

| AN01 ASSESSMENT, Anesthetic Skills<br>Candidate Name/ID: | Date/Session/Site: |
|---|---|
| **ACTIVITY/SKILL**<br>Candidate is assessed on ability to correctly and efficiently: | **CANDIDATE SCORE** |
| *Connect patient to anesthetic machine, set the machine appropriately, and assess patient status* | MAJOR SKILL<br><br>*EXAMPLES OF FATAL FLAWS FOR THIS SKILL INCLUDE:*<br>• *FATAL FLAW if candidate leaves pop-off valve closed until pop-off valve pressure reads 25 cm $H_2O$.*<br>• *FATAL FLAW if candidate sets flow of oxygen at an insufficient level such that dog either wakes up or becomes apparently hypoxic.*<br>• *FATAL FLAW if candidate sets volatile anesthetic agent flow rate too high for too long leading to loss of peripheral pulses or prolonged (> 3 min) apnea.*<br>• *FATAL FLAW if candidate fails to recognize prolonged (> 3 min) apnea* |
| *Place esophageal stethoscope* | MINOR SKILL |
| *Place/position Doppler or oscillometric blood pressure monitor* | MINOR SKILL |
| *Place/position pulse oximeter* | MINOR SKILL |
| *Place/position capnograph* | MINOR SKILL |
| *Transfer patient to surgery area* | MINOR SKILL |
| *Change anesthetic machine settings as necessary during the surgical procedure* | MAJOR SKILL<br><br>*EXAMPLES OF FATAL FLAW INCLUDE:*<br>• Maintaining a volatile anesthetic agent flow rate at a high level for extended period of time leading to loss of peripheral pulses (dorsal pedal or lingual pulse) or prolonged (> 3 minutes) apnea.<br>• Failure to identify and correct a potentially life-threatening or inhumane situation (eg, patient wakes up during anesthesia section or during the surgical procedure and candidate does not respond to situation; candidate does not attempt to correct problems associated with major hemorrhage/hypovolemia). |

*AN01 continued on next page*

| **ASSESSMENT, Anesthetic Skills** Candidate Name/ID: | Date/Session/Site: |
|---|---|
| **ACTIVITY/SKILL** Candidate is assessed on ability to correctly and efficiently: | **CANDIDATE SCORE** |
| *Monitor/assess depth of anesthesia during the surgical procedure* | *MAJOR SKILL* *EXAMPLES OF FATAL FLAW INCLUDE:* • Maintaining a volatile anesthetic agent flow rate at a high level for extended period of time leading to loss of peripheral pulses (dorsal pedal or lingual pulse) or prolonged (> 3 minutes) apnea. • Failure to identify and correct a potentially life-threatening or inhumane situation (eg, patient wakes up during anesthesia section or during the surgical procedure and candidate does not respond to situation; candidate does not attempt to correct problems associated with major hemorrhage/hypovolemia). |
| *Monitor/assess and record patient's cardiovascular status, to include correcting any significant abnormalities* | *MAJOR SKILL* *EXAMPLE OF FATAL FLAW INCLUDES:* Maintaining a volatile anesthetic agent flow rate at a high level for extended period of time leading to loss of peripheral pulses (dorsal pedal or lingual pulse) or prolonged (> 3 minutes) apnea. |
| *Monitor/assess and record patient's respiratory status, to include correcting any significant abnormalities* | *MAJOR SKILL* *EXAMPLE OF FATAL FLAW INCLUDES:* Maintaining a volatile anesthetic agent flow rate at a high level for extended period of time leading to loss of peripheral pulses (dorsal pedal or lingual pulse) or prolonged (> 3 minutes) apnea. |

