# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

Subhadra Gunawardana and David Seely, pro se

Plaintiffs,

v.

American Veterinary Medical Association (AVMA), Educational Commission for Foreign Veterinary Graduates (ECFVG) and Council on Education (COE)

Defendants.

Case No. 3:19-cv-00096-NJR-MAB

## MOTION TO AMEND COMPLAINT

Pursuant to FRCP 15(a), and in accordance with the Joint Report and Scheduling Order entered on 09/10/2019, Plaintiffs respectfully request the Court's leave to amend the complaint for the first time. As instructed in Local rule 15.1, the proposed document is submitted to the presiding judge via email, as a word file with all new material underlined.

The proposed amendments intend to:

1. Clarify and streamline the counts stated in the original complaint
2. Assert standing and claims for Plaintiff David Seely
3. Add new factual background to fully support the allegations
4. Correct minor errors/omissions in the factual background in the original complaint
5. Revise the Statement of Claim to satisfy the *Twombly* standard
6. Revise the Relief requested, in light of Defendant's discovery responses

7. Clarify and streamline the contents in general, to make for easier reading for all readers including a jury

Plaintiffs pray this Honorable Court for leave to amend the complaint.

Respectfully submitted,
/s/Dr. Subhadra Gunawardana
/s/David Seely, With Consent
Plaintiffs
4308 Marion Garden Ln
Florissant, MO 63034
615-674-8461; 615-423-8851
subhadra.gunawardana@wustl.edu
david-seely@live.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing document was forwarded to all parties by way of electronic filing on the Court's ECF notice list, on November 30th, 2019.

/s/Dr. Subhadra Gunawardana
/s/David Seely, With Consent