# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Subhadra Gunawardana and David Seely, pro se<br><br>Plaintiffs,<br><br>v.<br><br>American Veterinary Medical Association (AVMA), Educational Commission for Foreign Veterinary Graduates (ECFVG) and Council on Education (COE)<br><br>Defendants. | Case No. 3:19-cv-00096-NJR |

## PLAINTIFFS' MOTION FOR THE COURT'S INTERVENTION ON DISCOVERY

Pursuant to the Scheduling and Discovery Order dated 09/10/2019 [Documents #37; 37-1], and following the Court's instruction via email, the Plaintiffs hereby request the Court's intervention to facilitate discovery in this case.

1. Plaintiffs served discovery requests on the Defendants on 9/21/19. These included 7 interrogatories, 9 requests for production, and 74 requests for admission.

2. Defendants submitted incomplete responses on 10/21/19, producing no documents, objecting to all but one of the interrogatories, and moving for a protective order on specific items.

3. Following the Court's denial of said motion without prejudice, the parties conferred on 11/20/2019, where the Counsel for Defense agreed to produce a redacted version of the

documents for which they had requested the protective order. Plaintiffs have not yet received these or any of the documents requested.

4. Since it has been over 3 months since the Defendants received the discovery requests, and the responses are far from complete, Plaintiffs need the Court's help to get discovery completed in time to meet the remaining deadlines.

Wherefore, the Plaintiffs request the Honorable Court to arrange a Discovery Dispute Conference, or grant them leave to file a Motion to Compel without such conference.

December 23, 2019

Respectfully Submitted,
/s/Dr. Subhadra Gunawardana
/s/David Seely, With Consent
Plaintiffs,
4308 Marion Garden Ln
Florissant, MO 63034
615-674-8461; 615-423-8851
subhadra.gunawardana@wustl.edu
david-seely@live.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing document was forwarded by way of electronic filing on the Court's ECF notice list on December 23, 2019.

/s/Dr. Subhadra Gunawardana
/s/David Seely, With Consent