# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Subhadra Gunawardana,<br>David Seely,<br>  Plaintiffs,<br><br>v.<br><br>American Veterinary Medical Association (AVMA) and its branches: Educational Commission for Foreign Veterinary Graduates (ECFVG) and Council on Education (COE),<br>  Defendants. | Case No. 19-cv-96-NJR-MAB |

## DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR THE COURT'S INTERVENTION ON DISCOVERY

Defendant, American Veterinary Medical Association ("AVMA"), by and through its attorneys of Gordon & Rees, LLP, and for its Response to Plaintiffs' Motion for the Court's Intervention on Discovery, states as follows:

1. Defendant agrees that the parties met and confer on November 20, 2019 regarding discovery. During that telephone conference, Plaintiffs indicated they would be willing to accept a redacted document production due to the forthcoming motion for protective order. Counsel for Defendant indicated that they would relay the option to the AVMA.

2. Since that conference, Defendant and its counsel have experienced delays due to the holidays and unavailability of staff. As a result, Defendant requests an additional fourteen (14) days – until January 13, 2020 - to produce the remaining documents.

3. Additionally, Defendant reiterates its position that it stands on its objections and answers to written discovery.

4.        Defendant is nonetheless willing to attend a Discovery Dispute Conference with the Plaintiffs and the Court.

WHEREFORE, Defendant, American Veterinary Medical Association ("AVMA"), requests an additional seven (7) days to produce remaining responsive documents, and for any other relief this Court deems just.

December 30, 2019                         Respectfully submitted,

                                          GORDON & REES, LLP

                                    By:   /s/ J. Hayes Ryan
                                          *Attorney for Defendant*
                                          *American Veterinary Medical Association*

                                          J. Hayes Ryan
                                          Gordon & Rees LLP
                                          One North Franklin, Suite 800
                                          Chicago, Illinois 60606
                                          (312) 565-1400 (Telephone)
                                          (312) 565-6511 (Facsimile)
                                          hayesryan@grsm.com