UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| SUBHADRA GUNAWARDANA<br>DAVID SEELY, | )<br>)<br>) | Case No. 19 –cv--96-NJR-MAB |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | |
| AMERICAN VETERINARY MEDICAL<br>ASSOCIATION (AVMA) AND ITS<br>BRANCHES: EDUCATIONAL<br>COMMISSION FOR FOREIGN<br>VETERINARY GRADUATES (ECFVG) AND<br>COUNCIL ON EDUCATION (COE), | )<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | )<br>) | |

## CERTIFICATE OF SERVICE

**To:** Subhadra Gunawardana/ 4308 Marion Garden Lane, Florissant, MO 63034
Subhadra.gunawardana@wustl.edu
David Seely / 4308 Marion Garden Lane/ Florissant, MO 63034
David-seely@live.com

The undersigned, an attorney, first being duly sworn on oath deposes and states that a true and correct copy of a Defendant's Motion for a Protective Order in regard to the above captioned matter was served upon all parties of record on this 13th Day of January, 2020, via electronic filing with this Court's ECF system.

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ J. Hayes Ryan
J. Hayes Ryan (#6274197)
One North Franklin, Suite 800
Chicago, Illinois 60606
Phone: (312) 980-6768
Fax: (312) 565-6511
*Attorneys for Defendant American Veterinary Medical Association (AVMA)*

1182990/49442795v.1