



March 20, 2018

Dr. Patrick Farrell
Chair, AVMA Council on Education
E-mail: drpatfarrell@gmail.com

**VIA E-MAIL ONLY**

Dear Dr. Farrell:

The Educational Commission for Foreign Veterinary Graduates (ECFVG) appreciates the opportunity to provide you and the Review panel with additional information regarding the Commission's adverse decision related to ECFVG Candidate Dr. Gunawardana (Candidate # 273624). The Commissions response will focus on procedure and will outline how the Appeals Subcommittee reached its decision to uphold the original adverse decision related to Dr.
Gunawardana's performance on the Anesthesia Section of the Clinical Proficiency Examination (CPE).

Dr. Gunawardana took the CPE in November 13-15, 2017 at the WVC CPE site in Las Vegas, NV. CPE is the assessment tool used in the fourth and final step of the ECFVG certification program. Prior to taking these sections of the examination, Dr. Gunawardana received the 2017 edition of the Standard CPE manual of Administration (MOA; Attachment 1), which clearly outlines the skills on which each candidate will be assessed and what is required to pass each section.

The WVC CPE site is approved by the ECFVG to administer the CPE in accordance with Commission policy. As such, the site must submit after-exam reports to the Commission, examiners must undergo regular training in fairness in assessment, and the site must undergo on-site evaluations conducted during an actual CPE administration by a team. These on-site evaluations are conducted at least once every two years or every 120 full-exam candidates with a team comprised of veterinarians and / or a testing/psychometric expert with the CPE. On the basis of the evaluation reports, the ECFVG Commission has found the site in full compliance with all requirements. The WVC site was last evaluated during the October 16-18, 2017 CPE administration. The ECFVG will review the report of evaluation at its next meeting in April 2018. Should the Review Panel be interested in the Commission's policy regarding quality assurance for CPE site, please refer to Appendix 2-Quality Assurance for the COE in the CPE Candidate Bulletin at https://www.avma.org/professionaldevelopment/education/foreign/pages/ecfvg-cpe-bulletin.aspx#cpe-appendix-2.

Dr. Gunawardana asserts in the Petition for Review (Attachment 2) that in the Anesthesia section, induce and intubate patient, she had completed the required activities within 5 minutes of initial administration of induction agent: intubate the patient, inflate cuff appropriately and secure endotracheal tube.  She asserts that the grounds of her appeals can be easily verified with a videotape of the exam section. As an alternative, she provides an evidence (video link) and a letter from Dr. Geisman, demonstrating her ability

to perform the required tasks. However, the ECFVG notes that the examiner's assessment sheet indicates that the candidate did not secure the endotracheal tube within 5-minute limit and received a fatal flaw. The examiner also noted that the candidate did not check cuff pressure before she ran out of time.

In addition, it was confirmed that there was no video recording based on the verbal communication with the WVC CPE site coordinator. The ECFVG notes that the CPE as the fourth step is a real-time, face-to-face examination in assessing educational equivalency for purposes of ECFVG or NEB certification, respectively. It is intended to assess the practical clinical veterinary skills of an "entry-level" US or Canadian veterinarian (i.e., new graduate of an AVMA/Council on Education-accredited veterinary school). In addition, in page 10 of the candidate MOA, 2017 version, it stated that video and/or audio recording will not be used to reverse failing scores. Please see the language in page 10, "Examiners will assess each candidate's knowledge and technical skills by direct observation, and in some cases, will assess their written descriptions of findings or conclusions. ECFVG testing sites may utilize video and/or audio recording for the purposes of test security and quality assurance. However, video and/or audio recording will not be used in the scoring process nor will recordings be used to reverse failing scores during the appeals process. Recordings are not precise enough to replace the level of discernment that the examiners have in real-time, face-to-face encounters." Additional verbiage regarding video and/or audio recording was also described in page 5 of the candidate MOA, 2017 version, "ECFVG testing sites may also utilize video and/or audio recording for the purposes of test security and quality assurance. If there is a reason to believe that the integrity of the examination process is jeopardized, the ECFVG may invalidate all or any part of a CPE administration. If information indicates that continued testing would jeopardize the security of examination materials or the integrity of scores, the ECFVG reserves the right to suspend or cancel any CPE administration."

During review of Dr. Gunawardana's Petition for Reconsideration (Attachments 3 & 4); the first step in the ECFVG Appeals Procedure, the ECFVG Appeals subcommittee examined the original CPE Assessment Sheets for the Anesthesia Section completed by the examiners on site as the candidate performed the skills (Attachment 5). Dr. Gunawardana received a fatal flaw in the Anesthesia Section and one minor skill failure in the Anesthesia Section.  The Commission notes that one fatal flaw in the Anesthesia Section would result in a failure of the Anesthesia Section. The scoring rubrics and additional examiner-specific information is provided to all examiners (but not to candidates) in the form of the Examiners' Master Manual of Administration, MMOA (Attachment 6).  On the basis of its review of the candidate's Petition for Reconsideration (Attachment 3), original CPE assessment sheets (Attachment 5), and MOAs (Attachments 1 & 6), the ECFVG Appeals Subcommittee determined that the candidate performed below the level of minimal competency for an entry level veterinarian in the Anesthesia Section. Thus, the Appeals Subcommittee upheld the failing score, and the Commission forwarded its decision to Dr. Gunawardana in February 2018 (Attachment 7).

Sincerely,

*Nicole Gallant*

Nicole Gallant, DVM
Chair, ECFVG

JLC/jlc

| | |
|---|---|
| **From:** | Dr. Judy Coman |
| **To:** | Dr. Ed Murphey |
| **Subject:** | FW: Petition for Reconsideration - Subhadra Gunawardana |
| **Date:** | Thursday, January 11, 2018 9:31:45 AM |

Hi Ed:

Could you review this candidate's appeal? ==Is it possible that the MOA is inconsistent with the assessment sheet?==
==I recalled Dr. Pease informing us regarding installing camera for security reasons;== however, I can't find his email.

I did inform the candidate on Dec 20, 2017 in the following email before she appealed.

Dear Dr. Gunawardana:
The extended score report is the only feedback available to candidates. ==With respect to your request to obtain the videotape and the candidate record completed by you during drug calculation and exam, the materials are not made available to candidates in accordance with ECFVG policy.== The Rules of Conduct in MOA clearly states: "You understand and acknowledge that all examination materials remain the property of the CPE site and ECFVG, and you will maintain the confidentiality of the case content for all seven sections of the CPE."
Sincerely yours,

---

**From:** ECFVG-Appeals Subcmte forum [mailto:ecfvg-appeals_subcmte@avmanet.org]
**Sent:** Thursday, January 11, 2018 8:27 AM
**To:** ECFVG-Appeals SubCmte forum
**Subject:** Re: Petition for Reconsideration - Subhadra Gunawardana

---

**To REPLY TO ALL members of the forum:**
Use the 'Reply' or 'Reply All' function at the top of this email message.
**NOTE:** Please include your name or signature at the bottom of your email message.
**To REPLY TO THE SENDER:**
Use the 'Forward' function at the top of this email message.
Enter the sender's email address in the 'To' field.
**To START A NEW TOPIC:**
mailto:"ECFVG-Appeals Subcmte forum" <ecfvg-appeals_subcmte@avmanet.org>
 (Enter the topic name in Subject field)
**To GO TO ONLINE DISCUSSION FORUM:**
http://www.avmanet.org/read/

---

Having read the candidates comments I feel we need to tread very carefully with this one. Her argument is compelling. Question - is there a video recording of this candidates exam? Are all candidates recorded on video and if so are these available for us to review? I feel that we should consider a re-take at no charge. Sincerely, Neil

| | |
|---|---|
| **From:** | ECFVG-Appeals Subcmte forum |
| **To:** | ECFVG-Appeals SubCmte forum |
| **Subject:** | Re: Petition for Reconsideration - Subhadra Gunawardana |
| **Date:** | Thursday, January 11, 2018 8:27:29 AM |

---

-

**To REPLY TO ALL members of the forum:**
Use the 'Reply' or 'Reply All' function at the top of this email message.
**NOTE:** Please include your name or signature at the bottom of your email message.
**To REPLY TO THE SENDER:**
Use the 'Forward' function at the top of this email message.
Enter the sender's email address in the 'To' field.
**To START A NEW TOPIC:**
mailto:"ECFVG-Appeals Subcmte forum" <ecfvg-appeals_subcmte@avmanet.org>
 (Enter the topic name in Subject field)
**To GO TO ONLINE DISCUSSION FORUM:**
http://www.avmanet.org/read/

---

--


Having read the candidates comments I feel we need to tread very carefully with this one. Her argument is compelling. ==Question - is there a video recording of this candidates exam? Are all candidates recorded on video and if so are these available for us to review?== I feel that we should consider a re-take at no charge. Sincerely, Neil

---

**From:** ECFVG-Appeals Subcmte forum <ecfvg-appeals_subcmte@avmanet.org>
**Sent:** Tuesday, January 9, 2018 8:44 AM
**To:** ECFVG-Appeals SubCmte forum
**Subject:** Petition for Reconsideration - Subhadra Gunawardana

---

-

**To REPLY TO ALL members of the forum:**
Use the 'Reply' or 'Reply All' function at the top of this email message.
**NOTE:** Please include your name or signature at the bottom of your email message.
**To REPLY TO THE SENDER:**
Use the 'Forward' function at the top of this email message.
Enter the sender's email address in the 'To' field.
**To START A NEW TOPIC:**
mailto:"ECFVG-Appeals Subcmte forum" <ecfvg-appeals_subcmte@avmanet.org>
 (Enter the topic name in Subject field)
**To GO TO ONLINE DISCUSSION FORUM:**
http://www.avmanet.org/read/

---

--

**From:** Dr. Judy Coman
**To:** Dr. Ed Murphey
**Subject:** RE: Petition for Review_273624_Gunawardana_AN
**Date:** Friday, March 16, 2018 12:06:43 PM

Thank you for the advice.

Judy

**From:** Dr. Ed Murphey
**Sent:** Friday, March 16, 2018 11:10 AM
**To:** Dr. Judy Coman <JComan@avma.org>
**Subject:** RE: Petition for Review_273624_Gunawardana_AN

I wish your initial response to her had stated that there was no videotape available for her examination; ==the ECFVG does not utilize videotape to record candidate performance or to review in the case of appeal but instead may occasionally videotape an examination for the purpose of examiner training.== Your statement below ("the materials are not made available to candidates") would seem to substantiate that a video does exist, which the candidate seems to believe, and is going to make it harder/more suspicious to tell her after all this time that, in fact, there is no video.

> Dear Dr. Gunawardana:
>
> The extended score report is the only feedback available to candidates. With respect to your request to obtain the videotape and the candidate record completed by you during drug calculation and exam, the materials are not made available to candidates in accordance with ECFVG policy. The Rules of Conduct in MOA clearly states: "You understand and acknowledge that all examination materials remain the property of the CPE site and ECFVG, and you will maintain the confidentiality of the case content for all seven sections of the CPE."
>
> Sincerely yours, 
>
> **Judy Lee Coman, DVM, DACLAM**
> **Assistant Director | Education & Research**
> American Veterinary Medical Association

**From:** Dr. Judy Coman
**Sent:** Friday, March 16, 2018 10:43 AM
**To:** Dr. Nicole Gallant <nicolegallant@pei.sympatico.ca>
**Cc:** Dr. Ed Murphey <EMurphey@avma.org>
**Subject:** Petition for Review_273624_Gunawardana_AN

Hi Dr. Gallant:

Attached, please find a recent Petition for Review submitted by ECFVG Candidate Dr. Gunawardana (Candidate ID 273624).

Also attached FYI is the candidate's original Petition for Reconsideration and the decision letter from the ECFVG outlining the Commission's affirmation of the failing scores.

In compliance with the ECFVG Appeals Process (see section #2 at (https://www.avma.org/professionaldevelopment/education/foreign/pages/ecfvg-pp-appeal.aspx), this Petition for Review was forwarded to the Chair of the Council on Education (COE Chair).

The COE Chair has determined that the Petition for Review is complete. As such, the COE Chair will appoint a three-member review panel from the current COE membership no later than April 6, 2018. The ECFVG also has until April 6, 2018 to submit its response to the Review Panel.

After that Review Panel is determined, it will have 25 business days in which to make its report & recommendations known to the candidate and the ECFVG. The report will be due no later than May 11, 2018. Within 25 business days of receipt of the Review Panel's report, the ECFVG shall issue a written opinion to the candidate and the Review Panel. The written opinion will be due no later than June 18, 2018.
I will be drafting a response to the Petition for Review for you to consider and edit as you see fit. The response will then be forwarded to the COE Review Panel.

Please let me know if you have any questions or need any further information.

Thank you,

**Judy Lee Coman, DVM, DACLAM**
**Assistant Director | Education & Research**
American Veterinary Medical Association

o: 847.285.6675 | f: 847.285.5732
www.avma.org



*"This communication is confidential and is not intended for public disclosure. If you have received it in error, please notify the sender by reply email and immediately delete it and any attachments without copying or further transmitting the same."*

-