MPOR2 EX 4

**From:** ECFVG-Appeals Subcmte forum [mailto:ecfvg-appeals_subcmte@avmanet.org]
**Sent:** Sunday, January 21, 2018 6:48 AM
**To:** ECFVG-Appeals SubCmte forum
**Subject:** Re: Petition for Reconsideration - Subhadra Gunawardana

**PLAINTIFF'S EXHIBIT**

**4**

--------------------------------------------------------------------------------------------------------------------------------------------------

-

**To REPLY TO ALL members of the forum:**
Use the 'Reply' or 'Reply All' function at the top of this email message.
**NOTE:** Please include your name or signature at the bottom of your email message.
**To REPLY TO THE SENDER:**
Use the 'Forward' function at the top of this email message.
Enter the sender's email address in the 'To' field.
**To START A NEW TOPIC:**
mailto:"ECFVG-Appeals Subcmte forum" <ecfvg-appeals_subcmte@avmanet.org>
 (Enter the topic name in Subject field)
**To GO TO ONLINE DISCUSSION FORUM:**
http://www.avmanet.org/read/
--------------------------------------------------------------------------------------------------------------------------------------------------

--

If I am reading this correctly, this candidate received a fatal flaw for two reasons:
1. not securing tube  and 2. not pressure testing the cuff, both of which the examiner believes should be done within the 5 min window.

The pressure test is not specified in the MOA and thus I believe we have to rely on the examiner's expertise as to when the pressure test should be done.

Even if the pressure test was not included in the 5 minute window, the candidate would still fail for not securing tuber properly.

I move we uphold the failing score.

I also wonder if it is necessary to add the pressure check to the MOA?

Ann E. Hohenhaus, DVM
Diplomate ACVIM (Oncology & Small Animal Internal Medicine)
Certified Veterinary Journalist
The Animal Medical Center
510 East 62nd Street
New York, NY 10065
(212) 329-8612
ann.hohenhaus@amcny.org
@DrAnnAMCNY
www.amcny.org/
http://amcny.wordpress.com/
www.facebook.com/theanimalmedicalcenter/
www.linkedin.com/in/annhohenhaus

**From:** ECFVG-Appeals Subcmte forum <ecfvg-appeals_subcmte@avmanet.org>
**Sent:** Tuesday, January 9, 2018 10:44 AM

| | |
|---|---|
| **From:** | ECFVG-Appeals Subcmte forum |
| **To:** | ECFVG-Appeals SubCmte forum |
| **Subject:** | RE: Petition for Reconsideration - Subhadra Gunawardana |
| **Date:** | Thursday, January 25, 2018 2:56:02 PM |

-------------------------------------------------------------------------------------------------------------------
-
**To REPLY TO ALL members of the forum:**
Use the 'Reply' or 'Reply All' function at the top of this email message.
**NOTE:** Please include your name or signature at the bottom of your email message.
**To REPLY TO THE SENDER:**
Use the 'Forward' function at the top of this email message.
Enter the sender's email address in the 'To' field.
**To START A NEW TOPIC:**
mailto:"ECFVG-Appeals Subcmte forum" <ecfvg-appeals_subcmte@avmanet.org>
 (Enter the topic name in Subject field)
**To GO TO ONLINE DISCUSSION FORUM:**
http://www.avmanet.org/read/
-------------------------------------------------------------------------------------------------------------------
--


We have a motion and need the motion to be seconded.

Regarding Dr. Hohenhaus's comment, I will follow up with Dr. Murphey ==regarding pressure cuff check in MOA.==

> In candidate MOA, 2017 version, page 29, in the section of Induce and intubate patient, it described two fatal flaws:
>
> ***FATAL FLAW*** *if candidate makes repeated unsuccessful attempts at intubation in an insufficiently anesthetized dog (ie, a dog with active laryngeal reflexes). Candidate will be required to complete the following within 5 minutes of initial administration of induction agent: intubate the patient, inflate cuff appropriately and secure endotracheal tube; failure to do is a fatal flaw.*
>
> ==***FATAL FLAW*** *if candidate fails to recognize endotracheal tube is placed incorrectly and dog is either not receiving gas because tube is in esophagus; dog is being injured, in the examiner's opinion, because of excessive inflation of the cuff or tube grossly too large; gas is being released because tube is grossly too small or cuff not inflated; or tube dislodges because it was not secured appropriately*==

.
For Candidate 273624, the yellow-highlighted fatal flaw was marked by the examiner. On the candidate's AN assessment sheet, the examiner also wrote, ==**"Fatal Flaw  candidate did not secure endotracheal tube w/in 5 min limit.  Did not check cuff pressure before she ran out of time."**==


Thank you
Judy Coman