**CPE Extended Score Report**

**Candidate Number:** 273624
**Candidate Last Name:**  Gunawardana
**Candidate Email:**  subhadra.gunawardana@wustl.edu
**Date of Extended Score Report:**  12/19/2017
**Requested Section(s):**  AN
**Date of CPE:**  November 2017
**Location of CPE:**  WVC, Las Vegas



The extended score report is a standardized score report of failed section(s). The report is to identify areas in which the candidate did not perform completely and/or appropriately. The purpose of the report is not to help the candidate pass a limited number of skills on the CPE. Receiving a passing score in a section or station is not necessarily indicative of mastery of that subject area. Candidates needing to retake some sections or stations that they have passed previously should not neglect their preparations in those content areas.

**Final Section Score ----> Fatal Flaw**
Candidates are assessed on ability to correctly and efficiently to intubate the patient, inflate cuff appropriately, and secure endotracheal tube within the time allotted after induction of anesthesia.

However, the candidate failed to secure endotracheal tube and inflate the cuff appropriately within the time allotted after induction of anesthesia and received a fatal flaw.

Additionally, the candidate received one minor skill failure.
- Test the anesthetic machine and breathing circuit for leaks

273624
Las Vegas, NV
November 13-15, 2017



| AN01 ASSESSMENT, Anesthetic Skills MASTER ASSESSMENT SHEET (PAGE 8) | |
|---|---|
| **ACTIVITY/SKILL** Candidate is assessed on ability to correctly and efficiently: | **CANDIDATE SCORE** |
| *Induce and intubate patient* | **MAJOR/MINOR SKILL**, WITH SCORE IMPACTED AS INDICATED BELOW. (*EXAMINERS: CIRCLE CANDIDATE SCORE FROM LIST BELOW*) • **MINOR SKILL FAILURE** if candidate fails to assess catheter placement prior to injection of induction agent. • **MAJOR SKILL FAILURE** if candidate does not appropriately intubate dog (eg, tube too small or too large; cuff not inflated appropriately (ie, cuff does not prevent leak up to 20 cm H2O); tube not secured appropriately but stays in due to luck). • **EXAMPLES OF FATAL FLAW INCLUDES:** • **FATAL FLAW** if candidate intends to administer a potentially harmful overdose of any drug. • **FATAL FLAW** if candidate makes repeated unsuccessful attempts at intubation in an insufficiently anesthetized dog (ie, a dog with active laryngeal reflexes). Candidate will be required to complete the following within 5 minutes of initial administration of induction agent: intubate the patient, inflate cuff appropriately and secure endotracheal tube; failure to do is a fatal flaw. • (**FATAL FLAW** if candidate fails to recognize endotracheal tube is placed incorrectly and dog is either not receiving gas because tube is in esophagus; dog is being injured, in the examiner's opinion, because of excessive inflation of the cuff or tube grossly too large; gas is being released because tube is grossly too small or cuff not inflated; or tube dislodges because it was not secured appropriately. • **PASS** |

Handwritten notes (left cell):
Did not assess prior to induction
-1
Fatal flaw — candidate did not secure endotracheal tube w/in 5min time limit. Did not check cuff pressure before cert of time

Handwritten (right cell): Fatal flaw

273624
Las Vegas, NV
November 13-15, 2017

| AN01 ASSESSMENT, Anesthetic Skills <br> MASTER ASSESSMENT SHEET (PAGE 15) ||
|---|---|
| **CANDIDATE IS ALSO ASSESSED ON:** | **CANDIDATE SCORE** |
| *Humane handling of patient* <br> [redacted] | **MAJOR SKILL (EXAMINERS: INDICATE CANDIDATE SCORE AS PASS, FAIL, OR FATAL FLAW)** <br> N/A <br><br> **EXAMPLE OF FATAL FLAW INCLUDES:** Any act of omission or commission that puts an animal into an inhumane or life threatening situation and the situation is not corrected by the candidate |
| *Ability to communicate with assistant(s)* <br> [redacted] | **MINOR SKILL (EXAMINERS: INDICATE CANDIDATE SCORE AS PASS, FAIL)** <br> N/A |
| **FINAL ANESTHESIA SECTION SCORE (PASS OR FAIL):** *A FAILING evaluation for any one (1) MAJOR skill or any combination of four (4) MINOR skills will result in a FAILURE for the Anesthesia Section. Candidates committing a fatal flaw will be immediately dismissed from, and will receive a failing score for, this section.* ||
| Comments regarding final score (required on all assessment sheets regardless of final score): <br><br> Fatal Flow <br> Candidate failed to secure the endotracheal tube <br> + leak check the endotracheal tube cuff w/in <br> 5 min ~~Arrest~~ time limit ||
| Primary DVM examiner's name & signature (required on all assessment sheets regardless of final score): <br> [redacted] ||
| Secondary examiner's (or observer's) name/signature (**required** if fatal flaw observed). If a CVT observer works under the supervision of a DVM examiner, then the CVT observer should sign as a secondary examiner): <br> [redacted] ||

AN01-15

*For use ONLY during calendar year 2017*