# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Subhadra Gunawardana and David Seely <br><br> Plaintiffs, <br><br> v. <br><br> American Veterinary Medical Association (AVMA), Educational Commission for Foreign Veterinary Graduates (ECFVG) and Council on Education (COE) <br><br> Defendants. | Case No. 3:19-cv-00096-NJR |

## PLAINTIFFS' MOTION TO COMPEL DISCOVERY

Having complied with the Scheduling and Discovery Order dated 09/10/19 [Dkts. #37; 37-1], and pursuant to the Court's order dated 5/4/20 [Dkt. #76] and Federal Rule 37, the Plaintiffs hereby move the Court to compel the Defendant to provide complete and truthful answers to all of Plaintiffs' discovery requests.

1. Plaintiffs served discovery requests on the Defendants on 9/21/19. These included 7 interrogatories, 9 requests for production, and 74 requests for admission.

2. Defendant submitted incomplete responses on 10/21/19, producing no documents, objecting to all but one of the interrogatories, and moving for a protective order on the Requests for Production #4,6,7&8.

3. Following the Court's order on the Plaintiffs' first motion for discovery [Dkts. #56,60&61], Defendants produced part of the documents responsive to RFPs #4,6,7&8. This production was not complete.

4. Defendant re-filed the motion for protective order on 1/13/20 [Dkt. #64]. Plaintiffs responded to said motion on 1/20/20 [Dkt. #66].

5. Following this Court's denial of said motion on 4/9/20 [Dkt. #75], Plaintiffs waited two months to receive the withheld documents. Upon inquiry on 6/9/20, Defendant expressly stated they would not produce these.

6. Defendant has not fully responded to the remaining requests either. They objected to 6 out of 7 of the interrogatories, 7 out of 9 of the RFPs, and 41 out of 74 of the RFAs, while denying 20 of the remaining RFAs without qualification. Notably, many of these objections are broad, and not specific or customized to each request.

7. As described in the memorandum attached, these requests are critical for resolving factual disputes in the case, and the objections are not valid.

8. Complete answers to all requests are necessary to confirm or disprove specific factual allegations in the complaint; and to determine the Defense witnesses to be deposed by Plaintiffs and what questions to ask them. Furthermore, considering the Defendant has not filed an answer to the complaint or the amended complaint, these discovery responses would be the only insight into their position on key issues.

Wherefore, the Plaintiffs respectfully request this Honorable Court to compel the Defendant to fully answer the remaining discovery requests.

June 19, 2020

Respectfully Submitted,
/s/Dr. Subhadra Gunawardana
/s/David Seely, With Consent
Plaintiffs,
4308 Marion Garden Ln
Florissant, MO 63034
615-674-8461; 615-423-8851
subhadra.gunawardana@wustl.edu
david-seely@live.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing document was forwarded to all parties by way of electronic filing on the Court's ECF notice list on June 19, 2020.

/s/Dr. Subhadra Gunawardana
/s/David Seely, With Consent
