AVMA American Veterinary Medical Association

PLAINTIFF'S EXHIBIT 4



# Educational commission for foreign veterinary graduates



**Sign in to ECFVG Online to view your ECFVG status and apply for examinations.**

Sign in

## Certification program

The Educational Commission for Foreign Veterinary Graduates® (ECFVG®) certification program is accepted by all state veterinary regulatory boards and the federal government as meeting, either in part or full, the educational prerequisite for licensure or certain types of employment.

On these pages, you can contact the ECFVG office, learn more about the history of the ECFVG program, meet the staff and the members of the Commission overseeing the program, see an overview of the four-step program, read the complete Policies and Procedures of the ECFVG, and find other useful resources including contact information for state veterinary regulatory boards.

The **ECFVG certification program** consists of the following **four steps** designed to be completed in order. For complete instructions for each of the program steps, click on any step below or use the links at the left.

**Our website uses cookies and similar technologies to improve your experience.**

By continuing to use our website, or by clicking **OK**, you consent to the use of these technologies.

OK, I agree

Step 3: Assess basic and clinical veterinary science knowledge. +

Step 4: Assess hands-on clinical veterinary medical skills. +

New Surgery Requirement for Candidates who Enroll on or after July 1, 2014

Fee Increase for Full CPEs in 2018 - 2020

About the ECFVG

Announcements

FAQs (PDF)

Contacts

ECFVG description

ECFVG Certification Program

Policies and procedures

**RELATED RESOURCES**

- Directory of AVMA ECFVG®- listed veterinary colleges of the world
- Classification of colleges
- Colleges accredited by the AVMA
- Directory of state veterinary regulatory boards
- Information for foreign veterinary graduates working in the U.S.

The AVMA Family

Contact us

Work at AVMA

Privacy policy

Terms of use

Sitemap

Subscribe to Newsletters

© 2020 American Veterinary Medical Association

**Our website uses cookies and similar technologies to improve your experience.**

By continuing to use our website, or by clicking **OK**, you consent to the use of these technologies.

OK, I agree