## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Subhadra Gunawardana,  )<br>David Seely,  )<br>  )<br>  Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>American Veterinary Medical Association  )<br>(AVMA) and its branches: Educational  )<br>Commission for Foreign Veterinary Graduates  )<br>(ECFVG) and Council on Education (COE),  )<br>  )<br>  Defendants.  )  | Case No. 19-cv-96-NJR-MAB |

### DEFENDANT'S RESPONSE TO PLAINTIFFS' SECOND MOTION FOR THE COURT'S INTERVENTION ON DISCOVERY

Defendant, American Veterinary Medical Association ("AVMA"), by and through its attorneys of Gordon & Rees, LLP, and for its Response to Plaintiffs' Second Motion for the Court's Intervention on Discovery, states as follows:

1. Defendant has provided all relevant, non-privileged information and documents to Plaintiffs in response to their voluminous discovery requests.

2. The only document Defendant has yet to produce is an unredacted version of its Master Manual of Administration. This document was subject to Defendant's Motion for Protective Order. Defendant maintains that the redacted portions of this document are confidential and respectfully requests that this Court conduct an *in camera* review, either electronically or in person, of the redacted and unredacted versions of this document.

3. As an initial matter, the parties are not yet at issue. In their First Amended Complaint, Plaintiffs assert nine causes of action against AVMA including violations of contract law and a wide range of federal statutes, including Title VII, the ADA, the Equal Protection Clause,

and the Sherman Antitrust Act. Defendant moved to dismiss the First Amended Complaint, which remains pending. Defendant maintains that the First Amended Complaint should be dismissed in its entirety. Nonetheless, it is highly likely that at least some of Plaintiffs' causes of action will be dismissed, limiting the scope of discovery. For this reason, Defendant requests a stay in written discovery pending the ruling on its motion to dismiss.

4. The remainder of Plaintiff's discovery requests are irrelevant, unnecessarily broad, and unduly burdensome.

5. Plaintiffs served 74 requests for admission on Defendant. Plaintiffs agree that many of these request "publicly available material."

6. Plaintiffs ask Defendant to admit or deny information that is outside its scope and control. It is not AVMA's burden to research external information and sources to come to a conclusion on these requests, including for example, whether 92% of the U.S. veterinary market is white, whether 25% of the medical graduates are foreign, the medical licensing requirements for foreign graduates, affiliations of its members outside the AVMA (See Plaintiff's First Set of Requests for Admission, ¶¶ 11, 24-30, 47-52). It is unfair and inappropriate to require Defendant to admit or deny statements outside the scope of not only their knowledge and control, but also this lawsuit. Plaintiffs should not be able shift the burden of proof on the Defendants by requiring it to conduct its own research to admit or deny these allegations.

7. In sum, the majority of Plaintiffs' discovery requests are irrelevant and inappropriate. Additionally, it is unduly burdensome to require AVMA to continue to litigate against and respond to these discovery requests when the parties are not yet at issue due to the pending motion to dismiss.

8. At this juncture, a Discovery Dispute Conference with the Plaintiffs and the Court is likely necessary to resolve the discovery and procedural issues in this matter.

WHEREFORE, Defendant, American Veterinary Medical Association ("AVMA"), requests that this Court stay discovery pending a ruling on its motion to dismiss, denial of this motion, or alternatively, a Discovery Dispute Conference including an *in camera* review of confidential documents and discovery requests and responses.

July 6, 2020

Respectfully submitted,

GORDON & REES, LLP

By: /s/ J. Hayes Ryan
*Attorney for Defendant*
*American Veterinary Medical Association*

J. Hayes Ryan
Gordon & Rees LLP
One North Franklin, Suite 800
Chicago, Illinois 60606
(312) 565-1400 (Telephone)
(312) 565-6511 (Facsimile)
hayesryan@grsm.com