UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Subhadra Gunawardana, )<br>David Seely, )<br>  )<br>  Plaintiffs, )<br>  )<br>v. )<br>  )<br>American Veterinary Medical Association )<br>(AVMA) and its branches: Educational )<br>Commission for Foreign Veterinary Graduates )<br>(ECFVG) and Council on Education (COE), )<br>  )<br>  Defendants. )<br>  ) | Case No. 19-cv-96-NJR-MAB |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on July 6, 2020, we e-filed with the Clerk of the United States District Court for the Southern District of Illinois, ***Defendant's Response to Plaintiffs' Second Motion for the Court's Intervention on Discovery,*** a true and correct copy of which is attached hereto.

July 6, 2020                                  Respectfully submitted,

                                              GORDON & REES, LLP

                                        By: /s/ J. Hayes Ryan
                                              *Attorney for Defendant*
                                              *American Veterinary Medical Association*

                                              J. Hayes Ryan
                                              Gordon & Rees LLP
                                              One North Franklin, Suite 800
                                              Chicago, IL 60606
                                              (312) 565-1400 (Telephone)
                                              (312) 565-6511 (Facsimile)
                                              hayesryan@grsm.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on July 6, 2020, I electronically filed the foregoing documents with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record and certify a copy of the foregoing document via electronic filing to all attorneys of record.

                                    Respectfully submitted,

                                    By: /s/ J. Hayes Ryan
                                              J. Hayes Ryan