## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Subhadra Gunawardana<br>David Seely,<br><br>    Plaintiffs,<br><br>v.<br><br>American Veterinary Medical Association<br>(AVMA) and its branches: Educational<br>Commission for Foreign Veterinary Graduates<br>(ECFVG) and Council on Education (COE),<br><br>    Defendants. | )<br>)<br>)  Case No. 19-96-NJR-MAB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

**To:** Subhadra Gunawardana / 4308 Marion Garden Lane/ Florissant, MO 63034
   Subhadra.gunawardana@wustl.edu

   David Seely / 4308 Marion Garden Lane/ Florissant, MO 63034
   David-seely@live.com

   The undersigned, being first duly sworn, on oath deposes and states that a true and correct copy of the foregoing documents: *Defendant's First Set of Interrogatories to Plaintiffs, Defendant's First Set of Requests for Production of Documents to Plaintiffs and Defendant's First Set of Requests for Admission to Plaintiffs*, in regard to the above captioned matter, was served on Plaintiffs and filed with the U.S. District Court, Southern District of Illinois, using the CM/ECF system, which will send notification of such filing to all parties of record on this 6th day of August, 2020.

         Respectfully submitted,

         GORDON REES SCULLY MANSUKHANI, LLP

       By: /s/  Marissa Dellacroce
         Marissa Dellacroce (#6320523)
         One North Franklin, Suite 800
         Chicago, Illinois 60606
         Phone: (312) 619-4914
         Fax: (312) 565-6511
         *Attorneys for Defendant American Veterinary*
         *Medical Association (AVMA)*

1182990/47335969v.1