## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SUBHADRA GUNAWARDANA )<br>DAVID SEELY, )<br> ) <br>           Plaintiffs, )<br> )<br>v. )<br> )<br>AMERICAN VETERINARY MEDICAL )<br>ASSOCIATION (AVMA) AND ITS )<br>BRANCHES: EDUCATIONAL )<br>COMMISSION FOR FOREIGN )<br>VETERINARY GRADUATES (ECFVG) AND )<br>COUNCIL ON EDUCATION (COE), )<br> )<br>           Defendants. ) | Case No. 19 –cv--96-NJR-MAB |

## CERTIFICATE OF SERVICE

**To:**   Subhadra Gunawardana/ 4308 Marion Garden Lane, Florissant , MO 63034
Subhadra.gunawardana@wustl.edu
David Seely / 4308 Marion Garden Lane/ Florissant, MO 63034
David-seely@live.com

The undersigned, an attorney, first being duly sworn on oath deposes and states that a true and correct copy of a Defendant's Amended Answers to Plaintiffs' Requests for Admission in regard to the above captioned matter was served upon all parties of record on this 13th day of August, 2020, via electronic mail.

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ J. Hayes Ryan
   J. Hayes Ryan (#6274197)
   One North Franklin, Suite 800
   Chicago, Illinois 60606
   Phone: (312) 980-6768
   Fax: (312) 565-6511
   *Attorneys for Defendant American Veterinary Medical Association (AVMA)*