# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Subhadra Gunawardana and David Seely<br><br>    Plaintiffs,<br><br>vs.<br><br>American Veterinary Medical Association (AVMA), Educational Commission for Foreign Veterinary Graduates (ECFVG) and Council on Education (COE)<br><br>    Defendants. | Case No. 3:19-cv-00096-NJR |

## PLAINTIFFS' SECOND SET OF REQUESTS FOR ADMISSION TO DEFENDANTS

Pursuant to Rules 26(b) and 36 of the Federal Rules of Civil Procedure, Plaintiffs hereby submit the following Requests for Admission.

### GENERAL DEFINITIONS

The words "Plaintiff," "Plaintiffs," "Dr. Gunawardana", "Mr. Seely" and/or "we" mean the Plaintiffs, Subhadra Gunawardana and David Seely.

The words "Defendant," "Defendants", "you," and/or "your" include the AVMA and its branches ECFVG and COE, their agents, representatives, employees, subsidiaries, subcontractors or other entities acting, or purporting to act, on the AVMA's behalf.

The singular shall include the plural and vice versa; the terms "and" and "or" shall be both conjunctive and disjunctive; the term "including" shall mean "including without limitation."

Abbreviations used in these requests are defined as follows:

AVMA: American Veterinary Medical Association

AVMA COE: AVMA Council on Education

CPE: Clinical Proficiency Examination, the final step of the ECFVG certification

ECFVG: Educational Commission for Foreign Veterinary Graduates.

MOA: Manual of Administration

RFA: Request for Admission

## INSTRUCTIONS

Each matter is admitted unless, within thirty (30) days after service of the Requests, Defendants serve a written answer or objection addressed to the matter, signed by Defendants or their attorney.

If objection is made, the reasons therefore shall be stated. Any objection shall set forth in detail the reasons why Defendants cannot truthfully admit or deny the matter. A denial shall fairly meet the substance of the requested admission, and when good faith requires that Defendants qualify an answer or deny only a part of the matter of which an admission is requested, they shall specify so much of it as is true and qualify or deny the remainder.

If Defendants do not admit an item, they shall: (a) Produce to Plaintiffs all documents concerning the requested admission in their possession, custody or control; (b) State, with particularity, the factual basis upon which their response is based; and (c) Identify each and every person with knowledge of the requested admission.

These requests for admissions are continuing. Defendants shall promptly supply by way of supplemental responses any and all additional information that may become known prior to any hearing in or trial of this action.

## REQUESTS FOR ADMISSION

1. Admit that the ECFVG was established by the AVMA House of Delegates at request of state regulatory boards.

   **Answer:**

2. Admit that Dr. Gunawardana passed the Basic and Clinical Sciences Examination in April 2011.

   **Answer:**

3. Admit that Dr. Gunawardana passed six sections of the CPE according to the ECFVG's established criteria.

   **Answer:**

4. Admit that, according to the university transcripts on file with the AVMA, Dr. Gunawardana has a perfect academic record in her professional education in Sri Lanka and her graduate education in the USA.

   **Answer:**

5. Admit that the AVMA received an email from Dr. Gunawardana on October 11, 2016, with the subject line "*Urgent: Accommodation request for temporary disability*".

**Answer:**

6. Admit that the email referenced in RFA #5 contained the following statements: "*I am a CPE candidate scheduled to re-take 3 sections next week, starting Oct 17. My candidate number is 273624. Following sudden debilitating pain in my right wrist, yesterday I was diagnosed with osteoarthritis of the 1st carpometacarpal joint. Medical record attached. I am wearing a brace and taking NSAIDs, which control the pain to some extent. However, any activity with this hand can still cause a flare-up of pain. Since the exam involves many activities that require the use of both hands, this disability can easily compromise my performance. I am requesting the following accommodations if possible.*"

    **Answer:**

7. Admit that the email referenced in RFA #5 included a medical report from BarnesCare, St. Louis, Missouri, as a pdf attachment.

    **Answer:**

8. Admit that, according to the medical report referenced in RFA #7, Dr. Gunawardana had been diagnosed with "Unilateral primary osteoarthritis of first carpometacarpal joint, right hand" on October 10, 2016.

    **Answer:**

9. Admit that, on October 12, 2016, the AVMA responded to the email referenced in RFA #5.

    **Answer:**

10. Admit that the response referenced in RFA #9 contained the following statement: "*Our policy requires we receive these requests at least 90 days in advance. This allows the ECFVG to receive and review the materials properly before rendering a decision. For that reason your request is not accepted because it was not submitted per our policy and it is now 5 days from the CPE exam.*"

    **Answer:**

11. Admit that Step 1 of the ECFVG program is considered completed when the ECFVG receives direct verification and confirmation from the non-accredited veterinary school authorities that the candidate did, indeed, graduate at the school and in the year indicated on the candidate's registration form.

    **Answer:**

12. Admit that, regarding Dr. Gunawardana's ECFVG application, the verification and confirmation referred to in RFA #11 was provided by the non-accredited veterinary school authorities [Dean's Office, Faculty of Veterinary Medicine, University of Peradeniya] on October 7, 2009.

**Answer:**

13. Admit that, regarding Dr. Gunawardana's ECFVG application, the verification and confirmation process referred to in RFA #11 was completed by the ECFVG on October 19, 2009.

    **Answer:**

14. Admit that the ECFVG emailed Dr. Gunawardana in December 2012, requesting additional proof of graduation.

    **Answer:**

15. Admit that the ECFVG received a copy of Dr. Gunawardana's diploma in response to the request referred to in RFA #14.

    **Answer:**

16. Admit that the ECFVG emailed Dr. Gunawardana in January 2013, stating that the proof of graduation submitted was not adequate.

    **Answer:**

17. Admit that CPE examiners are required to follow the MOA issued for the year in which the exam is occurring.

   **Answer:**

18. Admit that the minimum clinical experience in anesthesia required of an examiner in the CPE anesthesia section is 2 years.

   **Answer:**

19. Admit that, during the CPE anesthesia section in November 2017 in Las Vegas, Nevada, Dr. Jon Pennell was shadowing Dr. Andrew Claude as an observer.

   **Answer:**

20. Admit that at the time Dr. Jon Pennell attended the CPE anesthesia section in November 2017 in Las Vegas, Nevada, Dr. Pennell had no prior experience as a CPE anesthesia examiner.

   **Answer:**

21. Admit that Dr. Andrew Claude was the primary examiner in the CPE anesthesia sections taken by Dr. Gunawardana in September 2015 and November 2017.

   **Answer:**

22. Admit that Dr. Andrew Claude did not serve as an examiner for Dr. Gunawardana in the CPE anesthesia section in October 2016.

    **Answer:**

23. Admit that, in both CPE anesthesia sections referenced in RFA #21 [2015 and 2017], Dr. Gunawardana received fatal flaws for allegedly failing to complete the tasks related to endotracheal intubation within the 5-minute time limit.

    **Answer:**

24. Admit that, in the CPE anesthesia section referenced in RFA #22 [2016], Dr. Gunawardana completed the tasks related to endotracheal intubation within the 5-minute time limit.

    **Answer:**

25. Admit that, as part of the Petition for Review submitted by Dr. Gunawardana, AVMA received a video link demonstrating Dr. Gunawardana completing the tasks related to endotracheal intubation within 5 minutes.

    **Answer:**

26. Admit that page 23 of the 2017 anesthesia MOA states: "*The 5 minute limit will start once the induction agent is given. Within this limit, you must administer an appropriate amount of*

*induction drug to allow endotracheal intubation, secure and check the endotracheal tube, appropriately inflate the cuff, and connect the endotracheal tube to the anesthetic breathing machine.*"

**Answer:**

27. Admit that page 29 of the 2017 anesthesia MOA states: "*Candidate will be required to complete the following within 5 minutes of initial administration of induction agent: intubate the patient, inflate cuff appropriately and secure endotracheal tube; failure to do is a fatal flaw.*"

    **Answer:**

28. Admit that the examiner's notes in the CPE anesthesia section taken by Dr. Gunawardana in November 2017 state: "*Fatal flow. Candidate failed to secure the endotracheal tube & leak check the endotracheal tube cuff w/in 5 min time limit.*"

    **Answer:**

29. Admit that "leak checking the endotracheal tube cuff" is not one of the tasks required within the 5-minute period in the 2017 Anesthesia MOA.

    **Answer:**

30. Admit that the Examiners Training Manual instructs examiners to "*refrain from expecting or requiring descriptions or actions beyond the standard rubrics.*"

    **Answer:**

31. Admit that the Extended score report provided to Dr. Gunawardana following the CPE anesthesia section in 2017 states: "*the candidate failed to secure endotracheal tube and inflate the cuff appropriately within the time allotted after induction of anesthesia and received a fatal flaw.*"

    **Answer**:

32. Admit that, in December 2017, the AVMA refused to release any material from the CPE anesthesia section to Dr. Gunawardana, stating that "*The extended score report is the only feedback available to candidates*".

    **Answer**:

33. Admit that CPE examiners are required to have familiarity with the MOA description of test administration and scoring rubrics for their CPE section, as well as the information within the general section of the MOA.

    **Answer**

34. Admit that CPE Examiners' Training states that "*a candidate's score should not vary based on where CPE is taken nor who is the evaluator*".

    **Answer:**


35. Admit that, in the CPE anesthesia section taken by Dr. Gunawardana in September 2015, the master assessment sheet does not contain the **name** of a secondary examiner.

    **Answer:**


September 30, 2020

                                      Respectfully Submitted,
/s/Dr. Subhadra Gunawardana
/s/David Seely, With Consent
Plaintiffs,
4308 Marion Garden Ln
Florissant, MO 63034
615-674-8461; 615-423-8851
subhadra.gunawardana@wustl.edu
david-seely@live.com


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing document was forwarded to all parties by way of electronic filing on the Court's ECF notice list on September 30, 2020.

                                      /s/Dr. Subhadra Gunawardana
/s/David Seely, With Consent