# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Subhadra Gunawardana and David Seely <br><br> Plaintiffs, <br><br> v. <br><br> American Veterinary Medical Association (AVMA), Educational Commission for Foreign Veterinary Graduates (ECFVG) and Council on Education (COE) <br><br> Defendants. | Case No. 3:19-cv-00096-NJR |

## NOTICE OF TELEPHONE NUMBER CHANGE

This is to provide notice that, effective October 18, 2020, the telephone number for Plaintiff Subhadra Gunawardana has been changed. The new number is: (314) 764-1520.

Respectfully submitted,
/s/Dr. Subhadra Gunawardana
/s/David Seely, With Consent
Plaintiffs
4308 Marion Garden Ln
Florissant, MO 63034
314-764-1520; 615-423-8851
subhadra.gunawardana@wustl.edu
david-seely@live.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing document was forwarded to all parties by way of electronic filing on the Court's ECF notice list, on November 05, 2020.

/s/Dr. Subhadra Gunawardana
/s/David Seely, With Consent
