# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

Subhadra Gunawardana and David Seely )
)
Plaintiffs, )
)
v. ) Case No. 3:19-cv-00096-NJR
)
American Veterinary Medical Association )
(AVMA), Educational Commission for Foreign )
Veterinary Graduates (ECFVG) and Council on )
Education (COE) )
)
)
Defendants. )

## SECOND MOTION TO AMEND COMPLAINT

Pursuant to FRCP 15(a), Plaintiffs respectfully request the Court's leave to amend the complaint for the second time. As instructed in Local rule 15.1, the proposed document is submitted to the presiding judge via email, as a Word file with all new material underlined.

Based on documents produced by Defendant after the filing of the First Amended Complaint, the proposed amendment adds the claim of Breach of Contract to Count I, and adds new facts to support all counts. Further, to address several issues raised during the Plaintiffs' depositions, the amendment also clarifies and revises the sections of Factual Background, Counts III, V, VIII and IX, and Relief.

The new evidence that prompted this amendment was received over a 7-month period from January 13, 2020 through August 27, 2020 [Court's Order dated 07/22/2020; Joint report on discovery compliance, submitted 09/15/2020], and the depositions occurred on September 23 and 24, 2020. To verify several key facts from the new information, Plaintiffs served a second set of Requests for Admissions on September 30, 2020, the responses to which were received on October

1

30, 2020. An Answer to the Original Complaint or the First Amended Complaint has not been filed yet. Plaintiffs believe the aforementioned facts constitute good cause for amendment under FRCP 15(a). *Brown v. Bank One Corporation*, No. 01 C 4698 (N.D. Ill. Nov. 20, 2002).

Wherefore, Plaintiffs pray this Honorable Court for leave to amend the Complaint.

Respectfully submitted,
/s/Dr. Subhadra Gunawardana
/s/David Seely, With Consent
Plaintiffs
4308 Marion Garden Ln
Florissant, MO 63034
314-764-1520; 615-423-8851
subhadra.gunawardana@wustl.edu
david-seely@live.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing document was forwarded to all parties by way of electronic filing on the Court's ECF notice list, on November 05, 2020.

/s/Dr. Subhadra Gunawardana
/s/David Seely, With Consent

2