

## Gunawardana et al. v. AVMA et al. Defendants' Deposition

Gunawardana, Subhadra <subhadra.gunawardana@wustl.edu>

Sun 12/6/2020 7:43 PM

**To:** Marissa Dellacroce <mdellacroce@grsm.com>; Hayes Ryan <hayesryan@grsm.com>
**Cc:** David Seely <david-seely@live.com>

1 attachments (18 KB)
Amended Notice of Deposition-AVMA.pdf;

Ms. Dellacroce and Mr. Ryan,

The main defense witness we wish to depose is Dr. Andrew Claude. In a good faith effort to accommodate all parties, we provided the witness with six potential dates and ample notice, with copies to you. However, Dr. Claude has declined to appear for the deposition. Therefore we are sending an Amended Notice of Deposition to Defendant, to produce either Dr. Claude or someone with equal personal knowledge on the matters specified therein.

Thank you,
Suba and David

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Subhadra Gunawardana and David Seely | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 3:19-cv-00096-NJR |
| American Veterinary Medical Association (AVMA), Educational Commission for Foreign Veterinary Graduates (ECFVG) and Council on Education (COE) | ) |
| Defendants. | ) |

## NOTICE OF DEPOSITION

**TO:** American Veterinary Medical Association (AVMA), Educational Commission for Foreign Veterinary Graduates (ECFVG) and Council on Education (COE)
1931 North Meacham Road, Suite 100
Schaumburg, IL 60173-4360.


**PLEASE TAKE NOTICE** that, starting at 10 am on January 04, 2021, the undersigned will take the deposition by oral examination of:

Dr. Andrew Claude, Primary Examiner of Anesthesia in the ECFVG Clinical Proficiency Examinations administered in 2015 and 2017, as an officer, director or managing agent of the ECFVG for the purposes of discovery in specific matters under dispute in the instant action, under Federal Rules of Civil Procedure 30(b)(1),

Or, in the alternative,

One or more officers, directors, managing agents, and/or other persons who have sufficient personal knowledge on the following matters, and are able and willing to disclose such knowledge without violating any privilege, designated by the ECFVG to testify on its behalf under Federal Rules of Civil Procedure 30(b)(6):

1. The ECFVG Clinical Proficiency Examination (CPE)
2. Functions and obligations of examiners in the CPE in general
3. Functions and obligations of CPE anesthesia examiners in particular
4. Standards of evaluation for candidates of the CPE
5. Standards of evaluation for students graduating from an AVMA accredited veterinary education program

6. Veterinary anesthesia techniques commonly used on companion animal patients
7. Firsthand knowledge and experience on 20 or more CPE anesthesia sections administered from 2015 through 2018
8. Firsthand knowledge on the CPE anesthesia sections administered on November 13-15, 2017 at WVC, Las Vegas, Nevada
9. Firsthand knowledge on the CPE anesthesia sections taken by Dr. Gunawardana in September 2015 and November 2017
10. Firsthand knowledge of the specific events during the CPE anesthesia exam taken by Dr. Gunawardana in November 2017, being disputed by Plaintiff in the instant action.

The deposition will be conducted by remote video conference before an officer authorized by law to administer oaths, and recorded via stenographic and/or audiovisual means. The deposition will be used for the purposes of discovery, evidence, trial and/or any other purposes permitted by the Federal Rules of Civil Procedure.

December 6, 2020

Respectfully Submitted,
/s/Dr. Subhadra Gunawardana
/s/David Seely, With Consent
Plaintiffs
4308 Marion Garden Ln
Florissant, MO 63034
314-764-1520; 615-423-8851
subhadra.gunawardana@wustl.edu
david-seely@live.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing document was forwarded to all parties via electronic mail on December 6, 2020.

/s/Dr. Subhadra Gunawardana
/s/David Seely, With Consent