

PLAINTIFF'S EXHIBIT 2

RE: Gunawardana et al. v. AVMA et al. Defendants' Deposition

Hayes Ryan <hayesryan@grsm.com>

Mon 12/14/2020 11:50 AM

**To:** Gunawardana, Subhadra <subhadra.gunawardana@wustl.edu>
**Cc:** David Seely <david-seely@live.com>; Marissa Dellacroce <mdellacroce@grsm.com>

* External Email - Caution *

Suba- we will provide the name of the 30(b)(6) witness shortly.  This should eliminate the need for a call.

Thanks,

Hayes

---

**HAYES RYAN**  |  Partner

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE PARTNER®**

One North Franklin, Suite 800
Chicago, IL 60606
D: 312-980-6768  |  C: 312-371-8611  |  hayesryan@grsm.com

www.grsm.com
vCard  |  Bio

---

**From:** Gunawardana, Subhadra <subhadra.gunawardana@wustl.edu>
**Sent:** Sunday, December 13, 2020 6:36 PM
**To:** Hayes Ryan <hayesryan@grsm.com>
**Cc:** David Seely <david-seely@live.com>; Marissa Dellacroce <mdellacroce@grsm.com>
**Subject:** Re: Gunawardana et al. v. AVMA et al. Defendants' Deposition

Unfortunately I have work late into the evening on Wednesday.  I can make time 9-10 am if that would work. (Also available 11 am -3 pm Monday and Tuesday).

Thanks,
Suba

---

**From:** Hayes Ryan <hayesryan@grsm.com>
**Sent:** Sunday, December 13, 2020 1:18 PM
**To:** Gunawardana, Subhadra <subhadra.gunawardana@wustl.edu>
**Cc:** David Seely <david-seely@live.com>; Marissa Dellacroce <mdellacroce@grsm.com>
**Subject:** RE: Gunawardana et al. v. AVMA et al. Defendants' Deposition

* External Email - Caution *

Suba-

How about Wednesday at 4 pm?

Thanks,

Hayes

---

**HAYES RYAN**  |  Partner

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE PARTNER®**

One North Franklin, Suite 800
Chicago, IL 60606
D: 312-980-6768   |   C: 312-371-8611   |   hayesryan@grsm.com

www.grsm.com
vCard   |   Bio

**From:** Gunawardana, Subhadra <subhadra.gunawardana@wustl.edu>
**Sent:** Thursday, December 10, 2020 11:35 PM
**To:** Hayes Ryan <hayesryan@grsm.com>
**Cc:** David Seely <david-seely@live.com>; Marissa Dellacroce <mdellacroce@grsm.com>
**Subject:** Re: Gunawardana et al. v. AVMA et al. Defendants' Deposition

Mr. Ryan,

Dr. Claude is a managing agent of the AVMA regarding specific matters in dispute in this case, considering that his written opinion is the sole basis of the adverse actions taken by the ECFVG.  See *Schindler Elevator Corp. v. Otis Elevator Company,* 06 Civ. 5377 (CM) (THK) (S.D.N.Y. June 15, 2007)

You have the option of producing Dr. Claude under rule 30(b)(1) or another representative under rule 30(b)(6), and the obligation to produce one or the other. If you choose the latter, please let us know who would be testifying so we can arrange the deposition accordingly.

We are available to talk 1-3 pm Tuesday.

Thank you,
Suba and David

**From:** Hayes Ryan <hayesryan@grsm.com>
**Sent:** Thursday, December 10, 2020 12:15 PM
**To:** Gunawardana, Subhadra <subhadra.gunawardana@wustl.edu>
**Cc:** David Seely <david-seely@live.com>; Marissa Dellacroce <mdellacroce@grsm.com>
**Subject:** RE: Gunawardana et al. v. AVMA et al. Defendants' Deposition

* External Email - Caution *

Dr. Gunawardana,

As you know, Dr. Claude is a CPE examiner. Examiners are not employed by AVMA as they are independent contractors of the CPE testing site. We do not represent Dr. Claude. As such, Dr. Claude is not under AVMA's control and we cannot produce him for his deposition pursuant to your Amended Notice of Deposition. *See Spina v. Forest Pres. of Cook Cty*., No. 98 C 1393, 2001 WL 893842, at *2 (N.D. Ill. Aug. 7, 2001) ("Defendants do not have an obligation to produce individuals for deposition that are not a party to the suit and who are not represented by defendants.").

We are available Tuesday or Wednesday afternoon to discuss as warranted.

Sincerely,

Hayes

Ex. 2

**HAYES RYAN** | Partner

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE PARTNER®**

One North Franklin, Suite 800
Chicago, IL 60606
D: 312-980-6768 | C: 312-371-8611 | hayesryan@grsm.com

www.grsm.com
vCard | Bio

**From:** Gunawardana, Subhadra <subhadra.gunawardana@wustl.edu>
**Sent:** Sunday, December 6, 2020 7:44 PM
**To:** Marissa Dellacroce <mdellacroce@grsm.com>; Hayes Ryan <hayesryan@grsm.com>
**Cc:** David Seely <david-seely@live.com>
**Subject:** Gunawardana et al. v. AVMA et al. Defendants' Deposition

Ms. Dellacroce and Mr. Ryan,

The main defense witness we wish to depose is Dr. Andrew Claude. In a good faith effort to accommodate all parties, we provided the witness with six potential dates and ample notice, with copies to you. However, Dr. Claude has declined to appear for the deposition. Therefore we are sending an Amended Notice of Deposition to Defendant, to produce either Dr. Claude or someone with equal personal knowledge on the matters specified therein.

Thank you,
Suba and David

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

GORDON REES SCULLY MANSUKHANI, LLP
YOUR 50 STATE PARTNER®
http://www.grsm.com