

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Subhadra Gunawardana and David Seely, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) Case No.:  3:19-cv-00096-NJR-MAB |
| American Veterinary Medical Association (AVMA), | ) |
| and its branches:  Educational Commission of | ) Judge Nancy Rosenstengel |
| Foreign Veterinary Graduates (ECFVG), and Council | ) |
| on Education (COE), | ) Magistrate Judge Mark A. Beatty |
| | ) |
| Defendant. | ) |

## NOTICE OF DEPOSITION

TO:    Subhadra Gunawardana/ 4308 Marion Garden Lane, Florissant, MO 63034
       Subhadra.gunawardana@wustl.edu
       David Seely / 4308 Marion Garden Lane/ Florissant, MO 63034
       David-seely@live.com

   **PLEASE TAKE NOTICE** that pursuant to the Illinois Code of Civil Procedure and the rules of the Supreme Court of the State of Illinois, the undersigned will take the discovery deposition of the below-named deponent before a Notary Public or other duly authorized officer via Microsoft Teams:

| **DEPONENT** | **DATE** | **TIME** |
|---|---|---|
| Judith Coman | January 6, 2021 | 10 a.m. |

Dated:  December 17, 2020          Respectfully submitted,

                                  By:  /s/ J. Hayes Ryan
                                       J. Hayes Ryan, 6274197
                                       Marissa Dellacroce, 6320523
                                       Gordon Rees Scully Mansukhani, LLP
                                       One North Franklin, Suite 800
                                       Chicago, IL 60606
                                       Ph:  312-565-1400
                                       Fax:  312-565-6511
                                       hayesryan@grsm.com
                                       mdellacroce@grsm.com
                                       *Attorneys for Defendant, American
                                       Veterinary Medical Association*

## <u>CERTIFICATE OF SERVICE</u>

**To:**    Subhadra Gunawardana/ 4308 Marion Garden Lane, Florissant , MO 63034
        Subhadra.gunawardana@wustl.edu
        David Seely / 4308 Marion Garden Lane/ Florissant, MO 63034
        David-seely@live.com

        The undersigned, an attorney, first being duly sworn on oath deposes and states that a true and correct copy of a Notice of Depositions of Judith Coman  was served upon all parties of record on this 17th day of December, 2020, via electronic mail.

        Respectfully submitted,

        GORDON REES SCULLY MANSUKHANI, LLP

    By: /s/ J. Hayes Ryan
        J. Hayes Ryan (#6274197)
        One North Franklin, Suite 800
        Chicago, Illinois 60606
        Phone: (312) 980-6768
        Fax: (312) 565-6511
        *Attorneys for Defendant American Veterinary Medical Association (AVMA)*

RE: Gunawardana et al. v. AVMA et al. Defendants' Deposition

**Hayes Ryan** <hayesryan@grsm.com>
Thu 12/17/2020 12:06 PM
**To:** Gunawardana, Subhadra <subhadra.gunawardana@wustl.edu>
**Cc:** David Seely <david-seely@live.com>; Marissa Dellacroce <mdellacroce@grsm.com>

📎 1 attachments (81 KB)
NOD for Judith Coman 1.6.2021(55466427.1).pdf;

| * External Email - Caution * |
| --- |

Suba-

The witness is available December 30 and 31 as well as January 5 & 6.  Each of these days she is available at 10 am.  Therefore, we do not agree to any extension of the current Court deadlines and will object to the same.  As a result, we plan on proceeding with the attached notice of deposition unless we hear from you otherwise on these other dates.

Sincerely,

Hayes

_____

**HAYES RYAN**  |  Partner

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE PARTNER®**

One North Franklin, Suite 800
Chicago, IL 60606
D: 312-980-6768  |  C: 312-371-8611  |  hayesryan@grsm.com

www.grsm.com
vCard  |  Bio

---

**From:** Gunawardana, Subhadra <subhadra.gunawardana@wustl.edu>
**Sent:** Thursday, December 17, 2020 11:57 AM
**To:** Hayes Ryan <hayesryan@grsm.com>
**Cc:** David Seely <david-seely@live.com>; Marissa Dellacroce <mdellacroce@grsm.com>
**Subject:** Re: Gunawardana et al. v. AVMA et al. Defendants' Deposition

Hayes,

The noticed date is January 4 (which is far from unilateral considering the time we spent discussing the deposition after the notice.)

Now that the parties are at an impasse, we will file our own motion to extend deadlines and re-notice the deposition based on the ruling.

Thanks,
Suba

---

**From:** Hayes Ryan <hayesryan@grsm.com>
**Sent:** Thursday, December 17, 2020 8:24 AM
**To:** Gunawardana, Subhadra <subhadra.gunawardana@wustl.edu>
**Cc:** David Seely <david-seely@live.com>; Marissa Dellacroce <mdellacroce@grsm.com>
**Subject:** RE: Gunawardana et al. v. AVMA et al. Defendants' Deposition

| * External Email - Caution * |
| --- |

Suba- the witness is unavailable on January 4, which is the date that you attempted to unilaterally set the deposition.  We do not believe there is an issue for January 6 at 10 am other than that is the last date for discovery.  We do not anticipate any issues.  If there is an issue, we can advise the Court at that time of any type of emergency that caused the deposition to be in jeopardy on that date.  The

same would likely be true if we were going to do the deposition on January 5 or January 3.  So again, the witness and counsel are available on January 6.

We must proceed with Judith Coman being the witness due to the fact that she is the most knowledgeable person at AVMA for the list of 10 subject areas that you sent.

Please confirm January 6 at 10 am.

Sincerely,

Hayes

_____

**HAYES RYAN**  |  Partner

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE PARTNER®**

One North Franklin, Suite 800
Chicago, IL 60606
D: 312-980-6768  |  C: 312-371-8611  |  hayesryan@grsm.com

www.grsm.com
vCard  |  Bio

---

**From:** Gunawardana, Subhadra <subhadra.gunawardana@wustl.edu>
**Sent:** Wednesday, December 16, 2020 10:26 PM
**To:** Hayes Ryan <hayesryan@grsm.com>
**Cc:** David Seely <david-seely@live.com>; Marissa Dellacroce <mdellacroce@grsm.com>
**Subject:** Re: Gunawardana et al. v. AVMA et al. Defendants' Deposition

Hayes,
1.  Considering that we first emailed you regarding this deposition on 11/19, served the original notice of deposition on 11/26 and the amended notice on 12/6, there was plenty of time to discuss dates earlier. (When Plaintiffs' depositions were noticed we responded the same day to discuss dates.)
2.  Rule 30(b)(6) does not require production of a specific person. AVMA should have many representatives knowledgeable of the listed matters, which are part of their day-to-day business. They can always produce another qualified witness/s for the noticed date.
3.  We do not want to conduct the deposition on the day of discovery deadline, since it allows no time to make adjustments if anything goes wrong.
4.  If you absolutely cannot do it on Jan 4, we suggest filing a joint motion to extend trial deadlines by Monday Dec 21.
Thanks,
Suba

---

**From:** Hayes Ryan <hayesryan@grsm.com>
**Sent:** Wednesday, December 16, 2020 10:40 AM
**To:** Gunawardana, Subhadra <subhadra.gunawardana@wustl.edu>
**Cc:** David Seely <david-seely@live.com>; Marissa Dellacroce <mdellacroce@grsm.com>
**Subject:** RE: Gunawardana et al. v. AVMA et al. Defendants' Deposition

* External Email - Caution *

Suba-

The witness is unavailable on your unilateral date of January 4.  Perhaps you should not have been dilatory in your request. Scheduling the Court reporting service is simple phone call and they will be available on January 6.  We can start at 10 am on January.  The witness name is Judith Colman.

Sincerely,

Hayes

_____

**HAYES RYAN** | Partner

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE PARTNER®**

One North Franklin, Suite 800
Chicago, IL 60606
D: 312-980-6768  |  C: 312-371-8611  |  hayesryan@grsm.com

www.grsm.com
vCard  |  Bio

---

**From:** Gunawardana, Subhadra <subhadra.gunawardana@wustl.edu>
**Sent:** Wednesday, December 16, 2020 9:37 AM
**To:** Hayes Ryan <hayesryan@grsm.com>
**Cc:** David Seely <david-seely@live.com>; Marissa Dellacroce <mdellacroce@grsm.com>
**Subject:** Re: Gunawardana et al. v. AVMA et al. Defendants' Deposition

Hayes,

January 6 at 1 pm would not work due to several reasons:
-The reporting service is already booked for the 4th.
-1 pm allows only 4 hours, which is not enough.
-We noticed the deposition to *start* at 10 am on Jan 4, so we could cover everything in 7 hours if possible, but would also allow more time for additional Rule 30(b)(6) witnesses were it to become necessary. (A single witness may not have knowledge of all the topics listed). Starting a few hours before discovery cutoff would defeat that purpose.
-Regardless of whether your firm represents Dr. Claude, he is an agent of the AVMA for this matter.
-We had provided ample notice so you could have discussed dates earlier.

Therefore, we cannot agree to a change in date and time.

Thanks,
Suba

---

**From:** Hayes Ryan <hayesryan@grsm.com>
**Sent:** Wednesday, December 16, 2020 8:31 AM
**To:** Gunawardana, Subhadra <subhadra.gunawardana@wustl.edu>
**Cc:** David Seely <david-seely@live.com>; Marissa Dellacroce <mdellacroce@grsm.com>
**Subject:** RE: Gunawardana et al. v. AVMA et al. Defendants' Deposition

* External Email - Caution *

Suba-

We will produce our Rule 30(b)(6) witness on January 6 at 1 pm.  We presume you will arrange for a Court reporter and video service.  The deponent's name will follow shortly.

Our firm does not presently represent Dr. Claude and to the extent Plaintiffs seek a deposition of Dr. Claude, this is for you to follow the Federal Code of Civil Procedure.  Therefore, there is no need for any additional meet & confer.

Sincerely,

Hayes

---

**HAYES RYAN** | Partner

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE PARTNER®**

One North Franklin, Suite 800

Chicago, IL 60606
D: 312-980-6768  |  C: 312-371-8611  |  hayesryan@grsm.com

www.grsm.com
vCard  |  Bio

---

**From:** Gunawardana, Subhadra <subhadra.gunawardana@wustl.edu>
**Sent:** Sunday, December 13, 2020 6:36 PM
**To:** Hayes Ryan <hayesryan@grsm.com>
**Cc:** David Seely <david-seely@live.com>; Marissa Dellacroce <mdellacroce@grsm.com>
**Subject:** Re: Gunawardana et al. v. AVMA et al. Defendants' Deposition

Unfortunately I have work late into the evening on Wednesday.  I can make time 9-10 am if that would work. (Also available 11 am -3 pm Monday and Tuesday).

Thanks,
Suba

---

**From:** Hayes Ryan <hayesryan@grsm.com>
**Sent:** Sunday, December 13, 2020 1:18 PM
**To:** Gunawardana, Subhadra <subhadra.gunawardana@wustl.edu>
**Cc:** David Seely <david-seely@live.com>; Marissa Dellacroce <mdellacroce@grsm.com>
**Subject:** RE: Gunawardana et al. v. AVMA et al. Defendants' Deposition

> * External Email - Caution *

Suba-

How about Wednesday at 4 pm?

Thanks,

Hayes

---

**HAYES RYAN**  |  Partner

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE PARTNER®**

One North Franklin, Suite 800
Chicago, IL 60606
D: 312-980-6768  |  C: 312-371-8611  |  hayesryan@grsm.com

www.grsm.com
vCard  |  Bio

---

**From:** Gunawardana, Subhadra <subhadra.gunawardana@wustl.edu>
**Sent:** Thursday, December 10, 2020 11:35 PM
**To:** Hayes Ryan <hayesryan@grsm.com>
**Cc:** David Seely <david-seely@live.com>; Marissa Dellacroce <mdellacroce@grsm.com>
**Subject:** Re: Gunawardana et al. v. AVMA et al. Defendants' Deposition

Mr. Ryan,

Dr. Claude is a managing agent of the AVMA regarding specific matters in dispute in this case, considering that his written opinion is the sole basis of the adverse actions taken by the ECFVG.  See *Schindler Elevator Corp. v. Otis Elevator Company,* 06 Civ. 5377 (CM) (THK) (S.D.N.Y. June 15, 2007)

Ex. 3

You have the option of producing Dr. Claude under rule 30(b)(1) or another representative under rule 30(b)(6), and the obligation to produce one or the other. If you choose the latter, please let us know who would be testifying so we can arrange the deposition accordingly.

We are available to talk 1-3 pm Tuesday.

Thank you,
Suba and David

---

**From:** Hayes Ryan <hayesryan@grsm.com>
**Sent:** Thursday, December 10, 2020 12:15 PM
**To:** Gunawardana, Subhadra <subhadra.gunawardana@wustl.edu>
**Cc:** David Seely <david-seely@live.com>; Marissa Dellacroce <mdellacroce@grsm.com>
**Subject:** RE: Gunawardana et al. v. AVMA et al. Defendants' Deposition

> * External Email - Caution *

Dr. Gunawardana,

As you know, Dr. Claude is a CPE examiner. Examiners are not employed by AVMA as they are independent contractors of the CPE testing site. We do not represent Dr. Claude. As such, Dr. Claude is not under AVMA's control and we cannot produce him for his deposition pursuant to your Amended Notice of Deposition. *See Spina v. Forest Pres. of Cook Cty.*, No. 98 C 1393, 2001 WL 893842, at *2 (N.D. Ill. Aug. 7, 2001) ("Defendants do not have an obligation to produce individuals for deposition that are not a party to the suit who and who are not represented by defendants.").

We are available Tuesday or Wednesday afternoon to discuss as warranted.

Sincerely,

Hayes

---

**HAYES RYAN**  |  Partner

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE PARTNER®**

One North Franklin, Suite 800
Chicago, IL 60606
D: 312-980-6768  |  C: 312-371-8611  |  hayesryan@grsm.com

www.grsm.com
vCard  |  Bio

---

**From:** Gunawardana, Subhadra <subhadra.gunawardana@wustl.edu>
**Sent:** Sunday, December 6, 2020 7:44 PM
**To:** Marissa Dellacroce <mdellacroce@grsm.com>; Hayes Ryan <hayesryan@grsm.com>
**Cc:** David Seely <david-seely@live.com>
**Subject:** Gunawardana et al. v. AVMA et al. Defendants' Deposition

Ms. Dellacroce and Mr. Ryan,

The main defense witness we wish to depose is Dr. Andrew Claude. In a good faith effort to accommodate all parties, we provided the witness with six potential dates and ample notice, with copies to you. However, Dr. Claude has declined to appear for the deposition. Therefore we are sending an Amended Notice of Deposition to Defendant, to produce either Dr. Claude or someone with equal personal knowledge on the matters specified therein.

Thank you,
Suba and David

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**

**YOUR 50 STATE PARTNER®**

http://www.grsm.com