**PLAINTIFF'S EXHIBIT 4**

### RE: Gunawardana et al. v. AVMA et al. Defendants' Deposition

**Hayes Ryan** <hayesryan@grsm.com>

Thu 12/17/2020 4:46 PM

**To:** Gunawardana, Subhadra <subhadra.gunawardana@wustl.edu>
**Cc:** David Seely <david-seely@live.com>; Marissa Dellacroce <mdellacroce@grsm.com>

* External Email - Caution *

Suba- we will object to any such motion.

Thanks,

Hayes

---

**HAYES RYAN** | Partner

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE PARTNER®**

One North Franklin, Suite 800
Chicago, IL 60606
D: 312-980-6768 | C: 312-371-8611 | hayesryan@grsm.com

www.grsm.com
vCard | Bio

---

**From:** Gunawardana, Subhadra <subhadra.gunawardana@wustl.edu>
**Sent:** Thursday, December 17, 2020 4:43 PM
**To:** Hayes Ryan <hayesryan@grsm.com>
**Cc:** David Seely <david-seely@live.com>; Marissa Dellacroce <mdellacroce@grsm.com>
**Subject:** Re: Gunawardana et al. v. AVMA et al. Defendants' Deposition

As I stated before: Since we cannot agree on a date, the only remaining option is to request an extension and re-notice the depositions.  -Suba

---

**From:** Hayes Ryan <hayesryan@grsm.com>
**Sent:** Thursday, December 17, 2020 3:23 PM
**To:** Gunawardana, Subhadra <subhadra.gunawardana@wustl.edu>
**Cc:** David Seely <david-seely@live.com>; Marissa Dellacroce <mdellacroce@grsm.com>
**Subject:** RE: Gunawardana et al. v. AVMA et al. Defendants' Deposition

* External Email - Caution *

Suba- please stop playing games.  What day are we going to do this deposition?  January 4 does not work for the witness.  We provided a number of alternatives.

Hayes

**From:** Gunawardana, Subhadra <subhadra.gunawardana@wustl.edu>
**Sent:** Thursday, December 17, 2020 3:17 PM
**To:** Hayes Ryan <hayesryan@grsm.com>
**Cc:** David Seely <david-seely@live.com>; Marissa Dellacroce <mdellacroce@grsm.com>
**Subject:** Re: Gunawardana et al. v. AVMA et al. Defendants' Deposition

Hayes,

This notice states that you, Defense Counsel, would depose Dr. Coman on January 6 (I assume at Defendant's expense). This additional deposition notice does not supersede our previously noticed Defendant's deposition for January 4.

Regarding our previously noticed deposition: Your email on Dec 14 (after some discussion) constitutes acceptance of the stated terms. If Jan 4 was unacceptable and Dec 30 & 31 were available, the time to discuss that was *before* Dec 14. At this time it is too late for us to change things back to December. January 5 and 6 are unacceptable as stated before.


Sincerely,
Suba

---

**From:** Hayes Ryan <hayesryan@grsm.com>
**Sent:** Thursday, December 17, 2020 12:05 PM
**To:** Gunawardana, Subhadra <subhadra.gunawardana@wustl.edu>
**Cc:** David Seely <david-seely@live.com>; Marissa Dellacroce <mdellacroce@grsm.com>
**Subject:** RE: Gunawardana et al. v. AVMA et al. Defendants' Deposition

* External Email - Caution *

Suba-

The witness is available December 30 and 31 as well as January 5 & 6. Each of these days she is available at 10 am. Therefore, we do not agree to any extension of the current Court deadlines and will object to the same. As a result, we plan on proceeding with the attached notice of deposition unless we hear from you otherwise on these other dates.

Sincerely,

Hayes

---

**HAYES RYAN** | Partner

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE PARTNER®**

One North Franklin, Suite 800
Chicago, IL 60606
D: 312-980-6768  |  C: 312-371-8611  |  hayesryan@grsm.com

www.grsm.com
vCard  |  Bio

---

> **From:** Gunawardana, Subhadra <subhadra.gunawardana@wustl.edu>
> **Sent:** Thursday, December 17, 2020 11:57 AM
> **To:** Hayes Ryan <hayesryan@grsm.com>
> **Cc:** David Seely <david-seely@live.com>; Marissa Dellacroce <mdellacroce@grsm.com>
> **Subject:** Re: Gunawardana et al. v. AVMA et al. Defendants' Deposition
>
> Hayes,

2

The noticed date is January 4 (which is far from unilateral considering the time we spent discussing the deposition after the notice.)

Now that the parties are at an impasse, we will file our own motion to extend deadlines and re-notice the deposition based on the ruling.

Thanks,
Suba

---

**From:** Hayes Ryan <hayesryan@grsm.com>
**Sent:** Thursday, December 17, 2020 8:24 AM
**To:** Gunawardana, Subhadra <subhadra.gunawardana@wustl.edu>
**Cc:** David Seely <david-seely@live.com>; Marissa Dellacroce <mdellacroce@grsm.com>
**Subject:** RE: Gunawardana et al. v. AVMA et al. Defendants' Deposition

* External Email - Caution *

Suba- the witness is unavailable on January 4, which is the date that you attempted to unilaterally set the deposition. We do not believe there is an issue for January 6 at 10 am other than that is the last date for discovery. We do not anticipate any issues. If there is an issue, we can advise the Court at that time of any type of emergency that caused the deposition to be in jeopardy on that date. The same would likely be true if we were going to do the deposition on January 5 or January 3. So again, the witness and counsel are available on January 6.

We must proceed with Judith Coman being the witness due to the fact that she is the most knowledgeable person at AVMA for the list of 10 subject areas that you sent.

Please confirm January 6 at 10 am.

Sincerely,

Hayes

---

**HAYES RYAN** | Partner

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE PARTNER®**

One North Franklin, Suite 800
Chicago, IL 60606
D: 312-980-6768 | C: 312-371-8611 | hayesryan@grsm.com

www.grsm.com
vCard | Bio

---

**From:** Gunawardana, Subhadra <subhadra.gunawardana@wustl.edu>
**Sent:** Wednesday, December 16, 2020 10:26 PM
**To:** Hayes Ryan <hayesryan@grsm.com>
**Cc:** David Seely <david-seely@live.com>; Marissa Dellacroce <mdellacroce@grsm.com>
**Subject:** Re: Gunawardana et al. v. AVMA et al. Defendants' Deposition

Hayes,

Ex. 4

1. Considering that we first emailed you regarding this deposition on 11/19, served the original notice of deposition on 11/26 and the amended notice on 12/6, there was plenty of time to discuss dates earlier. (When Plaintiffs' depositions were noticed we responded the same day to discuss dates.)
2. Rule 30(b)(6) does not require production of a specific person. AVMA should have many representatives knowledgeable of the listed matters, which are part of their day-to-day business. They can always produce another qualified witness/s for the noticed date.
3. We do not want to conduct the deposition on the day of discovery deadline, since it allows no time to make adjustments if anything goes wrong.
4. If you absolutely cannot do it on Jan 4, we suggest filing a joint motion to extend trial deadlines by Monday Dec 21.

Thanks,
Suba

---

**From:** Hayes Ryan <hayesryan@grsm.com>
**Sent:** Wednesday, December 16, 2020 10:40 AM
**To:** Gunawardana, Subhadra <subhadra.gunawardana@wustl.edu>
**Cc:** David Seely <david-seely@live.com>; Marissa Dellacroce <mdellacroce@grsm.com>
**Subject:** RE: Gunawardana et al. v. AVMA et al. Defendants' Deposition

* External Email - Caution *

Suba-

The witness is unavailable on your unilateral date of January 4. Perhaps you should not have been dilatory in your request. Scheduling the Court reporting service is simple phone call and they will be available on January 6. We can start at 10 am on January. The witness name is Judith Colman.

Sincerely,

Hayes

---

**HAYES RYAN**  |  Partner

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE PARTNER®**

One North Franklin, Suite 800
Chicago, IL 60606
D: 312-980-6768  |  C: 312-371-8611  |  hayesryan@grsm.com

www.grsm.com
vCard  |  Bio

---

**From:** Gunawardana, Subhadra <subhadra.gunawardana@wustl.edu>
**Sent:** Wednesday, December 16, 2020 9:37 AM
**To:** Hayes Ryan <hayesryan@grsm.com>
**Cc:** David Seely <david-seely@live.com>; Marissa Dellacroce <mdellacroce@grsm.com>
**Subject:** Re: Gunawardana et al. v. AVMA et al. Defendants' Deposition

4

Hayes,

January 6 at 1 pm would not work due to several reasons:
-The reporting service is already booked for the 4th.
-1 pm allows only 4 hours, which is not enough.
-We noticed the deposition to *start* at 10 am on Jan 4, so we could cover everything in 7 hours if possible, but would also allow more time for additional Rule 30(b)(6) witnesses were it to become necessary. (A single witness may not have knowledge of all the topics listed). Starting a few hours before discovery cutoff would defeat that purpose.
-Regardless of whether your firm represents Dr. Claude, he is an agent of the AVMA for this matter.
-We had provided ample notice so you could have discussed dates earlier.

Therefore, we cannot agree to a change in date and time.

Thanks,
Suba

---

**From:** Hayes Ryan <hayesryan@grsm.com>
**Sent:** Wednesday, December 16, 2020 8:31 AM
**To:** Gunawardana, Subhadra <subhadra.gunawardana@wustl.edu>
**Cc:** David Seely <david-seely@live.com>; Marissa Dellacroce <mdellacroce@grsm.com>
**Subject:** RE: Gunawardana et al. v. AVMA et al. Defendants' Deposition

* External Email - Caution *

Suba-

We will produce our Rule 30(b)(6) witness on January 6 at 1 pm. We presume you will arrange for a Court reporter and video service. The deponent's name will follow shortly.

Our firm does not presently represent Dr. Claude and to the extent Plaintiffs seek a deposition of Dr. Claude, this is for you to follow the Federal Code of Civil Procedure. Therefore, there is no need for any additional meet & confer.

Sincerely,

Hayes

---

**HAYES RYAN | Partner**

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE PARTNER®**

One North Franklin, Suite 800
Chicago, IL 60606
D: 312-980-6768  |  C: 312-371-8611  |  hayesryan@grsm.com