

PLAINTIFF'S EXHIBIT 5

## Gunawardana et al. v. AVMA et al. Notice of Deposition

Gunawardana, Subhadra <subhadra.gunawardana@wustl.edu>

Thu 11/26/2020 7:24 PM

**To:** claudean@cvm.msu.edu <claudean@cvm.msu.edu>
**Cc:** Marissa Dellacroce <mdellacroce@grsm.com>; Hayes Ryan <hayesryan@grsm.com>; David Seely <david-seely@live.com>

🔗 1 attachments (15 KB)
Notice of Deposition-Claude.pdf;

---

**From:** Gunawardana, Subhadra
**Sent:** Thursday, November 19, 2020 11:38 AM
**To:** claudean@cvm.msu.edu <claudean@cvm.msu.edu>
**Cc:** Marissa Dellacroce <mdellacroce@grsm.com>; Hayes Ryan <hayesryan@grsm.com>; David Seely <david-seely@live.com>
**Subject:** Gunawardana et al. v. AVMA et al. Southern District of Illinois

Dr. Claude,

As part of the above-referenced action, we wish to take your deposition.  It will be done remotely via video-conference, and is expected to take 4-7 hours. Please let me know one of the following dates that would work for you, and we will issue a formal notice.

December 14, 15, 16 or 21, 2020
January 4 or 5, 2021

Thank you,
Suba Gunawardana and David Seely
Plaintiffs

*Subhadra Gunawardana, Ph.D.*
Associate Professor, Cell Biology and Physiology
Washington University School of Medicine
660 S Euclid Ave, Campus Box 8228
St Louis, MO 63110.
http://diabetesresearchcenter.dom.wustl.edu/subhadra-gunawardana-dvm-phd/

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Subhadra Gunawardana and David Seely <br><br> Plaintiffs, <br><br> v. <br><br> American Veterinary Medical Association (AVMA), Educational Commission for Foreign Veterinary Graduates (ECFVG) and Council on Education (COE) <br><br> Defendants. | Case No. 3:19-cv-00096-NJR |

## NOTICE OF DEPOSITION

TO: Dr. Andrew Claude
Veterinary Medical Center - North Building
736 Wilson RD, Room A207
East Lansing, MI 48824
claudean@cvm.msu.edu


**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil Procedure, the undersigned will take the discovery deposition upon oral examination of the below-named deponent via remote video conference, before an officer authorized by law to administer oaths. The deposition will be recorded via stenographic and/or audiovisual means. The deposition will be used for the purposes of discovery, evidence and/or any other purposes permitted by the Federal Rules of Civil Procedure.

| **DEPONENT** | **DATE** | **TIME** |
|---|---|---|
| Dr. Andrew Claude | January 4, 2021 | 10 AM |

Respectfully Submitted,
/s/Dr. Subhadra Gunawardana
/s/David Seely, With Consent
Plaintiffs
4308 Marion Garden Ln
Florissant, MO 63034
314-764-1520; 615-423-8851
subhadra.gunawardana@wustl.edu
david-seely@live.com

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing document was forwarded to all parties via electronic mail on November 26, 2020.

/s/Dr. Subhadra Gunawardana
/s/David Seely, With Consent

## Re: Gunawardana et al. v. AVMA et al. Notice of Deposition

Claude, Andrew <claudean@msu.edu>

Mon 11/30/2020 10:22 AM

**To:** Gunawardana, Subhadra <subhadra.gunawardana@wustl.edu>
**Cc:** Olivier, Nicholas <olivier@msu.edu>

*  External Email - Caution *

Dr. Gunawardana,

I am going to graciously decline.

Thank you for contacting me.

Andy Claude DVM DACVAA

---

**From:** Gunawardana, Subhadra <subhadra.gunawardana@wustl.edu>
**Sent:** Sunday, November 29, 2020 8:30 PM
**To:** Claude, Andrew <claudean@msu.edu>
**Cc:** Olivier, Nicholas <olivier@msu.edu>
**Subject:** Re: Gunawardana et al. v. AVMA et al. Notice of Deposition

The deposition pertains generally to your experience as an educator and examiner of veterinary anesthesia, and specifically to your role as an examiner in the ECFVG clinical proficiency exam. I am the primary plaintiff in a suit against the AVMA (defendant) who administers the EFCVG program.  -Suba

*Subhadra Gunawardana, Ph.D.*
Associate Professor, Cell Biology and Physiology
Washington University School of Medicine
660 S Euclid Ave, Campus Box 8228
St Louis, MO 63110.
http://diabetesresearchcenter.dom.wustl.edu/subhadra-gunawardana-dvm-phd/

---

**From:** Claude, Andrew <claudean@msu.edu>
**Sent:** Sunday, November 29, 2020 10:24 AM
**To:** Gunawardana, Subhadra <subhadra.gunawardana@wustl.edu>
**Cc:** Olivier, Nicholas <olivier@msu.edu>
**Subject:** RE: Gunawardana et al. v. AVMA et al. Notice of Deposition

*  External Email - Caution *

Greetings,

What is the purpose of the deposition? The wording is vague. Why is the AVMA a plaintiff and for what do you need my deposition, especially 4-6 hours' worth?

Dr. Claude