**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Subhadra Gunawardana, | ) |
| David Seely, | ) |
| | )   Case No. 19-cv-96-NJR-MAB |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| American Veterinary Medical Association | ) |
| (AVMA) and its branches: Educational | ) |
| Commission for Foreign Veterinary Graduates | ) |
| (ECFVG) and Council on Education (COE), | ) |
| | ) |
| Defendants. | ) |
| | ) |

**NOTICE OF FILING**

PLEASE TAKE NOTICE that on December 21, 2020, we e-filed with the Clerk of the United States District Court for the Southern District of Illinois, *Defendant's Response In Opposition to Plaintiffs' Motion to Extend Trial Deadlines and Compel Deposition,* a true and correct copy of which is attached hereto.

December 21, 2020                        Respectfully submitted,

                                         GORDON & REES, LLP

                                    By:  /s/  J. Hayes Ryan
                                         *Attorney for Defendant*
                                         *American Veterinary Medical Association*

                                         J. Hayes Ryan
                                         Gordon & Rees LLP
                                         One North Franklin, Suite 800
                                         Chicago, IL 60606
                                         (312) 565-1400 (Telephone)
                                         (312) 565-6511 (Facsimile)
                                         hayesryan@grsm.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2020, I electronically filed the foregoing documents with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record and certify a copy of the foregoing document via electronic filing to all attorneys of record.

Respectfully submitted,

By:  /s/ J. Hayes Ryan
          J. Hayes Ryan