PLAINTIFF'S EXHIBIT A

## Re: Gunawardana v. AVA- Depositions

**Gunawardana, Subhadra** <subhadra.gunawardana@wustl.edu>

Wed 7/29/2020 5:00 PM

**To:** Hayes Ryan <hayesryan@grsm.com>; Marissa Dellacroce <mdellacroce@grsm.com>
**Cc:** 'David Seely' <david-seely@live.com>

Yes, as long as there are adequate breaks.   Thanks, Suba

---

**From:** Hayes Ryan <hayesryan@grsm.com>
**Sent:** Wednesday, July 29, 2020 4:53 PM
**To:** Gunawardana, Subhadra <subhadra.gunawardana@wustl.edu>; Marissa Dellacroce <mdellacroce@grsm.com>
**Cc:** 'David Seely' <david-seely@live.com>
**Subject:** RE: Gunawardana v. AVA- Depositions

* External Email - Caution *

Ms. Gunawardana-

We can do September 6 and 7.  Does that work?  We cannot delay any further on this case. If we have to move compel, please advise.

Sincerely,

Hayes

---

**HAYES RYAN**  |  Partner

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE PARTNER®**

One North Franklin, Suite 800
Chicago, IL 60606
D: 312-980-6768  |  C: 312-371-8611  |  hayesryan@grsm.com

www.grsm.com
vCard  |  Bio

---

> **From:** Gunawardana, Subhadra <subhadra.gunawardana@wustl.edu>
> **Sent:** Wednesday, July 29, 2020 4:50 PM
> **To:** Marissa Dellacroce <mdellacroce@grsm.com>; Hayes Ryan <hayesryan@grsm.com>
> **Cc:** 'David Seely' <david-seely@live.com>
> **Subject:** Re: Gunawardana v. AVA- Depositions
>
> Sorry these dates would not work, since we have to respond to the motion to dismiss, in addition to pre-scheduled work obligations and medical appointments as mentioned in our motion for extension. We request the depositions be done after September 4. We are generally available except for the weeks of Sep 28 and Oct 26.

Ex. A

We each have to be present at the other's deposition to do cross examination if necessary. David cannot sit for 7 hours due to disabilities, so we request each deposition be broken into two sessions (2 separate days, or same day with a long break).

Thanks,
Suba

---

**From:** Marissa Dellacroce <mdellacroce@grsm.com>
**Sent:** Wednesday, July 29, 2020 3:36 PM
**To:** Hayes Ryan <hayesryan@grsm.com>; Gunawardana, Subhadra <subhadra.gunawardana@wustl.edu>
**Cc:** 'David Seely' <david-seely@live.com>
**Subject:** RE: Gunawardana v. AVA- Depositions

* External Email - Caution *

Please find attached a Notice for the Deposition of Plaintiffs. We will update and reissue if the dates do not work for you.

Sincerely,
Marissa

---

**From:** Hayes Ryan <hayesryan@grsm.com>
**Sent:** Wednesday, July 29, 2020 2:58 PM
**To:** 'Gunawardana, Subhadra' <subhadra.gunawardana@wustl.edu>; Marissa Dellacroce <mdellacroce@grsm.com>
**Cc:** 'David Seely' <david-seely@live.com>
**Subject:** Gunawardana v. AVA- Depositions

Ms. Gunawardana & Mr. Seely-

We will be issuing deposition notices shortly. We aim to complete your depositions via video (Microsoft Teams) due to the ongoing pandemic. Please advise whether August 19 or 20 works for Ms. Gunawardana (please allow seven hours for this deposition); and, Mr. Seely on August 20 (if we proceed on August 19 with the other deposition) along with August 26 & 27. Given the nature of your Complaint and the lack of a ruling on our motion to dismiss, we will be forced to take the full seven hours per the Federal Rules of Civil Procedure with each of you.

The notices will follow.

Thanks,

Hayes

---

**HAYES RYAN**  |  Partner

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE PARTNER®**

One North Franklin, Suite 800
Chicago, IL 60606
D: 312-980-6768  |  C: 312-371-8611  |  hayesryan@grsm.com

1

www.grsm.com
vCard | Bio

Ex. A

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE PARTNER®**
http://www.grsm.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Subhadra Gunawardana and David Seely, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: 3:19-cv-00096-NJR-MAB |
| ) | |
| American Veterinary Medical Association (AVMA), ) | |
| and its branches: Educational Commission of ) | Judge Nancy Rosenstengel |
| Foreign Veterinary Graduates (ECFVG), and Council ) | |
| on Education (COE), ) | Magistrate Judge Mark A. Beatty |
| ) | |
| Defendant. ) | |

## NOTICE OF DEPOSITION

TO: Subhadra Gunawardana/ 4308 Marion Garden Lane, Florissant, MO 63034
Subhadra.gunawardana@wustl.edu
David Seely / 4308 Marion Garden Lane/ Florissant, MO 63034
David-seely@live.com

**PLEASE TAKE NOTICE** that pursuant to the Illinois Code of Civil Procedure and the rules of the Supreme Court of the State of Illinois, the undersigned will take the discovery deposition of the below-named deponents before a Notary Public or other duly authorized officer via Microsoft Teams:

| **DEPONENT** | **DATE** | **TIME** |
|---|---|---|
| Subhadra Gunawardana | August 19, 2020 | 10 a.m. |
| David Seely | August 20, 2020 | 10 a.m. |

Dated:  July 29, 2020

Respectfully submitted,
By:  /s/ J. Hayes Ryan
J. Hayes Ryan, 6274197
Marissa Dellacroce, 6320523
Gordon Rees Scully Mansukhani, LLP
One North Franklin, Suite 800
Chicago, IL 60606
Ph:  312-619-4923
Fax:  312-565-6511
hayesryan@grsm.com
mdellacroce@grsm.com
*Attorneys for Defendant, American Veterinary Medical Association*

# CERTIFICATE OF SERVICE

**To:**   Subhadra Gunawardana/ 4308 Marion Garden Lane, Florissant , MO 63034
Subhadra.gunawardana@wustl.edu
David Seely / 4308 Marion Garden Lane/ Florissant, MO 63034
David-seely@live.com

    The undersigned, an attorney, first being duly sworn on oath deposes and states that a true and correct copy of a Notice of Depositions of Plaintiffs was served upon all parties of record on this 29th day of July, 2029, via electronic mail.

           Respectfully submitted,

           GORDON REES SCULLY MANSUKHANI, LLP

  By: /s/ J. Hayes Ryan
     J. Hayes Ryan (#6274197)
     One North Franklin, Suite 800
     Chicago, Illinois 60606
     Phone: (312) 980-6768
     Fax: (312) 565-6511
     *Attorneys for Defendant American Veterinary Medical Association (AVMA)*