IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SUBHADRA GUNAWARDANA and DAVID SEELY, **Plaintiffs,** v. AMERICAN VETERINARY MEDICAL ASSOCIATION, EDUCATIONAL COMMISSION FOR FOREIGN VETERINARY GRADUATES, and COUNCIL ON EDUCATION, **Defendants.** | Case No. 19-cv-96-NJR |

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order of January 28, 2021 (Doc. 104), this entire action is **DISMISSED with prejudice**.

DATED: January 28, 2021

MARGARET M. ROBERTIE,
Clerk of Court

By:  s/ *Deana Brinkley*
         Deputy Clerk

APPROVED: _____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**