# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Subhadra Gunawardana and David Seely<br><br>Plaintiffs,<br><br>v.<br><br>American Veterinary Medical Association (AVMA), Educational Commission for Foreign Veterinary Graduates (ECFVG) and Council on Education (COE)<br><br>Defendants. | Case No. 3:19-cv-96-NJR |

## **NOTICE OF APPEAL**

Notice is hereby given that the Plaintiffs-Appellants in the above-named case, Subhadra Gunawardana and David Seely, hereby appeal to the United States Court of Appeals for the Seventh Circuit from: the final judgment entered on the 28th of January, 2021, dismissing the entire action with prejudice; and a number of previous rulings in the same action as would be specified in the appellate brief to follow.

The Docketing Statement required pursuant to Circuit Rule 3(c)(1) is filed contemporaneously with this Notice of Appeal.

    Respectfully submitted,
    /s/Dr. Subhadra Gunawardana
    /s/David Seely, With Consent
    Plaintiffs
    4308 Marion Garden Ln
    Florissant, MO 63034
    314-764-1520; 615-423-8851
    subhadra.gunawardana@wustl.edu
    david-seely@live.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing document was forwarded to all parties by way of electronic filing on the Court's ECF notice list on February 22nd, 2021.

/s/Dr. Subhadra Gunawardana
/s/David Seely, With Consent
