# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

Subhadra Gunawardana and David Seely

Plaintiffs,

v.

American Veterinary Medical Association (AVMA), Educational Commission for Foreign Veterinary Graduates (ECFVG) and Council on Education (COE)

Defendants.

Case No. 3:19-cv-96-NJR

## SEVENTH CIRCUIT RULE 3(c) DOCKETING STATEMENT

The Plaintiffs-Appellants in the above-named case, Subhadra Gunawardana and David Seely, respectfully submit this Docketing Statement pursuant to Circuit Rule 3(c)(1) of the United States Court of Appeals for the Seventh Circuit.

1. District Court Jurisdiction: The district court had jurisdiction as a civil action pursuant to U.S.C. § § 1331 (Federal Question), due to claims arising under the following statutes: The Civil Rights Act of 1964; the 14th Amendment of the US Constitution; 42 U.S.C. § 1981; 42 U.S.C. § 1985(3); the Sherman Antitrust Act; the Americans with Disabilities Act [ADA] including its amendments; and Contract Claims pursuant to 48 U.S. Code § 2166 (Federal Subject Matter).

2. Appellate Court Jurisdiction: This appeal is taken from the final decision of the U.S. District Court for the Southern District of Illinois entered on January 28th, 2021, by the Honorable Nancy Rosenstengel. The United States Court of Appeals for the Seventh Circuit has jurisdiction pursuant to 28 U.S.C. § 1291 and 28 U.S.C. §§ 2106-07.

3. As noted above, the District Court entered a final appealable judgment on January 28th, 2021. This is a civil appeal as a matter of right pursuant to Federal Rule of Appellate Procedure 3(a) and Circuit Rule 3(a). Appellants did not file a motion for alteration of judgment, and no issues remain unadjudicated. There have been no prior or related appellate proceedings in this case. The Notice of Appeal was filed with the District Court on February 22nd, 2021.

    Respectfully submitted,
    /s/Dr. Subhadra Gunawardana
    /s/David Seely, With Consent
    Plaintiffs
    4308 Marion Garden Ln
    Florissant, MO 63034
    314-764-1520; 615-423-8851
    subhadra.gunawardana@wustl.edu
    david-seely@live.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing document was forwarded to all parties by way of electronic filing on the Court's ECF notice list on February 22nd, 2021.

    /s/Dr. Subhadra Gunawardana
    /s/David Seely, With Consent