## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing document was forwarded by way of electronic filing on the Court's ECF notice list on March 6, 2021.

<u>/s/Dr. Subhadra Gunawardana</u>
<u>/s/David Seely, With Consent</u>