# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Subhadra Gunawardana and David Seely<br><br>Plaintiffs,<br><br>v.<br><br>American Veterinary Medical Association (AVMA), Educational Commission for Foreign Veterinary Graduates (ECFVG) and Council on Education (COE)<br><br>Defendants. | District Court Case No. 3:19-cv-96-NJR<br><br>Appellate Court Case No. 21-1330 |

## PLAINTIFFS-APPELLANTS' REQUEST TO DESIGNATE
## THE RECORD ON APPEAL

Pursuant to the Circuit Rule 10(a) and Federal Rules of Appellate Procedure 11, plaintiffs-appellants hereby request to designate the following documents in the record as necessary for appellate review.

16 MOTION for Extension of Time to File Answer re 2 Complaint, by American Veterinary Medical Association. (Attachments: # 1 Certificate of Service)(Ryan, J.) (Entered: 05/13/2019)

17 RESPONSE TO ORDER TO SHOW CAUSE by All Plaintiffs filed by All Plaintiffs. (Seely, David) (Entered: 05/13/2019)

20 First MOTION to Vacate *Order granting Defendants' Motion for Extension* by All Plaintiffs. (Attachments: # 1 Exhibit) (Gunawardana, Subhadra) (Entered: 05/16/2019)

22 MOTION to Dismiss for Failure to State a Claim by American Veterinary Medical Association. Responses due by 7/8/2019 (Ryan, J.) (Entered: 06/04/2019)

23 MEMORANDUM in Support re 22 MOTION to Dismiss for Failure to State a Claim filed by American Veterinary Medical Association. (Attachments: # 1 Exhibit 1, # 2 Certificate of Service) (Ryan, J.)(Entered: 06/04/2019)

27 RESPONSE in Opposition re 22 MOTION to Dismiss for Failure to State a Claim *Amended Response in Opposition re 22 MOTION to Dismiss* filed by All Plaintiffs. (Attachments: # 1 Exhibit) (Gunawardana, Subhadra) (Entered: 07/04/2019)

28 MEMORANDUM in Opposition re 22 MOTION to Dismiss for Failure to State a Claim *AMENDED* filed by All Plaintiffs. (Gunawardana, Subhadra) (Entered: 07/04/2019)

41 MOTION to Continue Settlement Conference by Plaintiffs. (arf) (Entered: 10/09/2019)

51 First MOTION to Amend/Correct 2 Complaint, by All Plaintiffs. (Gunawardana, Subhadra) (Entered: 11/30/2019)

56 MOTION for Discovery by All Plaintiffs. (Gunawardana, Subhadra) (Entered: 12/23/2019)

63 AMENDED COMPLAINT against All Defendants, filed by All Plaintiffs. (Attachments: # 1 Exhibit) (Gunawardana, Subhadra) (Entered: 01/12/2020)

64 MOTION for Protective Order by American Veterinary Medical Association. (Attachments: # 1 Certificate of Service) (Ryan, J.) (Entered: 01/13/2020)

66 RESPONSE in Opposition re 64 MOTION for Protective Order filed by All Plaintiffs. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit) (Gunawardana, Subhadra) (Entered: 01/20/2020)

74 Second MOTION for Discovery by All Plaintiffs. (Gunawardana, Subhadra) (Entered: 03/05/2020)

75 ORDER denying 64 Motion for Protective Order. Signed by Chief Judge Nancy J. Rosenstengel on 4/9/2020. (dhg) (Entered: 04/09/2020)

77 First MOTION to Compel by All Plaintiffs. (Gunawardana, Subhadra) (Entered: 06/19/2020)

78 MEMORANDUM in Support re 77 First MOTION to Compel filed by All Plaintiffs. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit) (Gunawardana, Subhadra) (Entered: 06/19/2020)

80 MOTION to Dismiss for Failure to State a Claim by American Veterinary Medical Association. Responses due by 7/27/2020 (Ryan, J.) (Entered: 06/22/2020)

81 MEMORANDUM in Opposition re 80 MOTION to Dismiss for Failure to State a Claim filed by American Veterinary Medical Association. (Ryan, J.) (Entered: 06/22/2020)

82 First MOTION for Extension of Time by All Plaintiffs. (Gunawardana, Subhadra) (Entered: 07/05/2020)

83 RESPONSE to Motion re 74 Second MOTION for Discovery filed by American Veterinary Medical Association. (Ryan, J.) (Entered: 07/06/2020)

91 RESPONSE in Opposition re 80 MOTION to Dismiss for Failure to State a Claim filed by All Plaintiffs. (Gunawardana, Subhadra) (Entered: 08/31/2020)

92 MEMORANDUM in Opposition re 80 MOTION to Dismiss for Failure to State a Claim filed by All Plaintiffs. (Gunawardana, Subhadra) (Entered: 08/31/2020)

96 Second MOTION to Amend/Correct *Complaint* by All Plaintiffs (Gunawardana, Subhadra) (Entered: 11/05/2020)

98 MOTION for Extension of Time by All Plaintiffs. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit) (Gunawardana, Subhadra) (Entered: 12/21/2020)

99 RESPONSE in Opposition re 98 MOTION for Extension of Time *to Extend Trial Deadlines and Compel Deposition* filed by American Veterinary Medical Association. (Ryan, J.) (Entered: 12/21/2020)

101 REPLY to Response to Motion re 98 MOTION for Extension of Time filed by All Plaintiffs. (Attachments: # 1 Exhibit) (Gunawardana, Subhadra) (Entered: 12/21/2020)

Court's minute orders on: 05/17/2019 (Dkt # 21); 01/01/2020 (Dkt # 61); 01/06/2020 (Dkt #62); 05/04/2020 (Dkt #76), 06/22/2020 (Dkt # 79); 07/22/2020 (Dkt # 86); 11/9/2020 (Dkt # 97); 12/22/2020 (Dkt # 102).

March 12, 2021

Respectfully submitted,
/s/Dr. Subhadra Gunawardana
/s/David Seely, With Consent
Plaintiffs
4308 Marion Garden Ln
Florissant, MO 63034
314-764-1520; 615-423-8851
subhadra.gunawardana@wustl.edu
david-seely@live.com