```
                IN THE UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF ILLINOIS


SUBHADRA GUNAWARDANA, et al.,    )
                                 )
           Plaintiffs,           )
                                 )
v.                               )  No. 3:19-cv-00096-NJR
                                 )  East St. Louis, Illinois
AMERICAN VETERINARY MEDICAL      )
ASSOCIATION, et al.,             )
                                 )
           Defendants.           )
```

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE NANCY J. ROSENSTENGEL
UNITED STATES CHIEF DISTRICT JUDGE

JULY 22, 2020

***TELEPHONIC STATUS CONFERENCE***

Stephanie Rennegarbe, RDR, CRR, CBC
IL CSR #084-003232
750 Missouri Avenue
East St. Louis, IL   62201
618-482-9226
Stephanie_Rennegarbe@ilsd.uscourts.gov

*Proceedings recorded by mechanical stenography; transcript produced by computer-aided transcription*

```
 1   APPEARANCES:

 2   FOR THE PLAINTIFF:      Ms. Subhadra Gunawardana
                             Pro-Se Filer
 3                           4308 Marion Garden Lane
                             Florissant, MO   63034
 4                           314-764-1520
                             Subhadra.Gunawardana@wustl.edu
 5
                             Mr. David Seely
 6                           Pro-Se Filer
                             4308 Marion Garden Lane
 7                           Florissant, MO   63034
                             615-423-8851
 8                           David-Seely@live.com

 9
     FOR THE DEFENDANT:      Ms. Marissa Louise Dellacroce
10   (American Medical)      Gordon & Rees, et al.
                             One North Franklin Street
11                           Chicago, IL 60606
                             312-619-4914
12                           mdellacroce@grsm.com

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    (Proceedings began at 9:33 a.m.)
 2                    *******************
 3           THE CLERK:  Counsel, we are on the record in case
 4    19-cv-96 for a Status Conference.  On the line on behalf of
 5    Plaintiff we have Ms. Gunawardana and David Seely.
 6           For Defendant we have Marissa Dellacroce.
 7           THE COURT:  All right.  Well, good morning, everyone.
 8    I set this just for a status to kind of get to the bottom of
 9    what's going on.  I note that the Plaintiffs have -- are
10    asking for more time to respond in Motions to Dismiss and
11    discovery and a new trial date, but it looks like the parties
12    haven't conferred, from what I can tell, because there's no
13    joint motions about that.
14           MS. DELLACROCE:  Yeah, I'm sorry to interrupt, Your
15    Honor.  We have no objection to giving them extra time to
16    respond.
17           THE COURT:  Okay.  Well, but that's the other -- What
18    about the new trial date and extended discovery?
19           MS. DELLACROCE:  Yeah, I mean, I think that based on
20    the coronavirus and the pace at which this case has proceeded,
21    obviously we have to redo the scheduling order.  I hope that
22    would be enough time, the dates, to include it on there, so we
23    don't have an objection to that, either.
24           THE COURT:  Okay.  But, then it seems that your
25    Motion to Dismiss was brought pretty far out of time.  I mean,
```

```
 1  why is this --
 2          MS. DELLACROCE:  Yeah, --
 3          THE COURT:  -- so far out, like five months?
 4          MS. DELLACROCE:  Right, so, originally when they
 5  filed the First Amended Complaint in January, we already had a
 6  settlement conference on the books in February, so we were
 7  hoping -- At that time we were pretty confident that it was
 8  going to settle.  Obviously that did not happen and that was,
 9  I think, February 22nd.  And then right after that the
10  coronavirus hit, and that's -- I really don't have any other
11  explanation.  That happened, and we were under the impression
12  that motions were not being heard during that time.
13          THE COURT:  Okay.  Well, they were.  I mean, there
14  were some extensions granted by administrative orders, but,
15  you know, we were still doing things on paper and having
16  telephonic hearings.  But, Plaintiffs, it seems like they
17  bring up the fact that it was late, that they just want more
18  time to respond.
19          Who wants to speak on behalf of Plaintiff?
20          MS. GUNAWARDANA:  I can, Your Honor.  I'm Subhadra
21  Gunawardana.
22          THE COURT:  Okay.
23          MS. GUNAWARDANA:  We can -- If we have extended time
24  we can respond to the Motion to Dismiss, Your Honor.
25          THE COURT:  Okay.  Well, I will give you more time to
```

```
 1  respond and then we will adjust the trial date accordingly,
 2  and then if the Defendant has no objection to those requests
 3  in your motion, that motion will be granted.
 4          How much time do you think you need to respond to the
 5  Motion to Dismiss?
 6          MS. GUNAWARDANA:  At least 30 days and more if you
 7  can grant it.
 8          THE COURT:  Okay.  Well, I will give you 45 days to
 9  respond --
10          MS. GUNAWARDANA:  Yes, Your Honor.
11          THE COURT:  -- in light of everything that's going
12  on, and then we will get a ruling out on that as soon as we
13  can.  If I feel like I need any argument I will set it for a
14  telephonic or Zoom hearing, but I will look at the papers
15  first and then I will grant the other motion.
16          And I would just encourage all of you to, you know,
17  meet and confer on things to the extent that you can, you
18  know, try to work things out.  But, these are crazy times and
19  so we have got to kind of adjust to a new normal.  But, we
20  will get an order out on the extensions and the schedules and
21  the due dates today, and then we will await Plaintiff's
22  response.
23          So, for Plaintiff, anything else we need to take up
24  at this time?
25          MR. SEELY:  The discovery.
```

```
 1            MS. GUNAWARDANA:  Yes, Your Honor.  The Motion to
 2   Compel is pending, and there is a lot of discovery we have not
 3   received yet.
 4            THE COURT:  Okay.  That was part of your motion,
 5   right?
 6            MS. GUNAWARDANA:  Yes.  Yes, there was a motion; yes.
 7            THE COURT:  Well, what does -- Defendant, what's
 8   going on with discovery?  Are you going to get them what they
 9   are looking for?
10            MS. DELLACROCE:  Yeah, so, the only thing that --
11   Well, there's two separate things in their Motion to Compel.
12   One is for documents and one is based on their Request to
13   Admit.  The only documents we haven't turned over is an
14   unredacted version of what we call the master manual of
15   administration, so it's essentially the test that she -- the
16   CPE test.  We have met and conferred and in good faith sent
17   over a redacted version.  Plaintiffs were unhappy with that
18   version and wants a unredacted version.  If we gave that to
19   her she would essentially be unable to retake the exam,
20   because she would have a direct guideline to how she would
21   pass.  I understand that at this time Dr. Gunawardana believes
22   she doesn't want to retake the exam, but on that basis we are
23   withholding it, so we were hoping that we could come to some
24   sort of agreement where -- It's just one document.  We have a
25   version that highlights what was redacted for the Court, if
```

1  the Court wanted to review it and look at it and see, you
2  know, what is redacted is actually confidential.
3              MS. GUNAWARDANA:  Your Honor, that is incorrect.
4  There's a lot more that was not produced.  That is not the
5  only document.  And, even about that document, we have
6  answered in each -- in our response to the Motion for
7  Protective Order and also in our Motion to Compel about why
8  these opinions are not valid about the document Counsel just
9  talked about and about all the other documents that they have
10 not produced.
11             THE COURT:  Okay.  Well, listen.  I'm going to direct
12 you to meet and confer again about what is outstanding and
13 what objections there are to that.  And, anything that the
14 Defendants still have an objection to I will direct you to
15 submit to me for an in-camera inspection within 14 days and I
16 will get to the bottom of what's going on with this so we can
17 get it moving.  But, again, you need to meet and confer and
18 work through these objections and the documents, and then I
19 will take a look at anything that's still outstanding and see
20 what needs to be produced and what is protected.
21             MS. GUNAWARDANA:  Your Honor, there was a Motion for
22 Protective Order before and you denied it.  You looked at all
23 this evidence before.  So, it is supposed to be produced, this
24 particular document.
25             THE COURT:  Okay.  Well, I will have to go back and

1  look at that.  But, if it was ordered to be produced, then is
2  that what you are saying, then, that the redacted document was
3  produced?
4             MS. GUNAWARDANA:  Yes.
5             MS. DELLACROCE:  Correct.  And we would submit that
6  we did do a very basic motion practice on this, but the
7  document obviously was not attached because it was, in our
8  mind, confidential.  So, I imagine that we will meet and
9  confer and come to the same conclusion on this, so we can
10 e-mail that document to you for review.
11            THE COURT:  Okay.  E-mail that document, then, to my
12 proposed documents folder, which is NJRpd -- as in NJR, my
13 initials, proposed documents -- @ilsd.uscourts.gov.
14            Send me that document and then try to work through
15 the others, and then whatever you can't agree to, then narrow
16 it down and let me know and produce anything else.  But, get
17 me that document immediately, and then meet and confer and
18 send me anything else that can't be agreed upon within 14
19 days.
20            MS. DELLACROCE:  That sounds good, Your Honor.
21            THE COURT:  All right.  Anything else from the
22 Defendants?
23            MS. DELLACROCE:  No.
24            THE COURT:  From the Plaintiffs, anything else?
25            MR. SEELY:  No, Your Honor.

```
1            MS. GUNAWARDANA:  No.
2            THE COURT:  Okay; all right.  Well, I will look for
3  that document and I will get you an order out, then, on the
4  revised schedule.
5            MS. DELLACROCE:  Okay; great.  Thank you, Your Honor.
6            (Proceedings adjourned.)
7
8
9
10
11                      REPORTER'S CERTIFICATE
12                    *   *   *   *   *   *   *
13       I do hereby certify that I reported with mechanical
14  stenography the proceedings contained herein; and that the
15  same is a true and correct transcript from the record of
16  proceedings in the above-entitled matter.
17
18
19  /S/ Stephanie K. Rennegarbe                  03/15/2021
    Certified Shorthand Reporter
20
21
22
23
24
25
```