# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

December 6, 2021

To: Margaret M. Robertie
UNITED STATES DISTRICT COURT
Southern District of Illinois
East St. Louis, IL 62201-0000

| | |
|---|---|
| No. 21-1330 | SUBHADRA GUNAWARDANA and DAVID SEELY, Plaintiffs - Appellants  v.  AMERICAN VETERINARY MEDICAL ASSOCIATION, et al., Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 3:19-cv-00096-NJR  Southern District of Illinois  District Judge Nancy J. Rosenstengel ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:                                No record to be returned

form name: **c7_Mandate**    (form ID: **135**)