# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

November 24, 2021

*Before*

WILLIAM J. BAUER, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

MICHAEL B. BRENNAN, *Circuit Judge*



CERTIFIED COPY

| | |
|---|---|
| No. 21-1330 | |
| SUBHADRA GUNAWARDANA and DAVID SEELY, | Appeal from the United States District Court for the Southern District of Illinois. |
| *Plaintiffs-Appellants*, | |
| v. | No. 19-cv-96-NJR |
| AMERICAN VETERINARY MEDICAL ASSOCIATION, *et al.*, | Nancy J. Rosenstengel,  *Chief Judge.* |
| *Defendants-Appellees*, | |

**O R D E R**

On consideration of plaintiffs-appellants petition for rehearing and petition for rehearing *en banc* filed on November 8, 2021, in connection with the above-referenced case, all of the judges on the original panel have voted to deny the petition for rehearing, and no judge in active service has requested a vote on the petition for rehearing *en banc*. It is, therefore, ORDERED that the petition for rehearing and petition for rehearing *en banc* are DENIED.