*AN01 continued on next page*

| AN01 ASSESSMENT, Anesthetic Skills<br>Candidate Name/ID: | Date/Session/Site: |
|---|---|
| **CANDIDATE IS ALSO ASSESSED ON:** | **CANDIDATE SCORE** |
| *Answer questions regarding specific values for the patient from anesthetic or monitoring equipment* | *MINOR SKILL* |
| *Completely and appropriately fill out Anesthesia Record* | *MINOR SKILL* |
| *Overall efficiency of anesthetic procedure* | *MAJOR SKILL*<br><br>*EXAMPLES OF FATAL FLAWS FOR THIS SKILL INCLUDE: FATAL FLAW if candidate fails to have the dog ready for the surgery candidate in the one hundred minute time limit ("ready for surgery candidate" means all tasks outlined in the MOA are complete and the dog is intubated and anesthetized with esophageal stethoscope and IV fluids in place and operational/running).* |
| *Humane handling of patient* | *MAJOR SKILL*<br><br>*EXAMPLE OF FATAL FLAW INCLUDES:*<br>Any act of omission or commission that puts an animal into an inhumane or life threatening situation and the situation is not corrected by the candidate |
| *Ability to communicate with assistant(s)* | *MINOR SKILL* |

**FINAL ANESTHESIA SECTION SCORE (PASS OR FAIL):** *A FAILING evaluation for any one (1) MAJOR skill or any combination of four (4) MINOR skills will result in a FAILURE for the Anesthesia Section. Candidates committing a fatal flaw will be immediately dismissed from, and will receive a failing score for, this section.*

**Anesthesia Appendices**

### *Appendix 1—Fatal Flaw List*

These are failing behaviors that potentially put the animal's life at risk or personnel in danger. All are behaviors that may require examiner intervention and will result in a failing grade for the candidate and dismissal from this section of the CPE. The examiner will stop the Anesthesia Section immediately if any one behavior from the following fatal flaw list is observed (ie, recognized by the examiner and confirmed by another examiner or observer):

1. Candidate calculates and intends to administer a potentially lethal overdose of any drug.
2. Candidate administers premedications before examining the patient.
3. Candidate attempts to place or places the catheter in a non-aseptic manner or commits gross breaks in asepsis (eg, placing opened catheter on table)
4. Candidate injects Thiopental subcutaneously.
5. Candidate makes repeated unsuccessful attempts at intubation in an insufficiently anesthetized dog (ie, a dog with active laryngeal reflexes). Candidate should be able to intubate patient within five (5) minutes of initial administration of induction agent; failure to do so is a fatal flaw.
6. Candidate places the endotracheal tube in the esophagus and fails to correct in a timely fashion (ie, before dog wakes or becomes apparently hypoxic).
7. Candidate leaves the pop-off closed until pop-off valve pressure reads 25 cm $H_2O$
8. Candidate sets flow of oxygen at an insufficient level such that dog either awakens or becomes apparently hypoxic
9. Candidate maintains volatile anesthetic agent flow rate at a high level for extended period of time leading to loss of peripheral pulses (dorsal pedal or lingual pulse) or prolonged (> 3 minutes) apnea.
10. Candidate fails to identify and correct a potentially life-threatening or inhumane situation (eg, patient wakes up during anesthesia section or during the surgical procedure and candidate does not respond to situation; candidate does not attempt to correct problems associated with major hemorrhage/hypovolemia).
11. Candidate fails to have all tasks completed with the dog ready for the surgery candidate in the one hundred minute time limit ("ready for surgery candidate" means all tasks outlined in the MOA are complete and the dog is intubated and anesthetized with esophageal stethoscope and IV fluids in place and operating/running).
12. Candidate exhibits any other behavior that would put the dog's life at risk. The examiner must document the behavior.
13. Candidate fails to correctly assemble anesthetic machine to allow effective and safe delivery of gas anesthetic.

All fatal flaws MUST be documented on the candidate's assessment sheet by the examiner and verified by a secondary examiner/CPE team member.

*Appendix 2—Preanesthetic Physical Status*

American Society of Anesthesiologists (ASA) Classification System
- <u>ASA Status 1</u>: Normal, healthy patient
- <u>ASA Status 2</u>: Mild systemic disease, well compensated
- <u>ASA Status 3</u>: Moderate systemic disease that is ongoing but compensated; some functional limitations exist that increase the risk of anesthesia
- <u>ASA Status 4</u>: Severe systemic disease that is a constant threat to life, uncompensated disease, high anesthetic risk because vital body systems involved
- <u>ASA Status 5</u>: Moribund patient not expected to live more than 24 hours with or without surgery

Case 3:19-cv-00096-NJR   Document 49-3   Filed 10/29/19   Page 19 of 25   Page ID #393

CPE DATE/SESSION/SITE:

CANDIDATE NAME/NUMBER:

DOG ID:

INFORMATION TO BE PROVIDED TO CANDIDATE AT BEGINNING OF EXAM:

Weight of dog:

Approximate age (estimated by examiner/tech):

Pre-existing medication or medical conditions

*MANUAL OF ADMINISTRATION 2017* Case 3:19-cv-00096-NJR Document 49-3 Filed 10/29/19 Page 20 of 25 Page ID #394 *Anesthesia*

*Appendix 3*

***Appendix 3—Anesthesia Record***

CPE DATE/SESSION/SITE:

CANDIDATE NAME/NUMBER:

DOG ID:

**PRE-ANESTHETIC ASSESSMENT** *(candidate to write findings below unless otherwise noted)*

Weight (provided by examiner/tech):

HR:                     RR:                     MM color/CRT:                     Temp:

Other relevant preanesthetic PE findings, if any:

LABORATORY RESULTS:

PCV:                     TP:                     BUN:

Other relevant preanesthetic lab results, if any:

PRE-EXSISTING MEDICATION AND MEDICAL CONDITIONS *(provided by examiner)*

PREANESTHETIC PHYSICAL STATUS *(**as determined by candidate** **after completing preanesthetic**

**examination***; circle one)*:                     1          2          3          4          5

**ANESTHESIA RECORD (Page 2)**

CPE DATE/SESSION/SITE:

CANDIDATE NAME/NUMBER:

**Anesthetic Drug Protocol Plan:**

*Write drug selections, dose (mg and volume), route of administration, and time administered below; attach dose calculation scratch sheet as necessary:*

**Premed(s):**

Name:              Dose:              Volume:              Route:              Time:

Name:              Dose:              Volume:              Route:              Time:

Name:              Dose:              Volume:              Route:              Time:

**Induction agent(s):**

Name:              Dose:              Volume:              Route:              Time:

Name:              Dose:              Volume:              Route:              Time:

Name:              Dose:              Volume:              Route:              Time:

**Analgesics:**

Name:              Dose:              Volume:              Route:              Time:

Name:              Dose:              Volume:              Route:              Time:

Name:              Dose:              Volume:              Route:              Time:

*Provide rationale for choosing the specific drugs (above) for your patient:*

*MANUAL OF ADMINISTRATION 2017*                                                      *Anesthesia*
                                                                                    *Appendix 3*

**ANESTHESIA RECORD (Page 3)**

<u>CPE DATE/SESSION/SITE:</u>

<u>CANDIDATE NAME/NUMBER:</u>

---

*Circle appropriate number regarding sedation and induction of your patient, and provide comments as appropriate:*

Scale:  1=very poor; 5= excellent

Sedation quality:   1    2    3    4    5

Induction quality:  1    2    3    4    5

Comments:

---

*Circle inhalant anesthetic agent used:*
Halothane              Isoflurane                    Sevoflurane

*Circle anesthetic machine type used*
Circle             Bain

Endotracheal tube used *(write size)*:

Fresh gas flow rate used *(write rate)*:

*Candidate to complete all appropriate portions of anesthetic chart on next page.*

*Request additional pages as needed.*

*MANUAL OF ADMINISTRATION 2017*                                    *Anesthesia*
                                                                    *Appendix 3*

**ANESTHESIA RECORD (Page 3+)**

CPE DATE/SESSION/SITE:

CANDIDATE NAME/NUMBER:



*Time at :00 = Time of induction*

**ANESTHESIA RECORD (Page 4)**

CPE DATE/SESSION/SITE:

CANDIDATE NAME/NUMBER:

*(candidate to fill out each section below)*

**Complications noted and how corrected; if no complications noted, state so:**

**Fluids** *(write type used, flow rate, and total volume)***:**

**Recovery instructions, to include any instructions for use of analgesics:**

**Candidate Signature:**

*Appendix 4—Anesthesia Equipment Incident Report*
### Anesthesia Equipment Incident Report

Briefly describe any anesthesia equipment related incidents (i.e., malfunction) that occurred that may have affected the outcome of your examination.

---

**Candidate Notes:**

Candidate Number:

Candidate signature, date:

**Examiner Notes:**

Examiner Name (print):                          Second Examiner Name:

Examiner signature, date:                        Second Examiner Signature: